**RICHARDS LAYTON & FINGER**

Kelly E. Farnan
Farnan@rlf.com

January 7, 2025

**VIA CM/ECF**

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *Inari Medical, Inc. v. Inquis Medical, Inc.*,
       C.A. No. 24-1023-CFC

Dear Chief Judge Connolly:

  I write on behalf of Plaintiff Inari Medical, Inc. ("Inari") to respectfully request that the Court set a Rule 16 conference in the above-referenced case. Inari filed its Complaint on September 11, 2024 alleging both trade secret misappropriation and patent infringement. Inari and Defendant Inquis Medical, Inc. ("Inquis") are direct competitors in the field of medical devices to treat venous thromboembolism. Inquis filed a Motion to Dismiss (D.I. 11), which was fully briefed as of November 25, 2024. We reached out to counsel for Inquis beginning in November to request that the parties conduct a Rule 26(f) conference. Inquis has not responded at all. We assume that Inquis is taking the position that it need not engage in a Rule 26(f) conference or begin discovery while its motion is pending. However, there is no automatic stay of discovery under the Federal Rules when a motion to dismiss has been filed. To the contrary, Rule 26(f) directs the parties to confer "as soon as practicable" and Rule 16 likewise provides that the Court issue a Scheduling Order "as soon as practicable."

  Accordingly, Inari respectfully requests that the Court set a Rule 16 conference so the parties can confer under Rule 26(f) and submit a proposed schedule to the Court.

              Respectfully,

              */s/ Kelly E. Farnan*

              Kelly E. Farnan (#4395)

cc: All Counsel of Record (via CM/ECF)