# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INARI MEDICAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) C.A. No. 24-1023-CFC <br> ) <br> INQUIS MEDICAL, INC., ) <br> ) <br> Defendant. ) | |

## DEFENDANT INQUIS MEDICAL, INC.'S MOTION TO STAY

Defendant Inquis Medical, Inc. ("Inquis") respectfully moves to stay the above-captioned action pending resolution of its Motion to Dismiss (D.I. 11). The grounds for this motion are set forth in Inquis' opening brief and related papers, submitted herewith.

| | |
|---|---|
| Dated: January 17, 2025<br><br>*Of Counsel*:<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kevin P.B. Johnson<br>Brian C. Cannon<br>Andrew J. Bramhall<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000<br><br>Nathan Sun<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br><br>Gavin S. Frisch<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>(617) 712-7100 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Pilar G. Kraman*<br>Pilar G. Kraman (No. 5199)<br>Jennifer P. Siew (No. 7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com<br>jsiew@ycst.com<br><br>*Attorneys for Defendant Inquis Medical, Inc.* |