# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INARI MEDICAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 24-1023-CFC |
| INQUIS MEDICAL, INC., | ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING
## DEFENDANT INQUIS MEDICAL, INC.'S MOTION TO STAY

The Court, having considered Defendant Inquis Medical, Inc.'s Motion to Stay, as well as the submissions related thereto,

IT IS HEREBY ORDERED this _____ day of _____ 2025, that:

1. Inquis' Motion is GRANTED.

2. This case is STAYED until Inquis' pending Motion to Dismiss (D.I. 11) is decided or further order of the Court, whichever comes first.

_____
Chief Judge Colm F. Connolly

1