# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INARI MEDICAL, INC., A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INQUIS MEDICAL, INC., A DELAWARE CORPORATION,<br><br>Defendant. | C.A. No. 24-1023-CFC-EGT |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Inari Medical, Inc. ("Inari") respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding the following discovery matter:

- Whether Inari's litigation counsel may have access to, and use for this case, certain materials already compiled by a third-party forensic investigator related to Inari's claims at issue.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on the following date: January 17, 12 minutes. The parties have also corresponded at length on that issue since September 17, 2024.

Plaintiff's Counsel:

    Delaware Counsel:    Kelly Farnan

    Lead Counsel:    Christina Rayburn, Jimmy Biblarz

Defendant's Counsel:

    Delaware Counsel:    Pilar Kraman, Jennifer Siew

    Lead Counsel:    Gavin Frisch, Nathan Sun

The parties are available for a teleconference on the following dates: February 18, 19, or 20, 2025.

This dispute is the first time that a discovery or protective order dispute has been brought before the Court.[1]

| OF COUNSEL: | s/ Kelly E. Farnan |
|---|---|
|  | Kelly E. Farnan (#4395) |
| John C. Hueston | Sara M. Metzler (#6509) |
| Christina Rayburn | Edmond S. Kim (#6835) |
| HUESTON HENNIGAN LLP | Richards, Layton & Finger, PA |
| 620 Newport Center Drive | One Rodney Square |
| Suite 1300 | 920 North King Street |
| Newport Beach, CA 92660 | Wilmington, DE 19801 |
| (949) 229-8640 | 302-651-7700 |
|  | farnan@rlf.com |
| Karen Younkins | metzler@rlf.com |
| HUESTON HENNIGAN LLP | ekim@rlf.com |
| 523 W. 6th Street, Suite 400 |  |
| Los Angeles, CA 90014 |  |
| (213) 788-4340 | *Counsel for Plaintiff Inari Medical, Inc.* |

Dated: January 23, 2025

---

[1] Defendant Inquis Medical, Inc. has filed a motion to stay discovery, but has taken the position that that is not a filing subject to procedures for discovery disputes.