Kelly E. Farnan
302-651-7705
Farnan@RLF.com

**RICHARDS LAYTON & FINGER**

January 29, 2025

**VIA CM/ECF**
The Honorable Eleanor G. Tennyson
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:   *Inari Medical, Inc. v. Inquis Medical, Inc.*,
              C.A. No. 24-1023-CFC-EGT

Dear Judge Tennyson,

    I write on behalf of Plaintiff Inari Medical, Inc. ("Inari") regarding Defendant Inquis Medical, Inc.'s ("Inquis") Motion to Stay (D.I. 23), which has been referred to Your Honor for decision. Chief Judge Connolly has also referred all matters "relating to discovery and the protective order" to Your Honor.

    As we advised Inquis before it filed, Inari believes the Motion to Stay is a discovery matter that should have been raised pursuant to the Court's discovery procedures. Inquis disagrees and has stated it is moving to stay "the case," not just discovery. Inquis is not actually moving to stay the case because it wants the Court to decide its motion; instead, it is seeking to stay discovery while its motion to dismiss is pending. *See* D.I. 24 at 1 ("discovery should be stayed").

    Inari is prepared to move forward with full briefing. However, given the Court's preference for dealing with discovery disputes in less than full briefing, we would appreciate the Court's guidance on whether we should continue with full briefing or whether Inquis should proceed under the Court's discovery dispute procedures.

    We appreciate any guidance the Court can offer and remain available at the Court's convenience if Your Honor has any questions.

                              Respectfully,

                              */s/ Kelly E. Farnan*

                              Kelly E. Farnan (#4395)

cc: Counsel of Record (By ECF)