# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INARI MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 24-1023-CFC-EGT |
| ) | |
| v. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| INQUIS MEDICAL, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Inari Medical, Inc. ("Inari") respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding the following discovery matter:

- Whether Inari's litigation counsel may have access to, and use for this case, certain materials already compiled by a third-party forensic investigator related to Inari's claims at issue.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on the following date: January 17, 12 minutes.

Plaintiff's Counsel:

    Delaware Counsel:    Kelly Farnan

    Lead Counsel:    Christina Rayburn, Jimmy Biblarz

Defendant's Counsel:

    Delaware Counsel:    Pilar Kraman, Jennifer Siew

    Lead Counsel:    Gavin Frisch, Nathan Sun

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in another verbal meet-and-confer (by telephone) on the following date: January 28, 19 minutes.

<u>Plaintiff's Counsel:</u>

    Delaware Counsel:    Kelly Farnan

    Lead Counsel:    Christina Rayburn

<u>Defendant's Counsel:</u>

    Delaware Counsel:    Jennifer Siew

    Lead Counsel:    Gavin Frisch, Nathan Sun

The parties have also exchanged extensive correspondence on this issue.

The parties are available for a teleconference on the following dates: February 18, 19, or 20, 2025.

This dispute is the first time that a discovery or protective order dispute has been brought before the Court.[1]

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan |
| | Kelly E. Farnan (#4395) |
| John C. Hueston | Sara M. Metzler (#6509) |
| Christina Rayburn | Edmond S. Kim (#6835) |
| HUESTON HENNIGAN LLP | Richards, Layton & Finger, PA |
| 620 Newport Center Drive | One Rodney Square |
| Suite 1300 | 920 North King Street |
| Newport Beach, CA 92660 | Wilmington, DE 19801 |
| (949) 229-8640 | 302-651-7700 |
| | farnan@rlf.com |
| | metzler@rlf.com |
| | ekim@rlf.com |
| | |
| | *Attorneys for Plaintiff Inari Medical, Inc.* |

---

[1] Defendant Inquis Medical, Inc. has filed a motion to stay discovery, but has taken the position that that is not a filing subject to procedures for discovery disputes.

Karen Younkins
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340


Dated: January 29, 2025