# EXHIBIT C

US011974909B2

(12) **United States Patent**

Merritt et al.

(10) **Patent No.:** **US 11,974,909 B2**
(45) **Date of Patent:** **May 7, 2024**

(54) **SYSTEM FOR TREATING EMBOLISM AND ASSOCIATED DEVICES AND METHODS**

(71) Applicant: **Inari Medical, Inc.**, Irvine, CA (US)

(72) Inventors: **Ben Merritt**, San Clemente, CA (US); **Jacqueline Macias**, Fullerton, CA (US); **Brian Michael Strauss**, San Clemente, CA (US); **Thomas Tu**, Louisville, KY (US); **John Coleman Thress**, Capistrano Beach, CA (US); **Paul Lubock**, Monarch Beach, CA (US)

(73) Assignee: **Inari Medical, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/329,433**

(22) Filed: **Jun. 5, 2023**

(65) **Prior Publication Data**

US 2023/0320834 A1     Oct. 12, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 18/167,757, filed on Feb. 10, 2023, which is a continuation of application

(Continued)

(51) **Int. Cl.**
**A61M 25/10**          (2013.01)
**A61B 17/12**          (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... **A61F 2/01** (2013.01); **A61B 17/12109** (2013.01); **A61M 1/815** (2021.05);
(Continued)

(58) **Field of Classification Search**
CPC ... A61F 2/01; A61B 17/12109; A61B 17/221; A61B 2017/22034; A61B 2017/22079;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,101,890 | A | 6/1914 | Tunstead |
| 2,784,717 | A | 3/1957 | Thompson |

(Continued)

FOREIGN PATENT DOCUMENTS

| AU | 2015210338 | 8/2015 |
| CN | 102186427 | 9/2011 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion for International App. No. PCT/US23/60927; Date of Filing: Jan. 19, 2023, Applicant: Inari Medical, Inc., dated Jul. 20, 2023, 12 pages.

(Continued)

*Primary Examiner* — Susan S Su
*Assistant Examiner* — Eric Rassavong
(74) *Attorney, Agent, or Firm* — Perkins Coie LLP

(57)          **ABSTRACT**

Systems and methods for the intravascular treatment of clot material within a blood vessel of a human patient are disclosed herein. A method in accordance with embodiments of the present technology can include, for example, positioning a distal portion of a catheter proximate to the clot material within the blood vessel. The method can further include coupling a pressure source to the catheter via a tubing subsystem including a valve or other fluid control device and, while the valve is closed, activating the pressure source to charge a vacuum. The valve can then be opened to apply the vacuum to the catheter to thereby aspirate at least a portion of the clot material from the blood vessel and into the catheter.

**30 Claims, 38 Drawing Sheets**



## US 11,974,909 B2

Page 2

### Related U.S. Application Data

No. 17/976,711, filed on Oct. 28, 2022, which is a continuation of application No. 17/865,315, filed on Jul. 14, 2022, now Pat. No. 11,642,209, which is a continuation of application No. 16/536,185, filed on Aug. 8, 2019, now Pat. No. 11,559,382.

(60) Provisional application No. 62/718,269, filed on Aug. 13, 2018, provisional application No. 62/718,248, filed on Aug. 13, 2018.

(51) **Int. Cl.**
| | |
|---|---|
| *A61B 17/22* | (2006.01) |
| *A61F 2/01* | (2006.01) |
| *A61M 1/00* | (2006.01) |
| *A61B 17/221* | (2006.01) |

(52) **U.S. Cl.**
CPC ..... *A61M 1/84* (2021.05); *A61B 2017/22034* (2013.01); *A61B 2017/22079* (2013.01); *A61B 17/221* (2013.01); *A61B 2217/005* (2013.01); *A61M 1/79* (2021.05); *A61M 25/10* (2013.01)

(58) **Field of Classification Search**
CPC ... A61B 2217/005; A61M 1/815; A61M 1/84; A61M 1/79; A61M 25/10
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,846,179 | A | 8/1958 | Monckton |
| 2,955,592 | A | 10/1960 | Maclean |
| 3,088,363 | A | 5/1963 | Sparks |
| 3,197,173 | A | 7/1965 | Taubenheim |
| 3,416,531 | A | 12/1968 | Edwards |
| 3,435,826 | A | 4/1969 | Fogarty |
| 3,438,607 | A | 4/1969 | Williams et al. |
| 3,515,137 | A | 6/1970 | Santomieri |
| 3,675,657 | A | 7/1972 | Gauthier |
| 3,785,380 | A | 1/1974 | Brumfield |
| 3,860,006 | A | 1/1975 | Patel |
| 3,892,161 | A | 7/1975 | Sokol |
| 3,923,065 | A | 12/1975 | Nozick et al. |
| 4,030,503 | A | 6/1977 | Clark, III |
| 4,034,642 | A | 7/1977 | Iannucci et al. |
| 4,222,380 | A | 9/1980 | Terayama |
| 4,243,040 | A | 1/1981 | Beecher |
| 4,287,808 | A | 9/1981 | Leonard et al. |
| 4,324,262 | A | 4/1982 | Hall |
| 4,393,872 | A | 7/1983 | Reznik et al. |
| 4,401,107 | A | 8/1983 | Harber et al. |
| 4,469,100 | A | 9/1984 | Hardwick |
| 4,523,738 | A | 6/1985 | Raftis et al. |
| 4,551,862 | A | 11/1985 | Haber |
| 4,604,094 | A | 8/1986 | Shook |
| 4,611,594 | A | 9/1986 | Grayhack et al. |
| 4,634,421 | A | 1/1987 | Hegemann |
| 4,643,184 | A | 2/1987 | Mobin-Uddin |
| 4,646,736 | A | 3/1987 | Auth et al. |
| 4,650,466 | A | 3/1987 | Luther |
| 4,776,337 | A | 10/1988 | Palmaz |
| 4,790,812 | A | 12/1988 | Hawkins, Jr. et al. |
| 4,863,440 | A | 9/1989 | Chin et al. |
| 4,870,953 | A | 10/1989 | DonMichael et al. |
| 4,883,458 | A | 11/1989 | Shiber |
| 4,886,062 | A | 12/1989 | Wiktor |
| 4,890,611 | A | 1/1990 | Monfort et al. |
| 4,898,575 | A | 2/1990 | Fischell et al. |
| 4,946,440 | A | 8/1990 | Hall |
| 4,960,259 | A | 10/1990 | Sunnanvader et al. |
| 4,978,341 | A | 12/1990 | Niederhauser |
| 4,981,478 | A | 1/1991 | Evard et al. |
| 5,030,201 | A | 7/1991 | Palestrant |

| | | | |
|---|---|---|---|
| 5,059,178 | A | 10/1991 | Ya |
| 5,100,423 | A | 3/1992 | Fearnot |
| 5,127,626 | A | 7/1992 | Hilal et al. |
| 5,129,910 | A | 7/1992 | Phan et al. |
| 5,135,484 | A | 8/1992 | Wright |
| 5,154,724 | A | 10/1992 | Andrews |
| 5,158,533 | A | 10/1992 | Strauss et al. |
| 5,158,564 | A | 10/1992 | Schnepp-Pesch et al. |
| 5,192,274 | A | 3/1993 | Bierman |
| 5,192,286 | A | 3/1993 | Phan et al. |
| 5,192,290 | A | 3/1993 | Hilal |
| 5,197,485 | A | 3/1993 | Grooters |
| 5,234,403 | A | 8/1993 | Yoda et al. |
| 5,242,461 | A | 9/1993 | Kortenbach et al. |
| 5,244,619 | A | 9/1993 | Burnham |
| 5,323,514 | A | 6/1994 | Masuda et al. |
| 5,329,923 | A | 7/1994 | Lundquist |
| 5,360,417 | A | 11/1994 | Gravener et al. |
| 5,364,345 | A | 11/1994 | Lowery et al. |
| 5,376,101 | A | 12/1994 | Green et al. |
| 5,383,887 | A | 1/1995 | Nadal |
| 5,389,100 | A | 2/1995 | Bacich et al. |
| 5,391,152 | A | 2/1995 | Patterson et al. |
| 5,419,774 | A | 5/1995 | Willard et al. |
| 5,421,824 | A | 6/1995 | Clement et al. |
| 5,443,443 | A | 8/1995 | Shiber |
| 5,456,667 | A | 10/1995 | Ham et al. |
| 5,476,450 | A | 12/1995 | Ruggio |
| 5,484,418 | A | 1/1996 | Quiachon et al. |
| 5,490,859 | A | 2/1996 | Mische et al. |
| 5,496,365 | A | 3/1996 | Sgro |
| 5,527,326 | A | 6/1996 | Hermann et al. |
| 5,549,626 | A | 8/1996 | Miller et al. |
| 5,591,137 | A | 1/1997 | Stevens |
| 5,639,276 | A | 6/1997 | Weinstock et al. |
| 5,653,684 | A | 8/1997 | Laptewicz et al. |
| 5,662,703 | A | 9/1997 | Yurek et al. |
| 5,746,758 | A | 5/1998 | Nordgren et al. |
| 5,749,858 | A | 5/1998 | Cramer |
| 5,769,816 | A | 6/1998 | Barbut et al. |
| 5,782,817 | A | 7/1998 | Franzel et al. |
| 5,800,457 | A | 9/1998 | Gelbfish |
| 5,827,229 | A | 10/1998 | Auth et al. |
| 5,846,251 | A | 12/1998 | Hart |
| 5,860,938 | A | 1/1999 | Lafontaine et al. |
| 5,873,866 | A | 2/1999 | Kondo et al. |
| 5,873,882 | A | 2/1999 | Straub et al. |
| 5,876,414 | A | 3/1999 | Straub |
| 5,895,406 | A | 4/1999 | Gray et al. |
| 5,908,435 | A | 6/1999 | Samuels |
| 5,911,710 | A | 6/1999 | Barry et al. |
| 5,911,728 | A | 6/1999 | Sepetka et al. |
| 5,911,733 | A | 6/1999 | Parodi |
| 5,911,754 | A | 6/1999 | Kanesaka et al. |
| 5,941,869 | A | 8/1999 | Patterson et al. |
| 5,947,985 | A | 9/1999 | Imram |
| 5,951,539 | A | 9/1999 | Nita et al. |
| 5,954,737 | A | 9/1999 | Lee |
| 5,971,938 | A | 10/1999 | Hart et al. |
| 5,971,958 | A | 10/1999 | Zhang |
| 5,972,019 | A | 10/1999 | Engelson et al. |
| 5,974,938 | A | 11/1999 | Lloyd |
| 5,989,233 | A | 11/1999 | Yoon |
| 5,993,483 | A | 11/1999 | Gianotti |
| 6,017,335 | A | 1/2000 | Burnham |
| 6,030,397 | A | 2/2000 | Moneti et al. |
| 6,059,745 | A | 5/2000 | Gelbfish |
| 6,059,814 | A | 5/2000 | Ladd |
| 6,066,158 | A | 5/2000 | Engelson et al. |
| 6,068,645 | A | 5/2000 | Tu |
| 6,126,635 | A | 10/2000 | Simpson et al. |
| 6,142,987 | A | 11/2000 | Tsugita |
| 6,146,396 | A | 11/2000 | Konya et al. |
| 6,146,403 | A | 11/2000 | St. Germain |
| 6,152,144 | A | 11/2000 | Lesh et al. |
| 6,152,946 | A | 11/2000 | Broome et al. |
| 6,156,055 | A | 12/2000 | Ravenscroft |
| 6,159,230 | A | 12/2000 | Samuels |
| 6,165,196 | A | 12/2000 | Stack et al. |

## US 11,974,909 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,168,579 B1 | 1/2001 | Tsugita |
| 6,179,859 B1 | 1/2001 | Bates et al. |
| 6,221,006 B1 | 4/2001 | Dubrul et al. |
| 6,228,060 B1 | 5/2001 | Howell |
| 6,238,412 B1 | 5/2001 | Dubrul et al. |
| 6,245,078 B1 | 6/2001 | Ouchi |
| 6,245,089 B1 | 6/2001 | Daniel et al. |
| 6,254,571 B1 | 7/2001 | Hart |
| 6,258,115 B1 | 7/2001 | Dubrul |
| 6,264,663 B1 | 7/2001 | Cano |
| 6,306,163 B1 | 10/2001 | Fitz |
| 6,322,572 B1 | 11/2001 | Lee |
| 6,350,271 B1 | 2/2002 | Kurz et al. |
| 6,361,545 B1 | 3/2002 | Macoviak et al. |
| 6,364,895 B1 | 4/2002 | Greenhalgh |
| 6,368,339 B1 | 4/2002 | Amplatz |
| 6,383,205 B1 | 5/2002 | Samson et al. |
| 6,402,771 B1 | 6/2002 | Palmer et al. |
| 6,413,235 B1 | 7/2002 | Parodi |
| 6,423,032 B2 | 7/2002 | Parodi |
| 6,432,122 B1 | 8/2002 | Gilson et al. |
| 6,451,036 B1 | 9/2002 | Heitzmann et al. |
| 6,458,103 B1 | 10/2002 | Albert et al. |
| 6,475,236 B1 | 11/2002 | Roubin et al. |
| 6,485,502 B2 | 11/2002 | Don Michael |
| 6,508,782 B1 | 1/2003 | Evans et al. |
| 6,511,492 B1 | 1/2003 | Rosenbluth et al. |
| 6,514,273 B1 | 2/2003 | Voss et al. |
| 6,530,923 B1 | 3/2003 | Dubrul et al. |
| 6,530,935 B2 | 3/2003 | Wensel et al. |
| 6,540,722 B1 | 4/2003 | Boyle et al. |
| 6,544,276 B1 | 4/2003 | Azizi |
| 6,544,278 B1 | 4/2003 | Vrba et al. |
| 6,544,279 B1 | 4/2003 | Hopkins et al. |
| 6,551,342 B1 | 4/2003 | Shen et al. |
| 6,564,828 B1 | 5/2003 | Ishida |
| 6,569,181 B1 | 5/2003 | Burns |
| 6,575,995 B1 | 6/2003 | Huter et al. |
| 6,589,263 B1 | 7/2003 | Hopkins et al. |
| 6,589,264 B1 | 7/2003 | Barbut et al. |
| 6,596,011 B2 | 7/2003 | Johnson et al. |
| 6,602,271 B2 | 8/2003 | Adams et al. |
| 6,605,074 B2 | 8/2003 | Zadno-azizi et al. |
| 6,605,102 B1 | 8/2003 | Mazzocchi et al. |
| 6,610,077 B1 | 8/2003 | Hancock et al. |
| 6,620,148 B1 | 9/2003 | Tsugita |
| 6,620,179 B2 | 9/2003 | Brook et al. |
| 6,620,182 B1 | 9/2003 | Khosravi et al. |
| 6,623,460 B1 | 9/2003 | Heck |
| 6,635,068 B1 | 10/2003 | Dubrul et al. |
| 6,645,222 B1 | 11/2003 | Parodi et al. |
| 6,660,013 B2 | 12/2003 | Rabiner et al. |
| 6,660,014 B2 | 12/2003 | Demarais et al. |
| 6,663,650 B2 | 12/2003 | Sepetka et al. |
| 6,692,504 B2 | 2/2004 | Kurz et al. |
| 6,699,260 B2 | 3/2004 | Dubrul et al. |
| 6,702,830 B1 | 3/2004 | Demarais et al. |
| 6,719,717 B1 | 4/2004 | Johnson et al. |
| 6,755,847 B2 | 6/2004 | Eskuri |
| 6,767,353 B1 | 7/2004 | Shiber |
| 6,790,204 B2 | 9/2004 | Zadno-Azizi et al. |
| 6,800,080 B1 | 10/2004 | Bates |
| 6,818,006 B2 | 11/2004 | Douk et al. |
| 6,824,545 B2 | 11/2004 | Sepetka et al. |
| 6,824,550 B1 | 11/2004 | Noriega et al. |
| 6,824,553 B1 | 11/2004 | Gene et al. |
| 6,830,561 B2 | 12/2004 | Jansen et al. |
| 6,846,029 B1 | 1/2005 | Ragner et al. |
| 6,902,540 B2 | 6/2005 | Dorros et al. |
| 6,908,455 B2 | 6/2005 | Hajianpour |
| 6,939,361 B1 | 9/2005 | Kleshinski |
| 6,942,682 B2 | 9/2005 | Vrba et al. |
| 6,945,977 B2 | 9/2005 | Demarais et al. |
| 6,960,189 B2 | 11/2005 | Bates et al. |
| 6,960,222 B2 | 11/2005 | Vo et al. |
| 7,004,931 B2 | 2/2006 | Hogendijk |
| 7,004,954 B1 | 2/2006 | Voss et al. |
| 7,036,707 B2 | 5/2006 | Aota et al. |
| 7,041,084 B2 | 5/2006 | Fotjik |
| 7,052,500 B2 | 5/2006 | Bashiri et al. |
| 7,056,328 B2 | 6/2006 | Arnott |
| 7,063,707 B2 | 6/2006 | Bose et al. |
| 7,069,835 B2 | 7/2006 | Nishri et al. |
| 7,094,249 B1 | 8/2006 | Thomas et al. |
| 7,122,034 B2 | 10/2006 | Belhe et al. |
| 7,128,073 B1 | 10/2006 | van der Burg et al. |
| 7,152,605 B2 | 12/2006 | Khairkhahan et al. |
| 7,179,273 B1 | 2/2007 | Palmer et al. |
| 7,223,253 B2 | 5/2007 | Hogendijk |
| 7,232,432 B2 | 6/2007 | Fulton, III et al. |
| 7,244,243 B2 | 7/2007 | Lary |
| 7,285,126 B2 | 10/2007 | Sepetka et al. |
| 7,300,458 B2 | 11/2007 | Henkes et al. |
| 7,306,618 B2 | 12/2007 | Demond et al. |
| 7,320,698 B2 | 1/2008 | Eskuri |
| 7,323,002 B2 | 1/2008 | Johnson et al. |
| 7,331,980 B2 | 2/2008 | Dubrul et al. |
| 7,481,805 B2 | 1/2009 | Magnusson |
| 7,534,234 B2 | 5/2009 | Fotjik |
| 7,578,830 B2 | 8/2009 | Kusleika et al. |
| 7,621,870 B2 | 11/2009 | Berrada et al. |
| 7,674,247 B2 | 3/2010 | Fotjik |
| 7,678,131 B2 | 3/2010 | Muller |
| 7,691,121 B2 | 4/2010 | Rosenbluth et al. |
| 7,695,458 B2 | 4/2010 | Belley et al. |
| 7,713,282 B2 | 5/2010 | Frazier et al. |
| 7,722,641 B2 | 5/2010 | van der Burg et al. |
| 7,763,010 B2 | 7/2010 | Evans et al. |
| 7,766,934 B2 | 8/2010 | Pal et al. |
| 7,775,501 B2 | 8/2010 | Kees |
| 7,780,696 B2 | 8/2010 | Daniel et al. |
| 7,815,608 B2* | 10/2010 | Schafersman .... A61M 25/0662<br>604/164.01 |
| 7,837,630 B2 | 11/2010 | Nieoson et al. |
| 7,905,877 B1 | 3/2011 | Jilnenez et al. |
| 7,905,896 B2 | 3/2011 | Straub |
| 7,938,809 B2 | 5/2011 | Lampropoulos et al. |
| 7,938,820 B2 | 5/2011 | Webster et al. |
| 7,967,790 B2 | 6/2011 | Whiting et al. |
| 7,976,511 B2 | 7/2011 | Fotjik |
| 7,993,302 B2 | 8/2011 | Hebert et al. |
| 7,993,363 B2 | 8/2011 | Demond et al. |
| 8,021,351 B2 | 9/2011 | Boldenow et al. |
| 8,043,313 B2 | 10/2011 | Krolik et al. |
| 8,052,640 B2 | 11/2011 | Fiorella et al. |
| 8,057,496 B2 | 11/2011 | Fischer, Jr. |
| 8,057,497 B1 | 11/2011 | Raju et al. |
| 8,066,757 B2 | 11/2011 | Ferrera et al. |
| 8,070,694 B2 | 12/2011 | Galdonik et al. |
| 8,070,769 B2 | 12/2011 | Broome |
| 8,070,791 B2 | 12/2011 | Ferrera et al. |
| 8,075,510 B2 | 12/2011 | Aklog et al. |
| 8,080,032 B2 | 12/2011 | van der Burg et al. |
| 8,088,140 B2 | 1/2012 | Ferrera et al. |
| 8,092,486 B2 | 1/2012 | Berrada et al. |
| 8,100,935 B2 | 1/2012 | Rosenbluth et al. |
| 8,109,962 B2 | 2/2012 | Pal |
| 8,118,829 B2 | 2/2012 | Carrison et al. |
| 8,197,493 B2 | 6/2012 | Ferrera et al. |
| 8,246,641 B2 | 8/2012 | Osborne et al. |
| 8,261,648 B1 | 9/2012 | Marchand et al. |
| 8,267,897 B2 | 9/2012 | Wells |
| 8,298,257 B2 | 10/2012 | Sepetka et al. |
| 8,317,748 B2 | 11/2012 | Fiorella et al. |
| 8,337,450 B2 | 12/2012 | Fotjik |
| RE43,902 E | 1/2013 | Hopkins et al. |
| 8,343,167 B2* | 1/2013 | Henson ................ A61B 17/221<br>606/108 |
| 8,357,178 B2 | 1/2013 | Grandfield et al. |
| 8,361,104 B2 | 1/2013 | Jones et al. |
| 8,409,215 B2 | 4/2013 | Sepetka et al. |
| 8,480,708 B2 | 7/2013 | Kassab et al. |
| 8,486,105 B2 | 7/2013 | Demond et al. |
| 8,491,539 B2 | 7/2013 | Fotjik |

US 11,974,909 B2

Page 4

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,512,352 | B2 | 8/2013 | Martin |
| 8,523,897 | B2 | 9/2013 | van der Burg et al. |
| 8,535,283 | B2 | 9/2013 | Heaton et al. |
| 8,535,334 | B2 | 9/2013 | Martin |
| 8,535,343 | B2 | 9/2013 | van der Burg et al. |
| 8,545,526 | B2 | 10/2013 | Martin et al. |
| 8,568,432 | B2 | 10/2013 | Straub |
| 8,568,465 | B2 | 10/2013 | Freudenthal et al. |
| 8,574,262 | B2 | 11/2013 | Ferrera et al. |
| 8,579,915 | B2 | 11/2013 | French et al. |
| 8,585,713 | B2 | 11/2013 | Ferrera et al. |
| 8,608,754 | B2 | 12/2013 | Wensel et al. |
| 8,647,367 | B2 | 2/2014 | Kassab et al. |
| 8,657,867 | B2 | 2/2014 | Dorn et al. |
| 8,696,622 | B2 | 4/2014 | Fiorella et al. |
| 8,715,314 | B1 | 5/2014 | Janardhan et al. |
| 8,721,714 | B2 | 5/2014 | Kelley |
| 8,753,322 | B2 | 6/2014 | Hu et al. |
| 8,771,289 | B2 | 7/2014 | Mohiuddin et al. |
| 8,777,893 | B2 | 7/2014 | Malewicz |
| 8,784,441 | B2 | 7/2014 | Rosenbluth et al. |
| 8,784,442 | B2 | 7/2014 | Jones et al. |
| 8,784,469 | B2 | 7/2014 | Kassab |
| 8,795,305 | B2 | 8/2014 | Martin et al. |
| 8,795,345 | B2 | 8/2014 | Grandfield et al. |
| 8,801,748 | B2 | 8/2014 | Martin |
| 8,808,259 | B2 | 8/2014 | Walton et al. |
| 8,814,927 | B2 | 8/2014 | Shin et al. |
| 8,820,207 | B2 | 9/2014 | Marchand et al. |
| 8,826,791 | B2 | 9/2014 | Thompson et al. |
| 8,828,044 | B2 | 9/2014 | Aggerholm et al. |
| 8,833,224 | B2 | 9/2014 | Thompson et al. |
| 8,834,519 | B2 | 9/2014 | van der Burg et al. |
| 8,845,621 | B2 | 9/2014 | Fotjik |
| 8,852,226 | B2 | 10/2014 | Gilson et al. |
| 8,939,991 | B2 | 1/2015 | Krolik et al. |
| 8,945,143 | B2 | 2/2015 | Ferrera et al. |
| 8,945,172 | B2 | 2/2015 | Ferrera et al. |
| 8,956,384 | B2 | 2/2015 | Berrada et al. |
| 8,992,504 | B2 | 3/2015 | Castella et al. |
| 9,005,172 | B2 | 4/2015 | Chung |
| 9,011,551 | B2 | 4/2015 | Oral et al. |
| 9,028,401 | B1 | 5/2015 | Bacich et al. |
| 9,078,682 | B2 | 7/2015 | Lenker et al. |
| 9,101,382 | B2 | 8/2015 | Krolik et al. |
| 9,125,683 | B2 | 9/2015 | Farhangnia et al. |
| 9,126,016 | B2 | 9/2015 | Fulton |
| 9,149,609 | B2 | 10/2015 | Ansel et al. |
| 9,155,552 | B2 | 10/2015 | Ulm, III |
| 9,161,766 | B2 | 10/2015 | Slee et al. |
| 9,168,043 | B2 | 10/2015 | van der Burg et al. |
| 9,173,668 | B2 | 11/2015 | Ulm, III |
| 9,186,487 | B2 | 11/2015 | Dubrul et al. |
| 9,204,887 | B2 | 12/2015 | Cully et al. |
| 9,216,277 | B2 | 12/2015 | Myers |
| 9,241,669 | B2 | 1/2016 | Pugh et al. |
| 9,358,037 | B2 | 1/2016 | Farhangnia et al. |
| 9,259,237 | B2 | 2/2016 | Quick et al. |
| 9,265,512 | B2 | 2/2016 | Carrison et al. |
| 9,283,066 | B2 | 3/2016 | Hopkins et al. |
| 9,301,769 | B2 | 4/2016 | Brady et al. |
| 9,351,747 | B2 | 5/2016 | Kugler et al. |
| 9,439,664 | B2 | 9/2016 | Sos |
| 9,439,751 | B2 | 9/2016 | White et al. |
| 9,456,834 | B2 | 10/2016 | Folk |
| 9,463,035 | B1 | 10/2016 | Greenhalgh et al. |
| 9,463,036 | B2 | 10/2016 | Brady et al. |
| 9,526,864 | B2 | 12/2016 | Quick |
| 9,526,865 | B2 | 12/2016 | Quick |
| 9,532,792 | B2 | 1/2017 | Galdonik et al. |
| 9,566,073 | B2 | 2/2017 | Kassab et al. |
| 9,566,424 | B2 | 2/2017 | Pessin |
| 9,579,116 | B1 | 2/2017 | Nguyen et al. |
| 9,581,942 | B1 | 2/2017 | Shippert |
| 9,616,213 | B2 | 4/2017 | Furnish et al. |
| 9,636,206 | B2 | 5/2017 | Nguyen et al. |
| 9,643,035 | B2 | 5/2017 | Mastenbroek |
| 9,662,129 | B2 | 5/2017 | Galdonik et al. |
| 9,700,332 | B2 | 7/2017 | Marchand et al. |
| 9,717,488 | B2 | 8/2017 | Kassab et al. |
| 9,717,514 | B2 | 8/2017 | Martin et al. |
| 9,717,519 | B2 | 8/2017 | Rosenbluth et al. |
| 9,744,024 | B2 | 8/2017 | Nguyen et al. |
| 9,757,137 | B2 | 9/2017 | Krolik et al. |
| 9,827,084 | B2 | 11/2017 | Bonnette et al. |
| 9,844,386 | B2 | 12/2017 | Nguyen et al. |
| 9,844,387 | B2 | 12/2017 | Marchand et al. |
| 9,848,975 | B2 | 12/2017 | Hauser |
| 9,849,014 | B2 | 12/2017 | Kusleika |
| 9,884,387 | B2 | 2/2018 | Plha |
| 9,962,178 | B2 | 5/2018 | Greenhalgh et al. |
| 9,980,813 | B2 | 5/2018 | Eller |
| 9,999,493 | B2 | 6/2018 | Nguyen et al. |
| 10,004,531 | B2 | 6/2018 | Rosenbluth et al. |
| 10,010,335 | B2 | 7/2018 | Greenhalgh et al. |
| 10,016,266 | B2 | 7/2018 | Hauser |
| 10,028,759 | B2 | 7/2018 | Wallace et al. |
| 10,045,790 | B2 | 8/2018 | Cox et al. |
| 10,058,339 | B2 | 8/2018 | Galdonik et al. |
| 10,098,651 | B2 | 10/2018 | Marchand et al. |
| 10,130,385 | B2 | 11/2018 | Farhangnia et al. |
| 10,183,159 | B2 | 1/2019 | Nobles et al. |
| 10,226,263 | B2 | 3/2019 | Look et al. |
| 10,238,406 | B2 | 3/2019 | Cox et al. |
| 10,271,864 | B2 | 4/2019 | Greenhalgh et al. |
| 10,327,883 | B2 | 6/2019 | Yachia |
| 10,335,186 | B2 | 7/2019 | Rosenbluth et al. |
| 10,342,571 | B2 | 7/2019 | Marchand et al. |
| 10,349,960 | B2 | 7/2019 | Quick |
| 10,383,644 | B2 | 8/2019 | Molaei et al. |
| 10,384,034 | B2 | 8/2019 | Carrison et al. |
| 10,456,555 | B2 | 10/2019 | Carrison et al. |
| 10,478,535 | B2 | 11/2019 | Ogle |
| 10,485,952 | B2 | 11/2019 | Carrison et al. |
| 10,524,811 | B2 | 1/2020 | Marchand et al. |
| 10,531,883 | B1 | 1/2020 | Deville et al. |
| 10,588,655 | B2 | 3/2020 | Rosenbluth et al. |
| 10,648,268 | B2 | 5/2020 | Jaffrey et al. |
| 10,695,159 | B2 | 6/2020 | Hauser |
| 10,709,471 | B2 | 7/2020 | Rosenbluth et al. |
| 10,772,636 | B2 | 9/2020 | Kassab et al. |
| 10,799,331 | B2 | 10/2020 | Hauser |
| 10,912,577 | B2 | 2/2021 | Marchand et al. |
| 10,926,060 | B2 | 2/2021 | Stern et al. |
| 10,953,195 | B2 | 3/2021 | Jalgaonkar et al. |
| 10,960,114 | B2 | 3/2021 | Goisis |
| 11,000,682 | B2 | 5/2021 | Merritt et al. |
| 11,013,523 | B2 | 5/2021 | Arad Hadar |
| 11,058,445 | B2 | 7/2021 | Cox et al. |
| 11,058,451 | B2 | 7/2021 | Marchand et al. |
| 11,065,019 | B1 | 7/2021 | Chou et al. |
| 11,147,571 | B2 | 10/2021 | Cox et al. |
| 11,154,314 | B2 | 10/2021 | Quick |
| 11,166,703 | B2 | 11/2021 | Kassab et al. |
| 11,185,664 | B2 | 11/2021 | Carrison et al. |
| 11,213,356 | B2 | 1/2022 | Tanner et al. |
| 11,224,450 | B2 | 1/2022 | Chou et al. |
| 11,224,721 | B2 | 1/2022 | Carrison et al. |
| 11,259,821 | B2 | 3/2022 | Buck et al. |
| 11,305,094 | B2 | 4/2022 | Carrison et al. |
| 11,383,064 | B2 | 7/2022 | Carrison et al. |
| 11,395,903 | B2 | 7/2022 | Carrison et al. |
| 11,406,801 | B2 | 8/2022 | Fojtik et al. |
| 11,433,218 | B2 | 9/2022 | Quick et al. |
| 11,439,799 | B2 | 9/2022 | Buck et al. |
| 11,457,936 | B2 | 10/2022 | Buck et al. |
| 11,529,158 | B2 | 12/2022 | Hauser |
| 11,554,005 | B2 | 1/2023 | Merritt et al. |
| 11,559,382 | B2 | 1/2023 | Merritt et al. |
| 11,576,691 | B2 | 2/2023 | Chou et al. |
| 11,596,768 | B2 | 3/2023 | Stern et al. |
| 11,642,209 | B2 | 5/2023 | Merritt et al. |
| 11,648,028 | B2 | 5/2023 | Rosenbluth et al. |
| 11,697,011 | B2 | 7/2023 | Merritt et al. |

US 11,974,909 B2

Page 5

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 11,697,012 B2 | 7/2023 | Merritt et al. |
| 11,744,691 B2 | 9/2023 | Merritt et al. |
| 11,806,033 B2 | 11/2023 | Marchand et al. |
| 11,832,837 B2 | 12/2023 | Hauser |
| 11,832,838 B2 | 12/2023 | Hauser |
| 11,833,023 B2 | 12/2023 | Hauser |
| 11,839,393 B2 | 12/2023 | Hauser |
| 11,844,921 B2 | 12/2023 | Merritt et al. |
| 11,849,963 B2 | 12/2023 | Quick |
| 11,890,180 B2 | 2/2024 | Merritt et al. |
| 11,918,243 B2 | 3/2024 | Marchand et al. |
| 11,918,244 B2 | 3/2024 | Marchand et al. |
| 2001/0004699 A1 | 6/2001 | Gittings et al. |
| 2001/0031981 A1 | 10/2001 | Evans et al. |
| 2001/0041881 A1 | 11/2001 | Sarge et al. |
| 2001/0041909 A1 | 11/2001 | Tsugita et al. |
| 2001/0049486 A1 | 12/2001 | Evans et al. |
| 2001/0051810 A1 | 12/2001 | Dubrul et al. |
| 2002/0022858 A1 | 2/2002 | Demond et al. |
| 2002/0022859 A1 | 2/2002 | Hogendijk |
| 2002/0026211 A1 | 2/2002 | Khosravi et al. |
| 2002/0032455 A1 | 3/2002 | Boock et al. |
| 2002/0049452 A1 | 4/2002 | Kurz et al. |
| 2002/0095161 A1 | 7/2002 | Dhindsa |
| 2002/0095171 A1 | 7/2002 | Belef |
| 2002/0111648 A1 | 8/2002 | Kusleika et al. |
| 2002/0120277 A1 | 8/2002 | Hauschild et al. |
| 2002/0147458 A1 | 10/2002 | Hiblar et al. |
| 2002/0151918 A1 | 10/2002 | Lafontaine et al. |
| 2002/0156457 A1 | 10/2002 | Fisher |
| 2002/0161392 A1 | 10/2002 | Dubrul |
| 2002/0169474 A1 | 11/2002 | Kusleika |
| 2002/0173819 A1 | 11/2002 | Leeflang et al. |
| 2002/0188276 A1 | 12/2002 | Evans et al. |
| 2003/0023263 A1* | 1/2003 | Krolik .................... A61B 17/22 |
| | | 606/200 |
| 2003/0083693 A1 | 5/2003 | Daniel et al. |
| 2003/0100919 A1 | 5/2003 | Hopkins et al. |
| 2003/0114875 A1 | 6/2003 | Sjostrom |
| 2003/0116731 A1* | 6/2003 | Hartley ..................... F16K 7/06 |
| | | 251/297 |
| 2003/0125663 A1 | 7/2003 | Coleman et al. |
| 2003/0135151 A1* | 7/2003 | Deng .................. A61M 1/7413 |
| | | 604/32 |
| 2003/0135230 A1 | 7/2003 | Massey et al. |
| 2003/0135258 A1 | 7/2003 | Andreas et al. |
| 2003/0153873 A1 | 8/2003 | Luther et al. |
| 2003/0153973 A1 | 8/2003 | Soun et al. |
| 2003/0168068 A1 | 9/2003 | Poole et al. |
| 2003/0176884 A1 | 9/2003 | Berrada et al. |
| 2003/0191516 A1 | 10/2003 | Weldon et al. |
| 2003/0208224 A1 | 11/2003 | Broome |
| 2003/0216774 A1 | 11/2003 | Larson |
| 2003/0225379 A1 | 12/2003 | Schaffer et al. |
| 2004/0019310 A1 | 1/2004 | Hogendijk |
| 2004/0039351 A1 | 2/2004 | Barrett |
| 2004/0039412 A1 | 2/2004 | Isshiki et al. |
| 2004/0068288 A1 | 4/2004 | Palmer et al. |
| 2004/0073243 A1 | 4/2004 | Sepetka et al. |
| 2004/0098033 A1 | 5/2004 | Leeflang et al. |
| 2004/0102807 A1 | 5/2004 | Kusleika et al. |
| 2004/0122359 A1 | 6/2004 | Wenz et al. |
| 2004/0127936 A1 | 7/2004 | Salahieh et al. |
| 2004/0133232 A1 | 7/2004 | Rosenbluth et al. |
| 2004/0138525 A1 | 7/2004 | Saadat et al. |
| 2004/0138692 A1 | 7/2004 | Phung et al. |
| 2004/0167567 A1 | 8/2004 | Cano et al. |
| 2004/0199201 A1 | 10/2004 | Kellett et al. |
| 2004/0199202 A1 | 10/2004 | Dubrul et al. |
| 2004/0260344 A1 | 12/2004 | Lyons et al. |
| 2004/0267272 A1 | 12/2004 | Henniges et al. |
| 2005/0004534 A1 | 1/2005 | Lockwood et al. |
| 2005/0033172 A1 | 2/2005 | Dubrul et al. |
| 2005/0038468 A1 | 2/2005 | Panetta et al. |
| 2005/0054995 A1* | 3/2005 | Barzell ................. A61M 1/772 |
| | | 604/317 |
| 2005/0055047 A1 | 3/2005 | Greenhalgh |
| 2005/0085769 A1 | 4/2005 | MacMahon et al. |
| 2005/0085826 A1 | 4/2005 | Nair et al. |
| 2005/0085846 A1 | 4/2005 | Carrison et al. |
| 2005/0085849 A1 | 4/2005 | Sepetka et al. |
| 2005/0119668 A1 | 6/2005 | Teague et al. |
| 2005/0131387 A1 | 6/2005 | Pursley |
| 2005/0177132 A1 | 8/2005 | Lentz et al. |
| 2005/0187570 A1 | 8/2005 | Nguyen et al. |
| 2005/0203605 A1 | 9/2005 | Dolan |
| 2005/0283165 A1 | 12/2005 | Gadberry |
| 2005/0283166 A1 | 12/2005 | Greenhalgh et al. |
| 2005/0283186 A1 | 12/2005 | Berrada et al. |
| 2006/0020286 A1 | 1/2006 | Niermann |
| 2006/0042786 A1 | 3/2006 | West |
| 2006/0047286 A1 | 3/2006 | West |
| 2006/0074401 A1 | 4/2006 | Ross |
| 2006/0089533 A1 | 4/2006 | Ziegler et al. |
| 2006/0100662 A1 | 5/2006 | Daniel et al. |
| 2006/0155305 A1 | 7/2006 | Freudenthal et al. |
| 2006/0173525 A1 | 8/2006 | Behl et al. |
| 2006/0195137 A1 | 8/2006 | Sepetka et al. |
| 2006/0200221 A1 | 9/2006 | Malewicz |
| 2006/0217664 A1 | 9/2006 | Hattler et al. |
| 2006/0224177 A1 | 10/2006 | Finitsis |
| 2006/0229645 A1 | 10/2006 | Bonnette et al. |
| 2006/0247500 A1 | 11/2006 | Voegele et al. |
| 2006/0253145 A1 | 11/2006 | Lucas |
| 2006/0264905 A1 | 11/2006 | Eskridge et al. |
| 2006/0276874 A1 | 12/2006 | Wilson et al. |
| 2006/0282111 A1 | 12/2006 | Morsi |
| 2006/0293696 A1 | 12/2006 | Fahey et al. |
| 2007/0010787 A1 | 1/2007 | Hackett et al. |
| 2007/0038225 A1 | 2/2007 | Osborne |
| 2007/0093744 A1 | 4/2007 | Elmaleh |
| 2007/0112374 A1 | 5/2007 | Paul, Jr. et al. |
| 2007/0118165 A1 | 5/2007 | DeMello et al. |
| 2007/0149996 A1 | 6/2007 | Coughlin |
| 2007/0161963 A1 | 7/2007 | Smalling |
| 2007/0179513 A1 | 8/2007 | Deutsch |
| 2007/0191866 A1 | 8/2007 | Palmer et al. |
| 2007/0198028 A1 | 8/2007 | Miloslavski et al. |
| 2007/0208361 A1 | 9/2007 | Okushi et al. |
| 2007/0208367 A1 | 9/2007 | Fiorella et al. |
| 2007/0213753 A1 | 9/2007 | Waller |
| 2007/0213765 A1 | 9/2007 | Adams et al. |
| 2007/0233043 A1 | 10/2007 | Dayton et al. |
| 2007/0255252 A1 | 11/2007 | Mehta |
| 2007/0288054 A1 | 12/2007 | Tanaka et al. |
| 2008/0015541 A1 | 1/2008 | Rosenbluth et al. |
| 2008/0087853 A1 | 4/2008 | Kees |
| 2008/0088055 A1 | 4/2008 | Ross |
| 2008/0157017 A1 | 7/2008 | Macatangay et al. |
| 2008/0167678 A1 | 7/2008 | Morsi |
| 2008/0183136 A1 | 7/2008 | Lenker et al. |
| 2008/0228209 A1 | 9/2008 | DeMello et al. |
| 2008/0234715 A1 | 9/2008 | Pesce et al. |
| 2008/0234722 A1 | 9/2008 | Bonnette et al. |
| 2008/0262528 A1 | 10/2008 | Martin |
| 2008/0269798 A1 | 10/2008 | Ramzipoor et al. |
| 2008/0294096 A1 | 11/2008 | Uber, III et al. |
| 2008/0300466 A1 | 12/2008 | Gresham |
| 2008/0312681 A1 | 12/2008 | Ansel et al. |
| 2009/0018566 A1 | 1/2009 | Escudero et al. |
| 2009/0054918 A1 | 2/2009 | Henson |
| 2009/0062841 A1 | 3/2009 | Amplatz et al. |
| 2009/0069828 A1 | 3/2009 | Martin et al. |
| 2009/0076417 A1 | 3/2009 | Jones |
| 2009/0160112 A1 | 6/2009 | Ostrovsky |
| 2009/0163846 A1 | 6/2009 | Aklog et al. |
| 2009/0182362 A1 | 7/2009 | Thompson et al. |
| 2009/0192495 A1 | 7/2009 | Ostrovsky et al. |
| 2009/0281525 A1 | 11/2009 | Harding et al. |
| 2009/0292307 A1 | 11/2009 | Razack |
| 2009/0299393 A1 | 12/2009 | Martin et al. |
| 2009/0312786 A1 | 12/2009 | Trask et al. |
| 2010/0016837 A1 | 1/2010 | Howat |

## US 11,974,909 B2

Page 6

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2010/0030256 A1 | 2/2010 | Dubrul et al. |
| 2010/0042136 A1 | 2/2010 | Berrada et al. |
| 2010/0087844 A1 | 4/2010 | Fischer, Jr. |
| 2010/0087850 A1 | 4/2010 | Razack |
| 2010/0094201 A1 | 4/2010 | Mallaby |
| 2010/0106081 A1 | 4/2010 | Brandeis |
| 2010/0114017 A1 | 5/2010 | Lenker et al. |
| 2010/0114113 A1 | 5/2010 | Dubrul et al. |
| 2010/0121312 A1 | 5/2010 | Gielenz et al. |
| 2010/0137846 A1 | 6/2010 | Desai |
| 2010/0190156 A1 | 7/2010 | Van Wordragen et al. |
| 2010/0204712 A1 | 8/2010 | Mallaby |
| 2010/0217276 A1 | 8/2010 | Garrison et al. |
| 2010/0249815 A1 | 9/2010 | Jantzen et al. |
| 2010/0268264 A1 | 10/2010 | Bonnette et al. |
| 2010/0318178 A1 | 12/2010 | Rapaport et al. |
| 2011/0034986 A1 | 2/2011 | Chou et al. |
| 2011/0034987 A1 | 2/2011 | Kennedy |
| 2011/0054405 A1 | 3/2011 | Whiting et al. |
| 2011/0060212 A1 | 3/2011 | Slee et al. |
| 2011/0071503 A1 | 3/2011 | Takagi et al. |
| 2011/0118817 A1 | 5/2011 | Gunderson et al. |
| 2011/0125181 A1 | 5/2011 | Brady et al. |
| 2011/0144592 A1* | 6/2011 | Wong ................ A61M 39/0613 604/175 |
| 2011/0152823 A1 | 6/2011 | Mohiuddin et al. |
| 2011/0152889 A1 | 6/2011 | Ashland |
| 2011/0152993 A1 | 6/2011 | Marchand et al. |
| 2011/0160742 A1 | 6/2011 | Ferrera et al. |
| 2011/0160763 A1 | 6/2011 | Ferrera et al. |
| 2011/0190806 A1 | 8/2011 | Wittens |
| 2011/0196309 A1 | 8/2011 | Wells |
| 2011/0196414 A1 | 8/2011 | Porter et al. |
| 2011/0213290 A1 | 9/2011 | Chin et al. |
| 2011/0213403 A1 | 9/2011 | Aboytes |
| 2011/0224707 A1 | 9/2011 | Miloslavski et al. |
| 2011/0245807 A1 | 10/2011 | Sakata et al. |
| 2011/0251629 A1 | 10/2011 | Galdonik et al. |
| 2011/0264132 A1 | 10/2011 | Strauss et al. |
| 2011/0264133 A1 | 10/2011 | Hanlon et al. |
| 2011/0265681 A1 | 11/2011 | Allen et al. |
| 2011/0288529 A1 | 11/2011 | Fulton |
| 2011/0288572 A1 | 11/2011 | Martin |
| 2011/0309037 A1 | 12/2011 | Lee |
| 2011/0319917 A1 | 12/2011 | Ferrera et al. |
| 2012/0059309 A1 | 3/2012 | di Palma et al. |
| 2012/0059356 A1 | 3/2012 | di Palma et al. |
| 2012/0083824 A1 | 4/2012 | Berrada et al. |
| 2012/0083868 A1 | 4/2012 | Shrivastava |
| 2012/0089216 A1 | 4/2012 | Rapaport et al. |
| 2012/0095448 A1 | 4/2012 | Kajii |
| 2012/0101480 A1 | 4/2012 | Ingle et al. |
| 2012/0101510 A1 | 4/2012 | Lenker et al. |
| 2012/0109109 A1 | 5/2012 | Kajii |
| 2012/0138832 A1 | 6/2012 | Townsend |
| 2012/0143239 A1 | 6/2012 | Aklog et al. |
| 2012/0165919 A1 | 6/2012 | Cox et al. |
| 2012/0172918 A1 | 7/2012 | Fifer et al. |
| 2012/0179181 A1 | 7/2012 | Straub et al. |
| 2012/0197277 A1 | 8/2012 | Stinis |
| 2012/0232655 A1 | 9/2012 | Lorrison et al. |
| 2012/0271105 A1 | 10/2012 | Nakamura et al. |
| 2012/0271231 A1 | 10/2012 | Agrawal |
| 2012/0277788 A1 | 11/2012 | Cattaneo |
| 2012/0310166 A1 | 12/2012 | Huff |
| 2013/0030460 A1 | 1/2013 | Marks et al. |
| 2013/0035628 A1 | 2/2013 | Garrison et al. |
| 2013/0046332 A1 | 2/2013 | Jones et al. |
| 2013/0066348 A1 | 3/2013 | Fiorella et al. |
| 2013/0092012 A1 | 4/2013 | Marchand et al. |
| 2013/0096571 A1 | 4/2013 | Massicotte et al. |
| 2013/0102996 A1 | 4/2013 | Strauss |
| 2013/0116708 A1 | 5/2013 | Ziniti et al. |
| 2013/0116721 A1 | 5/2013 | Takagi et al. |
| 2013/0123705 A1 | 5/2013 | Holm et al. |
| 2013/0126559 A1 | 5/2013 | Cowan et al. |
| 2013/0144326 A1 | 6/2013 | Brady et al. |
| 2013/0150793 A1 | 6/2013 | Beissel et al. |
| 2013/0165871 A1 | 6/2013 | Fiorella et al. |
| 2013/0184703 A1 | 7/2013 | Shireman et al. |
| 2013/0190701 A1 | 7/2013 | Kirn |
| 2013/0197454 A1 | 8/2013 | Shibata et al. |
| 2013/0197567 A1 | 8/2013 | Brady et al. |
| 2013/0204297 A1 | 8/2013 | Melsheimer et al. |
| 2013/0226196 A1 | 8/2013 | Smith |
| 2013/0270161 A1 | 10/2013 | Kumar et al. |
| 2013/0281788 A1 | 10/2013 | Garrison |
| 2013/0289608 A1 | 10/2013 | Tanaka et al. |
| 2013/0317589 A1 | 11/2013 | Martin et al. |
| 2013/0345739 A1 | 12/2013 | Brady et al. |
| 2014/0005712 A1 | 1/2014 | Martin |
| 2014/0005713 A1 | 1/2014 | Bowman |
| 2014/0005715 A1 | 1/2014 | Castella et al. |
| 2014/0005717 A1 | 1/2014 | Martin et al. |
| 2014/0025048 A1 | 1/2014 | Ward |
| 2014/0031856 A1 | 1/2014 | Martin |
| 2014/0046133 A1 | 2/2014 | Nakamura et al. |
| 2014/0046243 A1 | 2/2014 | Ray et al. |
| 2014/0052161 A1 | 2/2014 | Cully et al. |
| 2014/0074144 A1 | 3/2014 | Shrivastava et al. |
| 2014/0121672 A1 | 5/2014 | Folk |
| 2014/0155830 A1 | 6/2014 | Bonnette et al. |
| 2014/0155980 A1 | 6/2014 | Turjman |
| 2014/0163615 A1 | 6/2014 | Gadlage et al. |
| 2014/0180055 A1 | 6/2014 | Glynn et al. |
| 2014/0180397 A1 | 6/2014 | Gerberding et al. |
| 2014/0155908 A1 | 7/2014 | Rosenbluth et al. |
| 2014/0188127 A1 | 7/2014 | Dubrul et al. |
| 2014/0188143 A1 | 7/2014 | Martin et al. |
| 2014/0222070 A1 | 8/2014 | Belson et al. |
| 2014/0236219 A1 | 8/2014 | Dubrul et al. |
| 2014/0243882 A1 | 8/2014 | Ma |
| 2014/0257253 A1 | 9/2014 | Jemison |
| 2014/0257363 A1 | 9/2014 | Lippert |
| 2014/0276403 A1 | 9/2014 | Follmer et al. |
| 2014/0296868 A1 | 10/2014 | Garrison et al. |
| 2014/0303658 A1 | 10/2014 | Bonnette et al. |
| 2014/0318354 A1 | 10/2014 | Thompson et al. |
| 2014/0324091 A1 | 10/2014 | Rosenbluth et al. |
| 2014/0330286 A1 | 11/2014 | Wallace et al. |
| 2014/0336691 A1 | 11/2014 | Jones et al. |
| 2014/0343593 A1 | 11/2014 | Chin et al. |
| 2014/0364896 A1 | 12/2014 | Consigny |
| 2014/0371779 A1 | 12/2014 | Vale et al. |
| 2015/0005781 A1 | 1/2015 | Lund-Clausen et al. |
| 2015/0005792 A1 | 1/2015 | Ahn |
| 2015/0018859 A1 | 1/2015 | Quick et al. |
| 2015/0018860 A1 | 1/2015 | Quick |
| 2015/0018929 A1 | 1/2015 | Martin et al. |
| 2015/0025555 A1 | 1/2015 | Sos |
| 2015/0032144 A1 | 1/2015 | Holloway |
| 2015/0059908 A1 | 3/2015 | Mollen |
| 2015/0088190 A1 | 3/2015 | Jensen |
| 2015/0127035 A1 | 5/2015 | Trapp et al. |
| 2015/0133990 A1 | 5/2015 | Davidson |
| 2015/0150672 A1 | 6/2015 | Ma |
| 2015/0164523 A1 | 6/2015 | Brady et al. |
| 2015/0164666 A1 | 6/2015 | Johnson et al. |
| 2015/0173782 A1 | 6/2015 | Garrison et al. |
| 2015/0190155 A1 | 7/2015 | Ulm, III |
| 2015/0190156 A1 | 7/2015 | Ulm, III |
| 2015/0196380 A1 | 7/2015 | Berrada et al. |
| 2015/0196744 A1 | 7/2015 | Aboytes |
| 2015/0209058 A1 | 7/2015 | Ferrera et al. |
| 2015/0209165 A1 | 7/2015 | Grandfield et al. |
| 2015/0238207 A1 | 8/2015 | Cox et al. |
| 2015/0250578 A1 | 9/2015 | Cook et al. |
| 2015/0265299 A1 | 9/2015 | Cooper et al. |
| 2015/0305756 A1 | 10/2015 | Rosenbluth |
| 2015/0305859 A1 | 10/2015 | Eller |
| 2015/0352325 A1 | 12/2015 | Quick |
| 2015/0360001 A1 | 12/2015 | Quick |
| 2015/0374391 A1 | 12/2015 | Quick |
| 2016/0022293 A1 | 1/2016 | Dubrul et al. |

**US 11,974,909 B2**

Page 7

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2016/0030708 A1 | 2/2016 | Casiello et al. |
| 2016/0038267 A1 | 2/2016 | Allen et al. |
| 2016/0058540 A1 | 3/2016 | Don Michael |
| 2016/0074627 A1 | 3/2016 | Cottone |
| 2016/0106353 A1 | 4/2016 | Schuetz et al. |
| 2016/0106448 A1 | 4/2016 | Brady et al. |
| 2016/0106449 A1 | 4/2016 | Brady et al. |
| 2016/0113663 A1 | 4/2016 | Brady et al. |
| 2016/0113664 A1 | 4/2016 | Brady et al. |
| 2016/0113665 A1 | 4/2016 | Brady et al. |
| 2016/0113666 A1 | 4/2016 | Quick |
| 2016/0135829 A1 | 5/2016 | Holochwost et al. |
| 2016/0143721 A1 | 5/2016 | Rosenbluth |
| 2016/0151605 A1 | 6/2016 | Welch et al. |
| 2016/0192912 A1 | 7/2016 | Kassab et al. |
| 2016/0206344 A1 | 7/2016 | Bruzzi et al. |
| 2016/0008014 A1 | 8/2016 | Rosenbluth |
| 2016/0220741 A1 | 8/2016 | Garrison et al. |
| 2016/0220795 A1 | 8/2016 | Korkuch et al. |
| 2016/0228134 A1 | 8/2016 | Martin et al. |
| 2016/0262774 A1 | 9/2016 | Honda |
| 2016/0262790 A1 | 9/2016 | Rosenbluth et al. |
| 2016/0287276 A1 | 10/2016 | Cox et al. |
| 2016/0367285 A1 | 12/2016 | Sos |
| 2017/0014560 A1 | 1/2017 | Minskoff et al. |
| 2017/0021130 A1 | 1/2017 | Dye |
| 2017/0037548 A1 | 2/2017 | Lee |
| 2017/0042571 A1 | 2/2017 | Levi |
| 2017/0049942 A1 | 2/2017 | Conlan et al. |
| 2017/0056032 A1 | 3/2017 | Look et al. |
| 2017/0058623 A1 | 3/2017 | Jaffrey et al. |
| 2017/0079672 A1 | 3/2017 | Quick |
| 2017/0086864 A1 | 3/2017 | Greenhalgh et al. |
| 2017/0100142 A1 | 4/2017 | Look et al. |
| 2017/0105743 A1 | 4/2017 | Vale et al. |
| 2017/0105745 A1 | 4/2017 | Rosenbluth et al. |
| 2017/0112514 A1 | 4/2017 | Marchand et al. |
| 2017/0113005 A1 | 4/2017 | Linder et al. |
| 2017/0143359 A1 | 5/2017 | Nguyen et al. |
| 2017/0143880 A1 | 5/2017 | Luxon et al. |
| 2017/0143938 A1 | 5/2017 | Ogle et al. |
| 2017/0172591 A1 | 6/2017 | Ulm, III |
| 2017/0112513 A1 | 7/2017 | Marchand et al. |
| 2017/0189041 A1 | 7/2017 | Cox et al. |
| 2017/0196576 A1 | 7/2017 | Long et al. |
| 2017/0233908 A1 | 8/2017 | Kroczynski et al. |
| 2017/0252057 A1 | 9/2017 | Bonnette et al. |
| 2017/0265878 A1 | 9/2017 | Marchand et al. |
| 2017/0281204 A1 | 10/2017 | Garrison et al. |
| 2017/0303939 A1 | 10/2017 | Greenhalgh et al. |
| 2017/0303942 A1 | 10/2017 | Greenhalgh et al. |
| 2017/0303947 A1 | 10/2017 | Greenhalgh et al. |
| 2017/0303948 A1 | 10/2017 | Wallace et al. |
| 2017/0319221 A1 | 11/2017 | Chu |
| 2017/0325839 A1 | 11/2017 | Rosenbluth et al. |
| 2017/0340867 A1 | 11/2017 | Accisano, II |
| 2017/0348014 A1 | 12/2017 | Wallace et al. |
| 2018/0014840 A1 | 1/2018 | Panian |
| 2018/0042623 A1 | 2/2018 | Batiste |
| 2018/0042624 A1 | 2/2018 | Greenhalgh et al. |
| 2018/0042626 A1 | 2/2018 | Greenhalgh et al. |
| 2018/0055999 A1 | 3/2018 | Bare et al. |
| 2018/0064453 A1 | 3/2018 | Garrison et al. |
| 2018/0064454 A1 | 3/2018 | Losordo et al. |
| 2018/0070968 A1 | 3/2018 | Wallace et al. |
| 2018/0092652 A1 | 4/2018 | Marchand et al. |
| 2018/0104404 A1 | 4/2018 | Ngo-Chu |
| 2018/0105963 A1 | 4/2018 | Quick |
| 2018/0125512 A1 | 5/2018 | Nguyen et al. |
| 2018/0184912 A1 | 7/2018 | Al-Ali |
| 2018/0193043 A1 | 7/2018 | Marchand et al. |
| 2018/0236205 A1 | 8/2018 | Krautkremer et al. |
| 2018/0250498 A1 | 9/2018 | Stern et al. |
| 2018/0256177 A1 | 9/2018 | Cooper et al. |
| 2018/0256178 A1 | 9/2018 | Cox et al. |
| 2018/0296240 A1 | 10/2018 | Rosenbluth et al. |
| 2018/0344339 A1 | 12/2018 | Cox et al. |
| 2018/0361116 A1 | 12/2018 | Quick et al. |
| 2019/0000492 A1 | 1/2019 | Casey et al. |
| 2019/0015298 A1 | 1/2019 | Beatty et al. |
| 2019/0046219 A1 | 2/2019 | Marchand et al. |
| 2019/0070401 A1 | 3/2019 | Merritt et al. |
| 2019/0117244 A1 | 4/2019 | Wallace et al. |
| 2019/0133622 A1 | 5/2019 | Wallace et al. |
| 2019/0133623 A1 | 5/2019 | Wallace et al. |
| 2019/0133624 A1 | 5/2019 | Wallace et al. |
| 2019/0133625 A1 | 5/2019 | Wallace et al. |
| 2019/0133626 A1 | 5/2019 | Wallace et al. |
| 2019/0133627 A1 | 5/2019 | Wallace et al. |
| 2019/0150959 A1 | 5/2019 | Cox et al. |
| 2019/0223893 A1 | 7/2019 | Gilvarry et al. |
| 2019/0231373 A1 | 8/2019 | Quick |
| 2019/0239910 A1 | 8/2019 | Brady et al. |
| 2019/0321071 A1 | 10/2019 | Marchand et al. |
| 2019/0328411 A1 | 10/2019 | Vale et al. |
| 2019/0336142 A1 | 11/2019 | Torrie et al. |
| 2019/0336148 A1 | 11/2019 | Greenhalgh et al. |
| 2019/0365395 A1 | 12/2019 | Tran et al. |
| 2019/0366036 A1 | 12/2019 | Jalgaonkar et al. |
| 2020/0022711 A1 | 1/2020 | Look et al. |
| 2020/0046368 A1 | 2/2020 | Merritt et al. |
| 2020/0046940 A1 | 2/2020 | Carrison et al. |
| 2020/0054861 A1 | 2/2020 | Korkuch et al. |
| 2020/0113412 A1 | 4/2020 | Jensen |
| 2020/0121334 A1 | 4/2020 | Galdonik et al. |
| 2020/0129741 A1 | 4/2020 | Kawwas et al. |
| 2021/0022843 A1 | 1/2021 | Hauser |
| 2021/0038385 A1 | 2/2021 | Popp et al. |
| 2021/0113224 A1 | 4/2021 | Dinh |
| 2021/0128182 A1 | 5/2021 | Teigen et al. |
| 2021/0137667 A1 | 5/2021 | Sonnette et al. |
| 2021/0138194 A1 | 5/2021 | Carrison et al. |
| 2021/0186541 A1 | 6/2021 | Thress |
| 2021/0205577 A1 | 7/2021 | Jalgaonkar et al. |
| 2021/0236148 A1 | 8/2021 | Marchand et al. |
| 2021/0290925 A1 | 9/2021 | Merritt et al. |
| 2021/0315598 A1 | 10/2021 | Buck et al. |
| 2021/0316127 A1 | 10/2021 | Buck et al. |
| 2021/0330344 A1 | 10/2021 | Rosenbluth et al. |
| 2021/0378694 A1 | 12/2021 | Thress et al. |
| 2021/0393278 A1 | 12/2021 | O'Malley et al. |
| 2021/0404464 A1 | 12/2021 | Patoskie |
| 2022/0000505 A1 | 1/2022 | Hauser |
| 2022/0000506 A1 | 1/2022 | Hauser |
| 2022/0000507 A1 | 1/2022 | Hauser |
| 2022/0015798 A1 | 1/2022 | Marchand et al. |
| 2022/0022898 A1 | 1/2022 | Cox et al. |
| 2022/0033888 A1 | 2/2022 | Schnall-Levin et al. |
| 2022/0039815 A1 | 2/2022 | Thress et al. |
| 2022/0125451 A1 | 4/2022 | Hauser |
| 2022/0142638 A1 | 5/2022 | Enright et al. |
| 2022/0151647 A1 | 5/2022 | Dolendo et al. |
| 2022/0152355 A1 | 5/2022 | Dolendo et al. |
| 2022/0160381 A1 | 5/2022 | Hauser |
| 2022/0160382 A1 | 5/2022 | Hauser |
| 2022/0160383 A1 | 5/2022 | Hauser |
| 2022/0211400 A1 | 7/2022 | Cox et al. |
| 2022/0211992 A1 | 7/2022 | Merritt et al. |
| 2022/0240959 A1 | 8/2022 | Quick |
| 2022/0346800 A1 | 11/2022 | Merritt et al. |
| 2022/0346813 A1 | 11/2022 | Quick |
| 2022/0346814 A1 | 11/2022 | Quick |
| 2022/0347455 A1 | 11/2022 | Merritt et al. |
| 2022/0362512 A1 | 11/2022 | Quick et al. |
| 2022/0370761 A1 | 11/2022 | Chou et al. |
| 2023/0046775 A1 | 2/2023 | Quick |
| 2023/0059721 A1 | 2/2023 | Chou et al. |
| 2023/0062809 A1 | 3/2023 | Merritt et al. |
| 2023/0070120 A1 | 3/2023 | Cox et al. |
| 2023/0122587 A1 | 4/2023 | Chou et al. |
| 2023/0200970 A1 | 6/2023 | Merritt et al. |
| 2023/0218310 A1 | 7/2023 | Scheinblum et al. |
| 2023/0218313 A1 | 7/2023 | Rosenbluth et al. |
| 2023/0218383 A1 | 7/2023 | Merritt et al. |

**US 11,974,909 B2**

Page 8

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2023/0233311 A1 | 7/2023 | Merritt et al. |
| 2023/0240705 A1 | 8/2023 | Rosenbluth et al. |
| 2023/0240706 A1 | 8/2023 | Rosenbluth et al. |
| 2023/0241302 A1 | 8/2023 | Merritt et al. |
| 2023/0248380 A1 | 8/2023 | Long et al. |
| 2023/0270991 A1 | 8/2023 | Merritt et al. |
| 2023/0310137 A1 | 10/2023 | Merritt et al. |
| 2023/0310138 A1 | 10/2023 | Merritt et al. |
| 2023/0310751 A1 | 10/2023 | Merritt et al. |
| 2023/0329734 A1 | 10/2023 | Marchand et al. |
| 2023/0338130 A1 | 10/2023 | Merritt et al. |
| 2023/0338131 A1 | 10/2023 | Merritt et al. |
| 2023/0355256 A1 | 11/2023 | Dinh |
| 2023/0355259 A1 | 11/2023 | Marchand et al. |
| 2023/0355938 A1 | 11/2023 | Merritt et al. |
| 2023/0363776 A1 | 11/2023 | Quick |
| 2023/0363883 A1 | 11/2023 | Merritt et al. |
| 2023/0389932 A1 | 12/2023 | Ozenne et al. |
| 2023/0390045 A1 | 12/2023 | Merritt et al. |
| 2024/0058113 A1 | 2/2024 | Strauss et al. |
| 2024/0074771 A1 | 3/2024 | Quick et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 103764049 | 4/2014 |
| CN | 103932756 | 7/2014 |
| CN | 104068910 | 10/2014 |
| CN | 106178227 | 12/2016 |
| CN | 108348319 | 7/2018 |
| CN | 110652645 | 1/2020 |
| CN | 111281482 | 6/2020 |
| DE | 102017004383 | 7/2018 |
| EP | 1254634 | 11/2002 |
| EP | 1867290 | 2/2013 |
| EP | 2942624 | 11/2015 |
| EP | 3583972 | 12/2019 |
| EP | 3589348 | 1/2020 |
| EP | 3620204 | 3/2020 |
| EP | 3013404 | 4/2020 |
| EP | 4137070 | 2/2023 |
| GB | 1588072 | 4/1981 |
| GB | 2498349 | 7/2013 |
| JP | H6190049 | 7/1994 |
| JP | H07323090 A | 12/1995 |
| JP | 2001522631 | 5/1999 |
| JP | 2004097807 | 4/2004 |
| JP | 2005-095242 | 6/2005 |
| JP | 2005230132 | 9/2005 |
| JP | 2005323702 | 11/2005 |
| JP | 2006094876 | 4/2006 |
| JP | 2011526820 | 1/2010 |
| WO | WO1997017889 | 5/1997 |
| WO | WO9833443 | 8/1998 |
| WO | WO9838920 | 9/1998 |
| WO | WO9839053 | 9/1998 |
| WO | WO9851237 | 11/1998 |
| WO | WO1999044542 | 9/1999 |
| WO | WO0032118 | 6/2000 |
| WO | WO2000053120 | 9/2000 |
| WO | WO0202162 | 1/2002 |
| WO | WO03015840 | 2/2003 |
| WO | WO2004018916 | 3/2004 |
| WO | WO2004093696 | 11/2004 |
| WO | WO2005046736 | 5/2005 |
| WO | WO2006029270 | 3/2006 |
| WO | WO2006110186 | 10/2006 |
| WO | WO2006124307 | 11/2006 |
| WO | WO2007092820 | 8/2007 |
| WO | WO2009082513 | 7/2009 |
| WO | WO2009086482 | 7/2009 |
| WO | WO2009155571 | 12/2009 |
| WO | WO2010002549 | 1/2010 |
| WO | WO2010010545 | 1/2010 |
| WO | WO2010023671 | 3/2010 |
| WO | WO2010049121 | 5/2010 |
| WO | WO2010102307 | 9/2010 |
| WO | WO2011032712 | 3/2011 |
| WO | WO2011054531 | 5/2011 |
| WO | WO2011073176 | 6/2011 |
| WO | WO2012009675 | 1/2012 |
| WO | WO2012011097 | 1/2012 |
| WO | WO2012049652 | 4/2012 |
| WO | WO2012065748 | 5/2012 |
| WO | WO2012114633 | 8/2012 |
| WO | WO2012120490 | 9/2012 |
| WO | WO2012162437 | 11/2012 |
| WO | WO2014047650 | 3/2014 |
| WO | WO2014081892 | 5/2014 |
| WO | WO2015006782 | 1/2015 |
| WO | WO2015061365 | 4/2015 |
| WO | WO2015121424 | 8/2015 |
| WO | WO2015179329 | 11/2015 |
| WO | WO2015189354 | 12/2015 |
| WO | WO2015191646 | 12/2015 |
| WO | WO2016014955 | 1/2016 |
| WO | WO2017024258 | 2/2017 |
| WO | WO2017058280 | 4/2017 |
| WO | WO2017070702 | 4/2017 |
| WO | WO2017106877 | 6/2017 |
| WO | WO2017189535 | 11/2017 |
| WO | WO2017189550 | 11/2017 |
| WO | WO2017189591 | 11/2017 |
| WO | WO2017189615 | 11/2017 |
| WO | WO2017210487 | 12/2017 |
| WO | WO2018049317 | 3/2018 |
| WO | WO2018065092 | 4/2018 |
| WO | WO2018080590 | 5/2018 |
| WO | WO2018148174 | 8/2018 |
| WO | WO2019010318 | 1/2019 |
| WO | WO2019050765 | 3/2019 |
| WO | WO2019075444 | 4/2019 |
| WO | WO2019094456 | 5/2019 |
| WO | WO2019173475 | 9/2019 |
| WO | WO2019222117 | 11/2019 |
| WO | WO2019246240 | 12/2019 |
| WO | WO2020036809 | 2/2020 |
| WO | WO2021067134 | 4/2021 |
| WO | WO2021076954 | 4/2021 |
| WO | WO2021127202 | 6/2021 |
| WO | WO2021248042 | 12/2021 |
| WO | WO2022032173 | 2/2022 |
| WO | WO2022103848 | 5/2022 |
| WO | WO2022109021 | 5/2022 |
| WO | WO2022109034 | 5/2022 |
| WO | WO2023137341 | 7/2023 |
| WO | WO2023147353 | 8/2023 |
| WO | WO2023154612 | 8/2023 |
| WO | WO2023192925 | 10/2023 |
| WO | WO2023215779 | 11/2023 |

OTHER PUBLICATIONS

Gibbs, et al., "Temporary Stent as a bail-out device during percutaneous transluminal coronary angioplasty: preliminary clinical experience," British Heart Journal, 1994, 71:372-377, Oct. 12, 1993, 6 pgs.

Gupta, S. et al., "Acute Pulmonary Embolism Advances in Treatment", JAPI, Association of Physicians India, Mar. 2008, vol. 56, 185-191.

International Search Report and Written Opinion for International App. No. PCT/US13/61470, dated Jan. 17, 2014, 7 pages.

International Search Report and Written Opinion for International App. No. PCT/US2014/046567, dated Nov. 3, 2014, 13 pages.

International Search Report and Written Opinion for International App. No. PCT/US2014/061645, dated Jan. 23, 2015, 15 pages.

International Search Report for International App. No. PCT/US13/71101, dated Mar. 31, 2014, 4 pages.

Konstantinides, S. et al., "Pulmonary embolism hotline 2012—Recent and expected trials", Thrombosis and Haemostasis, Jan. 9, 2013;33; 43-50.

Konstantinides, S. et al., "Pulmonary embolism: risk assessment and management", European Society of Cardiology; European Heart Journal, Sep. 7, 2012;33, 3014-3022.

## US 11,974,909 B2

Page 9

(56)            **References Cited**

OTHER PUBLICATIONS

Kucher, N. et al., "Percutaneous Catheter Thrombectomy Device for Acute Pulmonary Embolism: In Vitro and in Vivo Testing", Circulation, Sep. 2005:112:e28-e32.

Kucher, N., "Catheter Interventions in Massive Pulmonary Embolism", Cardiology Rounds, Mar. 2006 vol. 10, Issue 3, 6 pages.

Kucher, N. et al., "Management of Massive Pulmonary Embolism", Radiology, Sep. 2005:236:3 852-858.

Kucher, N. et al., "Randomized, Controlled Trial of Ultrasound-Assisted Catheter-Directed Thrombolysis for Acute Intermediate-Risk Pulmonary Embolism." Circulation, 2014, 129, pp. 9 pages.

Kuo, W. et al., "Catheter-directed Therapy for the Treatment of Massive Pulmonary Embolism: Systematic Review and Meta-analysis of Modern Techniques", Journal of Vascular and Interventional Radiology, Nov. 2009:20:1431-1440.

Kuo, W. et al., "Catheter-Directed Embolectomy, Fragmentation, and Thrombolysis for the Treatment of Massive Pulmonary Embolism After Failure of Systemic Thrombolysis", American College of CHEST Physicians 2008: 134:250-254.

Kuo, W. MD, "Endovascular Therapy for Acute Pulmonary Embolism", Continuing Medical Education Society of Interventional Radiology ("CME"); Journal of Vascular and Interventional Radiology, Feb. 2012: 23:167-179.

Lee, L. et al., "Massive pulmonary embolism: review of management strategies with a focus on catheter-based techniques", Expert Rev. Cardiovasc. Ther. 8(6), 863-873 (2010).

Liu, S. et al., "Massive Pulmonary Embolism: Treatment with the Rotarex Thrombectomy System", Cardiovascular Interventional Radiology; 2011: 34:106-113.

Muller-Hulsbeck, S. et al. "Mechanical Thrombectomy of Major and Massive Pulmonary Embolism with Use of the Amplatz Thrombectomy Device", Investigative Radiology, Jun. 2001:36:6:317-322.

Reekers, J. et al., "Mechanical Thrombectomy for Early Treatment of Massive Pulmonary Embolism", CardioVascular and Interventional Radiology, 2003: 26:246-250.

Schmitz-Rode et al., "New Mesh Basket for Percutaneous Removal of Wall-Adherent Thrombi in Dialysis Shunts," Cardiovasc Intervent Radiol 16:7-10 1993 4 pgs.

Schmitz-Rode et al., "Temporary Pulmonary Stent Placement as Emergency Treatment of Pulmonary Embolism," Journal of the American College of Cardiology, vol. 48, No. 4, 2006 (5 pgs.).

Schmitz-Rode, T. et al., "Massive Pulmonary Embolism: Percutaneous Emergency Treatment by Pigtail Rotation Catheter", JACC Journal of the American College of Cardiology, Aug. 2000:36:2:375-380.

Spiotta, A. et al., "Evolution of thrombectomy approaches and devices for acute stroke: a technical review." J NeuroIntervent Surg 2015, 7, pp. 7 pages.

Svilaas, T. et al., "Thrombus Aspiration During Primary Percutaneous Coronary Intervention." The New England Journal of Medicine, 2008, vol. 358, No. 6, 11 pages.

Tapson, V., "Acute Pulmonary Embolism", The New England Journal of Medicine, Mar. 6, 2008:358:2037-52.

The Penumbra Pivotal Stroke Trial Investigators, "The Penumbra Pivotal Stroke Trial: Safety and Effectiveness of a New Generation of Mechanical Devices for Clot Removal in Intracranial Large Vessel Occlusive Disease." Stroke, 2009, 40: pp. 9 pages.

Truong et al., "Mechanical Thrombectomy of Iliocaval Thrombosis Using a Protective Expandable Sheath," Cardiovasc Intervent Radiol27-254-258, 2004, 5 pgs.

Turk et al., "Adapt Fast study: a direct aspiration first pass technique for acute stroke thrombectomy." J NeuroIntervent Surg, vol. 6, 2014, 6 pages.

Uflacker, R., "Interventional Therapy for Pulmonary Embolism", Journal of Vascular and Interventional Radiology, Feb. 2001: 12:147-164.

Verma, R., MD et al. "Evaluation of a Newly Developed Percutaneous Thrombectomy Basket Device in Sheep With Central Pulmonary Embolisms", *Investigative Radiology*, Oct. 2006, 41, 729-734.

International Search Report and Written Opinion for International App. No. PCT/US2015/034987 filed Jun. 9, 2015, Applicant: Inceptus Medical, LLC, dated Sep. 17, 2015, 12 pages.

International Search Report and Written Opinion for International App. No. PCT/US2016/067628 filed Dec. 19, 2016, Applicant: Inari Medical, Inc., dated Apr. 10, 2017, 11 pages.

Goldhaber, S. et al. "Percutaneous Mechanical Thrombectomy for Acute Pulmonary Embolism—A Double-Edged Sword," American College of CHEST Physicians, Aug. 2007, 132:2, 363-372.

Goldhaber, S., "Advanced treatment strategies for acute pulmonary embolism, including thrombolysis and embolectomy," Journal of Thrombosis and Haemostasis, 2009: 7 (Suppl. 1): 322-327.

International Search Report and Written Opinion for International App. No. PCT/US2017/029696, Date of Filing: Apr. 26, 2017, Applicant: Inari Medical, Inc., dated Sep. 15, 2017, 19 pages.

International Search Report and Written Opinion for International App. No. PCT/US2016/058536, Date of Filing: Oct. 24, 2016, Applicant: Inari Medical, Inc., dated Mar. 13, 2017, 14 pages.

International Search Report and Written Opinion for International App. No. PCT/US2018/048786, Date of Filing: Aug. 30, 2018, Applicant: Inari Medical, Inc., dated Dec. 13, 2018, 12 pages.

International Search Report and Written Opinion for International App. No. PCT/US2018/055780, Date of Filing: Oct. 13, 2018, Applicant: Inceptus Medical LLC., dated Jan. 22, 2019, 8 pages.

International Search Report and Written Opinion for International App. No. PCT/US2019/045794, Date of Filing: Aug. 8, 2019, Applicant: Inari Medical, Inc., dated Nov. 1, 2019, 17 pages.

International Search Report and Written Opinion for International App. No. PCT/US2020/056067, Date of Filing: Oct. 16, 2020; Applicant: Inari Medical, Inc., dated Jan. 22, 2021, 8 pages.

International Search Report and Written Opinion for International App. No. PCT/US2020/055645, Date of Filing: Dec. 17, 2020; Applicant: Inari Medical, Inc., dated Apr. 14, 2021, 12 pages.

Vorwerk, D. MD, et al., "Use of a Temporary Caval Filter to Assist Percutaneous Iliocaval Thrombectomy: Experimental Results." SCVIR, 1995, 4 pages.

Wikipedia; Embolectomy; retrieved from the internet: https://en.wikipedia.org/wiki/Embolectomy; 4 pgs.; retrieved/printed: Mar. 24, 2016.

O'Sullivan; Thrombolysis versus thrombectomy in acute deep vein thrombosis; Interventional Cardiology; 3(5); pp. 589-596; Oct. 2011.

Capture Vascular Systems; (company website); retrieved from the internet: http://www.capturevascular.com; 3 pgs.; retrieved/printed: Mar. 24, 2016.

Edwards Lifesciences; Fogarty® Occlusion Catheters (product brochure); retrieved from the internet: http://web.archive.org/web/20150228193218/http://www.edwards.com/products/vascular/atraumaticocclusion/pages/occlusioncatheter.aspx; © 2011; 2 pgs.; retrieved/printed: Mar. 24, 2011.

Boston Scientific; Fetch(TM) 2 Aspiration Catheter (product information); retrieved from the internet: http://www.bostonscientific.com/en-US/products/thrombectomy-systems/fetch2-aspiration-catheter.html; 2 pgs.; retrieved/printed: Mar. 24, 2016.

Penumbra, Inc.; Indigo® System (product information); retrieved from the internet: http://www.penumbrainc.com/peripherallpercutaneous-thromboembolectomy/indigo-system; 7 pgs.; retrieved/printed: Mar. 24, 2016.

Youtube; Merci Retrieval System X Series Animation; uploaded Mar. 16, 2009 (product information); posted on May 7, 2009 by SSMDePAUL, time 1:09, retrieved from the internet: https://www.youtube.com/watch?v=MGX7deuFkhc; 3 pgs.; retrieved/printed: Mar. 24, 2016.

Covidien; Solitaire(TM) as Neurovascular Remodeling Device (product information); retrieved from the internet: http://www.ev3.net/neuro/intl/remodeling-devices/solitaire-ab. htm; © 2015; 2 pgs.; retrieved/printed: Mar. 24, 2016.

International Search Report and Written Opinion for International App. No. PCT/US21/35965, Date of Filing: Jun. 4, 2021, Applicant: Inari Medical, Inc., dated Sep. 28, 2021, 12 pages.

International Search Report and Written Opinion for International App. No. PCT/US21/45072 Date of Filing: Aug. 6, 2021, Applicant: Inari Medical, Inc., dated Jan. 20, 2022, 10 pages.

**US 11,974,909 B2**

Page 10

(56)　　　　**References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion for International App. No. PCT/US21/58793; Date of Filing: Nov. 10, 2021, Applicant: Inari Medical, Inc., dated Mar. 16, 2022, 13 pages.
International Search Report and Written Opinion for International App. No. PCT/US21/59718; Date of Filing: Nov. 17, 2021, Applicant: Inari Medical, Inc., dated Mar. 22, 2022, 13 pages.
International Search Report and Written Opinion for International App. No. PCT/US21/59735; Date of Filing: Nov. 17, 2021, Applicant: Inari Medical, Inc., dated Mar. 22, 2022, 11 pages.
International Search Report and Written Opinion for International App. No. PCT/US23/60502; Date of Filing: Jan. 11, 2023, Applicant: Inari Medical, Inc., dated May 25, 2023, 9 pages.
International Search Report and Written Opinion for International App. No. PCT/US23/61256; Date of Filing: Jan. 25, 2023, Applicant: Inari Medical, Inc., dated Jun. 7, 2023, 8 pages.
Gross et al., "Dump the pump: manual aspiration thrombectomy (MAT) with a syringe is technically effective, expeditious, and cost-efficient," J NeuroIntervent Surg, 2018, 4 pages.
English translation of Japanese Office Action dated Jun. 7, 2023 for Japanese Application No. 2021-507564, 7 pages.

Extended European Search Report issued for EP Application No. 20877370.5, dated Oct. 17, 2023, 11 pages.
International Search Report and Written Opinion for International App. No. PCT/US23/65128; Date of Filing: Mar. 30, 2023, Applicant: Inari Medical, Inc., dated Nov. 14, 2023, 14 pages.
International Search Report and Written Opinion for International App. No. PCT/US23/66538; Date of Filing: May 3, 2023, Applicant: Inari Medical, Inc., Date of Mailing: Jan. 4, 2024, 14 pages.
English translation of Japanese Office Action received for JP Application No. 2022-574456, Applicant: Inari Medical, Inc, Date of Mailing: Jan. 23, 2024, 12 pages.
Chinese First Office Action received for CN Application No. 201980067623.1, Applicant: Inari Medical, Inc., Date of Mailing: Jan. 31, 2024, 10 pages.
International Search Report and Written Opinion for International App. No. PCT/US23/73765; Date of Filing: Sep. 8, 2023, Applicant: Inari Medical, Inc., Date of Mailing: Feb. 28, 2024, 7 pages.
International Search Report and Written Opinion for International App. No. PCT/US23/69892; Date of Filing: Jul. 10, 2023, Applicant: Inari Medical, Inc., Date of Mailing: Feb. 29, 2024, 12 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 3D

FIG. 4A





FIG. 4B



FIG. 4C



FIG. 5

FIG. 6



FIG. 7





FIG. 8



FIG. 9A



FIG. 9B



FIG. 9C



FIG. 10A



FIG. 10B

U.S. Patent

May 7, 2024    Sheet 15 of 38    US 11,974,909 B2



FIG. 11

1280

INTRAVASCULARLY POSITION A FIRST CATHETER WITHIN A HUMAN PATIENT

1282

ADVANCE A SECOND CATHETER THROUGH THE FIRST CATHETER TO POSITION A DISTAL PORTION OF THE SECOND CATHETER PROXIMATE TO CLOT MATERIAL WITHIN A BLOOD VESSEL OF THE PATIENT

1284

COUPLE A PRESSURE SOURCE TO THE SECOND CATHETER VIA A FLUID CONTROL DEVICE

1286

ACTIVATE THE PRESSURE SOURCE TO GENERATE A VACCUM WHILE THE FLUID CONTROL DEVICE IS CLOSED

1288

OPEN THE FLUID CONTROL DEVICE TO APPLY THE VACCUM TO THE SECOND CATHETER TO THEREBY ASPIRATE AT LEAST A PORTION OF THE CLOT MATERIAL INTO THE SECOND CATHETER

1290

RETRACT THE SECOND CATHETER THROUGH THE FIRST CATHETER

1292

ANOTHER PASS NEEDED?    YES

1294

NO

WITHDRAW THE FIRST AND SECOND CATHETERS FROM THE PATIENT

1296    FIG. 12



FIG. 13A



FIG. 13B



FIG. 13C



FIG. 14A

FIG. 14B



FIG. 14C

1580

1582 — POSITION A FIRST CATHETER WITHIN A HUMAN PATIENT PROXIMATE TO CLOT MATERIAL WITHIN BLOOD VESSEL OF THE PATIENT

1584 — COUPLE A FIRST PRESSURE SOURCE TO THE FIRST CATHETER VIA A FIRST FLUID CONTROL DEVICE

1586 — ACTIVATE THE FIRST PRESSURE SOURCE TO GENERATE A VACUUM WHILE THE FIRST FLUID CONTROL DEVICE IS CLOSED

1588 — OPEN THE FIRST FLUID CONTROL DEVICE TO APPLY THE VACUUM TO THE FIRST CATHETER

1590 — FIRST CATHETER CLOGGED?          NO

YES

1592 — ADVANCE A SECOND CATHETER THROUGH THE FIRST CATHETER TO POSITION A DISTAL PORTION OF THE SECOND CATHETER PROXIMATE TO THE CLOGGING CLOT MATERIAL

1594 — ACTIVATE A SECOND PRESSURE SOURCE COUPLED TO THE SECOND CATHETER

1596 — RETRACT THE SECOND CATHETER AND CLOT MATERIAL THROUGH THE FIRST CATHETER

1598 — WITHDRAW THE FIRST AND OR SECOND CATHETERS FROM THE PATIENT OR PERFORM ANOTHER ASPIRATION PASS

FIG. 15



FIG. 16A

FIG. 16B



FIG. 16C

FIG. 16D



FIG. 16E

U.S. Patent        May 7, 2024        Sheet 26 of 38        US 11,974,909 B2

FIG. 17



Pressure Source 1740

Fluid Control Device 1726

FIG. 18A



FIG. 18B



FIG. 18C



FIG. 18D



FIG. 18E



FIG. 18F



FIG. 18G



FIG. 18H





FIG. 19



FIG. 20A

FIG. 20B



FIG. 20C



FIG. 20E



FIG. 20D



FIG. 21A



FIG. 21B



FIG. 22



FIG. 23



FIG. 24



FIG. 25

US 11,974,909 B2

**1**

# SYSTEM FOR TREATING EMBOLISM AND ASSOCIATED DEVICES AND METHODS

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 18/167,757, filed Feb. 10, 2023, which is a continuation of U.S. patent application Ser. No. 17/976,711, filed Oct. 28, 2022, which is a continuation of U.S. patent application Ser. No. 17/865,315, filed Jul. 14, 2022, which is a continuation of U.S. patent application Ser. No. 16/536, 185, filed Aug. 8, 2019, and issued as U.S. Pat. No. 11,559, 382, which claims the benefit of U.S. Provisional Patent Application No. 62/718,269, filed on Aug. 13, 2018, and U.S. Provisional Patent Application No. 62/718,248, filed on Aug. 13, 2018, each of which is herein incorporated by reference in its entirety.

## TECHNICAL FIELD

The present technology relates generally to systems, methods, and devices for the intravascular treatment of emboli and/or thrombi within a blood vessel of a human patient. In particular, some embodiments of the present technology relate to systems for releasing stored vacuum pressure to aspirate clot material from a blood vessel.

## BACKGROUND

Thromboembolic events are characterized by an occlusion of a blood vessel. Thromboembolic disorders, such as stroke, pulmonary embolism, heart attack, peripheral thrombosis, atherosclerosis, and the like, affect many people. These disorders are a major cause of morbidity and mortality.

When an artery is occluded by a clot, tissue ischemia develops. The ischemia will progress to tissue infarction if the occlusion persists. However, infarction does not develop or is greatly limited if the flow of blood is reestablished rapidly. Failure to reestablish blood flow can accordingly lead to the loss of limb, angina pectoris, myocardial infarction, stroke, or even death.

In the venous circulation, occlusive material can also cause serious harm. Blood clots can develop in the large veins of the legs and pelvis, a common condition known as deep venous thrombosis (DVT). DVT commonly occurs where there is a propensity for stagnated blood (e.g., long distance air travel, immobility, etc.) and clotting (e.g., cancer, recent surgery, such as orthopedic surgery, etc.). DVT can obstruct drainage of venous blood from the legs leading to swelling, ulcers, pain and infection. DVT can also create a reservoir in which blood clots can collect and then travel to other parts of the body including the heart, lungs, brain (stroke), abdominal organs, and/or extremities.

In the pulmonary circulation, the undesirable material can cause harm by obstructing pulmonary arteries—a condition known as pulmonary embolism. If the obstruction is upstream, in the main or large branch pulmonary arteries, it can severely compromise total blood flow within the lungs, and therefore the entire body. This can result in low blood pressure and shock. If the obstruction is downstream, in large to medium pulmonary artery branches, it can prevent a significant portion of the lung from participating in the exchange of gases to the blood resulting in low blood oxygen and buildup of blood carbon dioxide.

**2**

There are many existing techniques to reestablish blood flow through an occluded vessel. Embolectomies, for example, are a surgical technique involving incising a blood vessel and placing a balloon-tipped device (such as the Fogarty catheter) at the location of the occlusion. The balloon is then inflated at a point beyond the clot and used to withdraw the obstructing material back to the point of incision. The obstructing material is then removed by the surgeon. Although such surgical techniques have been useful, exposing a patient to surgery may be traumatic and best avoided when possible. Additionally, the use of a Fogarty catheter may be problematic due to the possible risk of damaging the interior lining of the vessel as the catheter is being withdrawn.

Percutaneous methods are also utilized for reestablishing blood flow. A common percutaneous technique is referred to as balloon angioplasty where a balloon-tipped catheter is introduced to a blood vessel (e.g., typically through an introducing catheter). The balloon-tipped catheter is then advanced to the point of the occlusion and inflated to dilate the stenosis. Balloon angioplasty is appropriate for treating vessel stenosis, but it is generally not effective for treating acute thromboembolisms as none of the occlusive material is removed and restenosis regularly occurs after dilation. Another percutaneous technique involves placing a catheter near the clot and infusing streptokinase, urokinase, or other thrombolytic agents to dissolve the clot. Unfortunately, thrombolysis typically takes hours to days to be successful. Additionally, thrombolytic agents can cause hemorrhage, and in many patients the thrombolytic agents cannot be used at all.

Various devices exist for performing a thrombectomy or removing other foreign material. However, such devices have been found to have structures which are either highly complex, cause trauma to the treatment vessel, or lack the ability to be appropriately fixed against the vessel. Furthermore, many of the devices have highly complex structures that lead to manufacturing and quality control difficulties as well as delivery issues when passing through tortuous or small diameter catheters. Less complex devices may allow the user to pull through the clot, particularly with inexperienced users, and such devices may not completely capture and/or collect all of the clot material.

Thus, there exists a need for improved systems and methods for embolic extraction.

## BRIEF DESCRIPTION OF THE DRAWINGS

Many aspects of the present technology can be better understood with reference to the following drawings. The components in the drawings are not necessarily to scale. Instead, emphasis is placed on illustrating clearly the principles of the present disclosure.

FIG. **1** is a partially schematic side view of a clot removal system configured in accordance with the present technology.

FIG. **2** is a side view of a locking syringe configured in accordance with the present technology.

FIG. **3A** is a side view of a locking syringe configured in accordance with the present technology.

FIG. **3B** is a side view of an adaptor for connecting the locking syringe of FIG. **3A** to the clot removal system of FIG. **1** configured in accordance with the present technology.

FIG. **3C** is a side view of the adaptor of FIG. **3B** coupled to the locking syringe of FIG. **3A**.

US 11,974,909 B2

**3**

FIG. **3**D is a side view of the locking syringe of FIG. **3**A coupled to the clot removal system of FIG. **1** via the adaptor of FIG. **3**B.

FIG. **4**A is a perspective side view of another pressure source configured in accordance with the present technology, and FIGS. **4**B and **4**C are enlarged schematic side views of the pressure source of FIG. **4**A during operation.

FIG. **5** is a cross-sectional side view of an automatic release syringe configured in accordance with the present technology.

FIG. **6** is a perspective top view of a syringe configured in accordance with the present technology.

FIG. **7** is a side view of an over-wire locking syringe configured in accordance with the present technology.

FIG. **8** is a flow diagram of a process or method for operating a clot removal system in accordance with the present technology.

FIGS. **9**A-**9**C are side views of a proximal portion of the clot removal system of FIG. **1** during a clot removal procedure using the locking syringe of FIG. **3** in accordance with the present technology.

FIGS. **10**A and **10**B are schematic illustrations of a distal portion of the clot removal system of FIG. **1** during a clot removal procedure in accordance with the present technology.

FIG. **11** is a partially schematic side view of another clot removal system configured in accordance with the present technology.

FIG. **12** is a flow diagram of another process or method for operating a clot removal system in accordance with the present technology.

FIGS. **13**A-**14**C are schematic illustrations of a distal portion of the clot removal system of FIG. **11** during a clot removal procedure in accordance with the present technology.

FIG. **15** is a flow diagram of another process or method for operating a clot removal system in accordance with the present technology.

FIGS. **16**A-**16**E are schematic illustrations of a distal portion of the clot removal system of FIG. **11** during a clot removal procedure in accordance with the present technology.

FIG. **17** is a partially schematic side view of another clot removal system configured in accordance with the present technology.

FIGS. **18**A-**18**H are side views of a distal portion of the clot removal system shown of FIG. **17** during a clot removal procedure in accordance with the present technology.

FIG. **19** is a perspective side view of a pressure source for filtering blood from aspirated clot material during a clot removal procedure configured in accordance with the present technology.

FIG. **20**A is a partially-exploded side view of a filter device and pressure source configured in accordance with the present technology.

FIG. **20**B is a perspective side view of the syringe of FIG. **20**A coupled to the filter device of the FIG. **20**A.

FIG. **20**C is a side view of the filter device and syringe of FIG. **20**B coupled to the clot removal system of FIG. **1**.

FIGS. **20**D and **20**E are side views of the syringe of FIG. **20**A coupled to the clot removal system of FIG. **1** for reintroducing blood to a patient.

FIG. **21**A is a partially-exploded side view of a filter device, a pressure source, and a reinfusion syringe configured in accordance with the present technology.

**4**

FIG. **21**B is a perspective side view of the filter device of FIG. **21**A coupled to the pressure source and the reinfusion syringe of FIG. **21**A.

FIG. **22** is a partially-exploded side view of a filter device configured in accordance with the present technology.

FIG. **23** is a partially-exploded side view of a filter device configured in accordance with the present technology.

FIG. **24** is an enlarged isometric view of the clot removal system of FIG. **1** configured in accordance with the present technology.

FIG. **25** is an enlarged isometric view of the clot removal system of FIG. **1** configured in accordance with the present technology.

DETAILED DESCRIPTION

The present technology is generally directed to methods and systems for removing clot material from a blood vessel of a human patient. In some embodiments, a catheter can be intravascularly positioned within a blood vessel such that a distal portion (e.g., a distal opening) of the catheter is positioned proximate to clot material within the blood vessel. The catheter can be fluidly coupled to a pressure source via a valve or other fluid control device positioned outside of the patient. With the valve closed, the pressure source can be activated to charge a vacuum chamber of the pressure source with a vacuum. The valve can then be opened to apply the vacuum to the catheter to thereby aspirate at least a portion of the clot material from the blood vessel into the catheter. In some embodiments, an interventional device can be delivered through the catheter and used to engage the clot material before and/or after the vacuum is applied to the catheter.

In one aspect of the present technology, the pressure source is configured to generate a vacuum and store the vacuum before the pressure source is fluidly connected to the catheter. Therefore, opening the fluid control device can instantaneously or nearly instantaneously apply the stored vacuum pressure to the catheter, thereby generating suction throughout the catheter. In particular, the suction is applied at the distal portion of the catheter proximate to the clot material. Pre-charging or storing the vacuum before applying the vacuum to the catheter can generate greater suction forces (and corresponding fluid flow velocities) at and/or near the distal portion of the catheter compared to, for example, simply activating the pressure source while it is fluidly connected to the catheter. The greater suction forces generated by application of the stored vacuum can be used to aspirate or otherwise remove clot material from within a blood vessel of a human patient.

Although many of the embodiments are described below with respect to devices, systems, and methods for treating a pulmonary embolism, other applications and other embodiments in addition to those described herein are within the scope of the technology (e.g., intravascular procedures other than the treatment of emboli, intravascular procedures for treating cerebral embolism, intravascular procedures for treating deep vein thrombosis (DVT), etc.). Additionally, several other embodiments of the technology can have different configurations, states, components, or procedures than those described herein. Moreover, it will be appreciated that specific elements, substructures, advantages, uses, and/ or other features of the embodiments described with reference to FIGS. **1**-**25** can be suitably interchanged, substituted or otherwise configured with one another in accordance with additional embodiments of the present technology. Furthermore, suitable elements of the embodiments described with

US 11,974,909 B2

5                                              6

reference to FIGS. **1-25** can be used as standalone and/or self-contained devices. A person of ordinary skill in the art, therefore, will accordingly understand that the technology can have other embodiments with additional elements, or the technology can have other embodiments without several of the features shown and described below with reference to FIGS. **1-25**.

With regard to the terms "distal" and "proximal" within this description, unless otherwise specified, the terms can reference a relative position of the portions of a catheter subsystem with reference to an operator and/or a location in the vasculature. Also, as used herein, the designations "rearward," "forward," "upward," "downward," etc. are not meant to limit the referenced component to use in a specific orientation. It will be appreciated that such designations refer to the orientation of the referenced component as illustrated in the Figures; the systems of the present technology can be used in any orientation suitable to the user.

The headings provided herein are for convenience only and should not be construed as limiting the subject matter disclosed.

I. Selected Embodiments of Clot Removal Systems

FIG. **1** is a partially schematic side view of a clot treatment or clot removal system comprising an aspiration assembly **10** ("assembly **10**") configured in accordance with an embodiment of the present technology. In the illustrated embodiment, the assembly **10** includes a catheter subsystem **100**, a tubing subsystem **120**, and a pressure source **140**. The catheter subsystem **100** includes a catheter **102** (e.g., an aspiration catheter) comprising an elongated shaft defining a lumen **104** and having a distal portion **103***a* and a proximal portion **103***b*. The catheter subsystem **100** further includes a valve **106** that can be integral with or coupled to the proximal portion **103***b* of the catheter **102**.

In the illustrated embodiment, the valve **106** includes a distal portion **107***a*, a proximal portion **107***b*, and a lumen **109** extending therethrough from the distal portion **107***a* to the proximal portion **107***b*. The valve **106** further includes a flow controller (obscured in FIG. **1**) in the lumen **109**. In some embodiments, the valve is a hemostasis valve that is configured to maintain hemostasis during a clot removal procedure by preventing fluid flow in the proximal direction through the valve **106** as various components such as delivery sheaths, pull members, guidewires, interventional devices, other aspiration catheters (e.g., as described in detail with reference to FIGS. **11-16**E), etc., are inserted through the valve **106** to be delivered through the catheter **102** to a treatment site in a blood vessel. The valve **106** further includes a branch or side port **108** positioned distally of the flow controller in the lumen **109** and configured to fluidly couple the lumen **104** of the catheter **102** to the tubing subsystem **120**. In the illustrated embodiment, the valve **106** includes buttons **101** that can be actuated (e.g., depressed) to open a conduit within the lumen **109**. In some embodiments, the valve **106** can be a valve of the type disclosed in U.S. patent application Ser. No. 16/117,519, filed Aug. 30, 2018, and titled "HEMOSTASIS VALVES AND METHODS OF USE," which is incorporated herein by reference in its entirety. In some embodiments, the proximal portion **107***b* of the valve **106** is further configured to be detachably coupled (e.g., via a snap-fit arrangement) to a retraction/aspiration device for aspirating the lumen **104** of the catheter **102** and/or for retracting an interventional device, catheter, delivery sheath, catheter, etc., positioned within the lumen **104**. Specific details of such retraction/aspiration devices

and associated methods are disclosed in U.S. Pat. No. 9,526,864, filed Jun. 9, 2015, and titled "RETRACTION AND ASPIRATION DEVICE FOR TREATING EMBOLISM AND ASSOCIATED SYSTEMS AND METHODS," which is incorporated herein by reference in its entirety.

The tubing subsystem **120** fluidly couples the catheter subsystem **100** to the pressure source **140**. More specifically, the tubing subsystem **120** can include one or more tubing sections **124** (individually labeled as a first tubing section **124***a* and a second tubing section **124***b*), at least one fluid control device **126** (e.g., a valve), and at least one connector **128** for fluidly coupling the tubing subsystem **120** to the pressure source **140** and/or other suitable components. More specifically, in the illustrated embodiment, the fluid control device **126** is a stopcock that is fluidly coupled to (i) the side port **108** of the valve **106** via the first tubing section **124***a* and (ii) the connector **128** via the second tubing section **124***b*. In some embodiments, the fluid control device **126** can define a lumen having a diameter (or other cross-sectional dimension) that is greater than or equal to a diameter of the lumen **104** of the catheter **102**, a diameter of the first tubing section **124***a*, and/or a diameter of the second tubing section **124***b*.

The fluid control device **126** is externally operable by a user to regulate the flow of fluid therethrough and, specifically, from the lumen **104** of the catheter **102** to the pressure source **140**. In other embodiments, the fluid control device **126** can be a clamp that can be actuated (e.g., compressed or squeezed by the hand of a user) to partially or fully restrict fluid flow through the tubing section **124***a* and/or the tubing section **124***b*. In yet other embodiments, the fluid control device **126** can be omitted and its functionality incorporated into the pressure source **140** (e.g., as described in detail below with reference to FIG. **5**). In some embodiments, the fluid control device **126** can include a quick-release mechanism (e.g., a spring-loaded apparatus) for rapidly opening, unclamping, etc., the fluid control device **126** to (e.g., instantaneously or nearly instantaneously) fluidly connect the pressure source **140** and the catheter **102**. In some embodiments, the fluid control device **126** can be opened/closed automatically (e.g., by a motor, switch, etc.). When the pressure source **140** is pre-charged with a vacuum, as described in detail below, such a quick-release fluid control device **126** can reduce the time needed for pressure in the assembly **10** to equalize after opening of the fluid control device **126**, and can thereby increase suction forces generated at the distal portion **103***a* of the catheter **102**.

In some embodiments, the connector **128** is a quick-release connector (e.g., a quick disconnect fitting) that enables rapid coupling/decoupling of the catheter **102** and the fluid control device **126** to/from the pressure source **140**. In other embodiments, the tubing subsystem **120** can have more or fewer tubing sections, connectors, and/or fluid control devices, and can have other suitable configurations. In some embodiments, one or more of the components can be permanently connected and/or integrally formed.

The pressure source **140** is configured to generate (e.g., form, create, charge, build-up, etc.) a vacuum (e.g., negative relative pressure) and store the vacuum for subsequent application to the catheter subsystem **100**. Further details of suitable pressure sources are described in detail below with reference to FIGS. **2-7**. During operation of the assembly **10**, a user can first close the fluid control device **126** before activating the pressure source **140** to build up vacuum pressure within the pressure source **140** (e.g., a vacuum chamber of the pressure source **140**). In some embodiments, the user can control or select the volume of the generated

US 11,974,909 B2

7                                                             8

vacuum. In this manner, a vacuum is charged within the pressure source **140** before the pressure source **140** is fluidly connected to the catheter subsystem **100**. To aspirate the lumen **104** of the catheter **102**, the user can open the fluid control device **126** to fluidly connect the pressure source **140** to the catheter subsystem **100** and thereby apply or release the vacuum stored in the pressure source **140** to the lumen **104** of the catheter **102**. Opening of the fluid control device **126** instantaneously or nearly instantaneously applies the stored vacuum pressure to the tubing subsystem **120** and the catheter **102**, thereby generating suction throughout the catheter **102**. In particular, the suction is applied at the distal portion **103***a* of the catheter **102**. In one aspect of the present technology, pre-charging or storing the vacuum before applying the vacuum to the lumen **104** of the catheter **102** is expected to generate greater suction forces (and corresponding fluid flow velocities) at and/or near the distal portion **103***a* of the catheter **102** compared to simply activating the pressure source **140** while it is fluidly connected to the catheter **102**. As described in detail below, the suction forces generated by application of the stored vacuum can be used to aspirate or otherwise remove clot material from within a blood vessel of a human patient.

II. Selected Embodiments of Pressure Sources for Use with Clot Removal Systems

As described in detail above with reference to FIG. **1**, the assembly **10** of the present technology includes a pressure source (e.g., a vacuum source, negative pressure source, etc.) configured to charge a vacuum that can be applied to the catheter subsystem **100** to generate suction forces for aspirating clot material from within a blood vessel. In general, the pressure source can be any suitable source or combination of sources for generating and/or storing negative pressure. In some embodiments, the pressure source can be a pump (e.g., an electric pump coupled to a vacuum chamber) while, in other embodiments, the pressure source can include one or more syringes that can be actuated or otherwise activated by a user of the assembly **10** to generate and store a vacuum therein.

FIG. **2** is a side view of a pressure source **240** comprising a vacuum-pressure locking syringe ("syringe **240**") configured in accordance with the present technology. In some embodiments, the syringe **240** can be of the kind sold under the trademark "VacLok" by Merit Medical System, Inc. In the illustrated embodiment, the syringe **240** includes a plunger **242** slidably and rotatably positioned within a chamber or barrel **244**. The barrel **244** is shown as transparent in FIG. **2** for the sake of clarity. The plunger **242** includes a seal **243** and a plurality of index members **246** defining slots **248** between adjacent pairs thereof. A tab member **245** projects inwardly from the interior surface of the barrel **244** and is configured to be removably positioned in the slots **248** for locking the plunger **242** in position relative to the barrel **244**. In some embodiments, the barrel **244** can be made of a transparent material that permits a user to visualize material (e.g., clot material) within the barrel **244** and to visualize the relative position between the slots **248** and tab member **245** for locking the syringe **240**.

Referring to both FIGS. **1** and **2** together, the syringe **240** further includes a tip **247** for coupling the syringe **240** to the tubing subsystem **120**. In the illustrated embodiment, the tip **247** is a standard luer connector that can be coupled to the connector **128** via one or more suitable adaptors. The tip **247** further defines a lumen or bore **249** having an inner diameter $D_1$. In some embodiments, the diameter $D_1$ is about 0.103",

or about 0.080" to about 0.200", or about 0.100" to about 0.150", or about 0.100" to about 0.110". In some embodiments, the inner diameter $D_1$ is about 14 French.

During operation of the assembly **10**, a user can first close the fluid control device **126** and then grip the plunger **242** and/or the barrel **244** to withdraw (e.g., retract) the plunger **242** at least partially out of the barrel **244** to thereby generate a vacuum in the barrel **244**. Once the user has withdrawn the plunger **242** to a sufficient or desired volume, the user can lock the plunger **242** by rotating the plunger **242** relative to the barrel **244** such that the tab member **245** is positioned within a corresponding one of the slots **248**. In other embodiments, the syringe **240** may not be a locking syringe, and the user can instead hold the plunger **242** in position relative to the barrel **244**. Moreover, the user can control the volume of the vacuum—by withdrawing the plunger **242** more or less—to provide a desired amount or level of suction/aspiration upon opening of the fluid control device **126**. In some embodiments, the syringe has a volume of about 60 cc or less than about 60 cc.

FIG. **3A** is a side view of a pressure source **340** comprising a vacuum-pressure locking syringe ("syringe **340**") configured in accordance with the present technology. The syringe **340** can have some features generally similar to the features of the syringe **240** described above with reference to FIG. **2**. For example, the syringe **340** includes a plunger **342** slidably and rotatably positioned within a barrel **344**, and the plunger **342** includes a plurality of index members **346** defining slots **348** between adjacent pairs thereof. The barrel **344** is shown as transparent in FIG. **3A** (and FIG. **3C**) for the sake of clarity. While withdrawing the plunger **342**, a user can lock the plunger **342** at a specified volume by rotating the plunger **342** relative to the barrel **344** such that a tab member **345** on the interior surface of the barrel **344** is positioned within a corresponding one of the slots **348**. In some embodiments, the syringe **340** has a maximum volume of about 60 cc or greater than 60 cc.

In the illustrated embodiment, the syringe **340** includes a large-bore tip **347**, such as a Toomey tip, defining an inner lumen or bore **349**. In some embodiments, the bore **349** can have an inner diameter $D_2$ that is greater than or equal to the largest inner diameter of the assembly **10** (e.g., of the catheter **102** and tubing subsystem **120**). In certain embodiments, the tip **347** can be about 26 French or greater. Accordingly, referring to FIGS. **2** and **3A** together, the diameter $D_2$ can be greater than the dimension $D_1$. For example, the dimension $D_2$ can be about two, three, four, or more times greater than the diameter $D_1$.

FIG. **3B** is a side view of an adaptor **350** for connecting the syringe **340** to the catheter subsystem **100** configured in accordance with the present technology. FIG. **3C** is a side view of the adaptor **350** coupled to the syringe **340**, and FIG. **3D** is a side view of the syringe **340** coupled to the tubing subsystem **120** via the adaptor **350**. The adaptor **350** is shown as partially transparent in FIG. **3C** for the sake of illustration. Referring to FIG. **3B**, the, the adaptor **350** includes (i) a first portion **351** defining a first lumen or bore **352** having an inner diameter $D_3$, (ii) a second portion **353** defining a second lumen or bore **354**, and (iii) a stepped surface or interface **355** between the first and second portions **351**, **353**. The first portion **351** can further include a seal **357** such as an O-Ring around an exterior surface thereof.

Referring to FIGS. **3A**-3D together, the second bore **354** of the adaptor **350** is configured to removably receive the tip **347** of the syringe **340** therein. In some embodiments, the tip **347** can be snugly received in the second bore **354** via an

US 11,974,909 B2

9

interference fit. In some embodiments, a seal (e.g., an O-ring) can be positioned between an exterior surface of the tip **347** and an interior surface of the second bore **354**. In other embodiments, the syringe **340** can be permanently coupled or integrally formed with the adaptor **350**. The first portion **351** of the adaptor **350** is configured to be removably positioned within the connector **128** of the tubing subsystem **120** to fluidly couple the syringe **340** to the tubing subsystem **120**. In some embodiments, the first portion **351** of the adaptor **350** can be pushed into the connector **128** until the interface **355** abuts the connector **128**. When the first portion **351** of the adaptor **350** is positioned within the connector **128**, the seal **357** seals the interface between the connector **128** and the adaptor **350**.

The diameter $D_3$ of the first bore **352** of the adaptor **350** can be selected to be about the same as or greater than the greatest inner diameter of the assembly **10** (e.g., of the catheter **102** and the tubing subsystem **120**). For example, the catheter **102** can be about 9 French or greater, and the diameter $D_3$ can be selected to be larger than the size of the catheter **102**. Accordingly, when the fluid control device **126** is open, the continuous lumen between the catheter **102** and the syringe **340** can have a generally constant diameter and/or does not contain any narrowing at the interface between the syringe **340** and the tubing subsystem **120**. That is, the adaptor **350** can connect the syringe **340** and the tubing subsystem **120** without any restriction or narrowing of the fluid path. In contrast, a standard luer connector (e.g., the syringe **240**) can only provide a continuous lumen for catheters of about 8 French or smaller. Any narrowing of the fluid pathway between the catheter **102** and the syringe **340** can reduce the volumetric flow rate (e.g., suction forces and fluid velocities) that can be generated when a vacuum stored in the syringe **340** is applied to the catheter **102**.

In general, the syringe **340** and the adaptor **350** can reduce the fluid resistance in the assembly **10** and therefore facilitate a more rapid pressure equalization in the assembly **10** when the fluid control device **126** is opened to apply the charged vacuum to the catheter **102**. In some embodiments, for example, when the syringe **240** (FIG. **2**) is charged with a 60 cc vacuum and the fluid control device **126** is opened, the pressure in the assembly **10** can take about 1-2 seconds to equalize. In contrast, when the syringe **340** is charged with a 60 cc vacuum and the fluid control device **126** is opened, the pressure in the assembly **10** can take less than about 1 second (e.g., about 0.5 seconds) to equalize. More specifically, Table 1 illustrates representative pressure equalization times and associated flow rates when the syringe **240** is coupled to a 20 French catheter (i.e., the catheter **102**). Table 2 illustrates representative pressure equalization times and associated flow rates when the syringe **340** and the adaptor **350** are coupled to a 20 French catheter (i.e., the catheter **102**).

TABLE 1

| Pressure Equalization Time (seconds) | Flow Rate (cc/sec) |
|---|---|
| 2.0 | 30.0 |
| 1.9 | 31.6 |
| 1.8 | 33.3 |
| 1.7 | 35.3 |
| 1.6 | 37.5 |
| 1.5 | 40.0 |
| 1.4 | 42.9 |
| 1.3 | 46.2 |

10

TABLE 2

| Pressure Equalization Time (seconds) | Flow Rate (cc/sec) |
|---|---|
| 0.9 | 66.7 |
| 0.8 | 75.0 |
| 0.7 | 85.7 |
| 0.6 | 100.0 |
| 0.5 | 120.0 |
| 0.4 | 150.0 |
| 0.3 | 200.0 |
| 0.2 | 300.0 |
| 0.1 | 600.0 |

In each instance, the syringe **340** provides for relatively faster equalization times and correspondingly greater flow rates. It is expected that the more rapid pressure equalization and flow rates provided by the syringe **340** will provide correspondingly greater suction forces at the distal portion **103a** of the catheter **102**. That is, in general, it is expected that increasing the bore size of a syringe used to provide vacuum pressure will provide greater suction forces over a smaller period of time (e.g., will provide a larger vacuum impulse). In some embodiments, the greater suction forces can facilitate the removal of clot material from a blood vessel of a patient even where the clot material is strongly lodged or attached within the blood vessel (e.g., a chronic clot).

Moreover, as shown in FIG. **3D**, the adaptor **350** can couple the syringe **340** to the connector **128** without the need for any intervening tubing sections or additional adaptors. This arrangement can minimize the total length, volume, etc., of the components fluidly coupling the catheter **102** to the syringe **340**. It is expected that the magnitude of suction forces generated at the distal portion **103a** of the catheter **102**—e.g., when a vacuum charged in the syringe **340** is applied to the catheter **102** by opening of the fluid control device **126**—is proportional to the length of the fluid path between the pressure source **340** and catheter **102**. Thus, operation of the assembly **10** with the syringe **340** and adaptor **350** is expected to increase the suction forces generated at the distal portion **103a** of the catheter **102**. In some embodiments, the greater suction forces can facilitate the removal of clot material from a blood vessel of a patient even where the clot material is strongly lodged or attached within the blood vessel (e.g., a chronic clot).

FIG. **4A** is a side perspective view a pressure source **400** including the syringe **340** ("primary syringe **340**") shown in FIGS. **3A-3D** and a secondary syringe **460** configured in accordance with the present technology. The secondary syringe **460** can include a plunger **462** slidably positioned within a chamber or barrel **464**. The primary and secondary syringes **340**, **460** can have the same volume or different volumes. In the illustrated embodiment, a tip **463** of the secondary syringe **460** is coupled to a first one-way valve (e.g., a check valve) **470** via a coupling member **465**, such as a tube. The first one-way valve **470** is configured to fluidly connect the secondary syringe **460** to the ambient environment or another device coupled to the first one-way valve **470**. A second one-way valve (e.g., a check valve) **472** spans between and is configured to fluidly connect the primary syringe **340** to the secondary syringe **460**. More specially, in the illustrated embodiment the second one-way valve **472** is connected between the first portion **351** of the adaptor **350** and the coupling member **465**. In other embodiments, the second one-way valve **472** can couple the primary and secondary syringes **340**, **460** in different manners. For example, the second one-way valve **472** can span between

US 11,974,909 B2

11                                                                                    12

and directly connect the barrels **344**, **464**. The primary and secondary syringes **340**, **460** can be coupled or fastened together via one or more connectors **474** that fix the positions of the barrel **344**, **464** relative to one another.

In some embodiments, the second one-way valve **472** is a normally-open check valve configured to (i) permit fluid (e.g., air) flow from the primary syringe **340** and the adaptor **350** to the secondary syringe **460** and (ii) inhibit fluid flow in the opposite direction from the secondary syringe **460** into the primary syringe **340**. In some embodiments, the second one-way valve **472** has a cracking (e.g., opening) pressure of about 0 psi. In one aspect of the present technology, this arrangement maximizes the magnitude of the vacuum that can be charged within the primary syringe **340**. That is, the cracking pressure of the second one-way valve **472** does not reduce the effective vacuum within the primary syringe **340**. In other embodiments a normally-closed or other type of valve could be used for the second one-way valve **472**. However, in such embodiments the vacuum efficiency of the pressure source **400** would be reduced by the cracking pressure of the second one-way valve **472**. Similarly, the first one-way valve **470** can be a check valve configured to (i) permit fluid flow from the secondary syringe **460** to the ambient environment (or other device) and (ii) inhibit fluid flow in the opposite direction from the ambient environment into the secondary syringe **460**.

FIGS. **4B** and **4C** are enlarged schematic side views of the pressure source **400** during operation. More specifically, FIGS. **4B** and **4C** illustrate fluid flow paths through the first and second one-way valves **470**, **472** during retraction and advancement, respectively, of the plunger **462** through the barrel **464** of the secondary syringe **460**. Referring first to FIGS. **4A** and **4B** together, during retraction/withdrawal of the plunger **462**, (i) the first one-way valve **470** is closed to inhibit fluid from flowing into the secondary syringe **460** while (ii) the second one-way valve is open **472** to permit fluid to flow from the primary syringe **340**, the catheter subsystem **100** (FIG. **1**), and/or the tubing subsystem **120** (FIG. **1**) into the secondary syringe **460**. This flow path is indicated by the arrows R in FIG. **4B**. Referring to FIGS. **4A** and **4C** together, during advancement of the plunger **462**, (i) the first one-way valve **470** is open to permit fluid flow (e.g., fluid expulsion) from the secondary syringe **460** to the ambient environment (or other device) while (ii) the second one-way valve **472** is closed to inhibit fluid flow from the secondary syringe **460** into (e.g., back into) the primary syringe **360**, the catheter subsystem **100**, and/or the tubing subsystem **120**. This flow path is indicated by the arrows A in FIG. **4C**.

Referring to FIGS. **1** and **3A-4C** together, the pressure source **400** can be coupled to the tubing subsystem **120** by coupling the primary syringe **340** to the connector **128** (e.g., as shown in FIG. **3D**). When the pressure source is coupled to the tubing subsystem **120**, retraction of the plunger **462** of the secondary syringe **460** evacuates an evacuatable volume of the assembly **10**. For example, when the fluid control device **126** is closed, retraction of the plunger **462** of the secondary syringe **460** evacuates fluid, through the second one-way valve **472**, from (i) the primary syringe **340** (e.g., from the barrel **344**, the tip **347**, and/or the adaptor **350**) and (ii) the portion of the tubing subsystem **120** between the fluid control device **126** and the primary syringe **340**. This can enable a greater charged/stored vacuum to be generated for subsequent application to the catheter subsystem **100** for aspirating clot material. In some embodiments, the plunger **462** of the secondary syringe **460** can be withdrawn/advanced (e.g., "cycled") one or more times before withdraw-

ing the plunger **342** of the primary syringe **340** to evacuate air from (i) the tip **347** of the primary syringe **340** and/or (ii) the portion of the tubing subsystem **120** between the fluid control device **126** and the tip **347**. In other embodiments, the plunger **462** of the secondary syringe **460** can alternatively or additionally be withdrawn after withdrawing the plunger **342** of the primary syringe **340** to further evacuate the barrel **344** of the primary syringe **340**. In some embodiments, the plunger **462** can be cycled when the fluid control device **126** is open to, for example, facilitate the removal of clot material stuck or clogged within the catheter subsystem **100**. That is, cycling the secondary syringe **460** when the fluid control device **126** is open can generate vacuum pressure and suction in the catheter **102** to aid in the aspiration/removal of clot material.

In some embodiments, the volumes of the primary and secondary syringes **340**, **460** can be selected based on one or more desired characteristics of a clot removal procedure using the pressure source **400**. For example, the secondary syringe **460** can have a larger volume than the primary syringe **340** to permit a high vacuum to be charged within the primary syringe **340** while also limiting blood loss from the patient.

In one aspect of the present technology, the pressure source **340** permits a greater vacuum to be generated without increasing the volume of the primary syringe **340**. For example, the vacuum generated by the primary syringe **340** alone is directly proportional to the volume of the primary syringe **340**. Thus, to generate a greater vacuum using the primary syringe **340** alone, the volume of the primary syringe **340** must be increased. In contrast, inclusion of the secondary syringe **460** in the pressure source **400** and the configuration of the first and second one-way valves **470**, **472** allows the (e.g., maximum) generated vacuum to be independent of the volume of the primary syringe **340**. Therefore, for example, the generated vacuum can be increased without correspondingly increasing the volume of blood withdrawn from the patient when applying the vacuum to the catheter subsystem **100**.

In some embodiments, (e.g., as described in greater detail below with reference to FIG. **19**), the primary syringe **340** of the pressure source **400** can be replaced with a simple pressure vessel or other volume, such as a canister, barrel, tube, etc. In such embodiments, a vacuum can be generated in the canister simply by cycling the secondary syringe **460** one or more times. In some embodiments, the secondary syringe **460** can comprise a pump or vacuum source other than a syringe. Likewise, the secondary syringe **460** or other vacuum source can be fluidly coupled to the primary syringe **340** in other manners (e.g., via a different arrangement of check valves) to produce the same or similar flow patterns as shown in FIGS. **4B** and **4C**. Moreover, in some embodiments the first and second one-way valves **470**, **472** can be other types of flow control devices that are mechanically activated/deactivated (e.g., opened and closed) rather than passively operated via pressure differentials within the pressure source **400**. For example, the flow control devices **470**, **472** can be mechanically coupled to the plunger **462** of the secondary syringe **460** such that cycling the plunger **462** activates/deactivates the flow control devices **470**, **472** to operate the pressure source **400** in the manner illustrated in FIGS. **4B** and **4C**.

FIG. **5** is a side cross-sectional view of a pressure source **540** comprising an automatic release syringe ("syringe **540**") configured in accordance with the present technology. In general, the syringe **540** is configured to automatically apply a charged vacuum of a selected volume to the catheter

US 11,974,909 B2

13

subsystem **100** without requiring the actuation of an intervening fluid control device, such as the fluid control device **126** shown in FIG. **1**. The syringe **540** can have some features generally similar to the features of the syringes **240**, **340** described in detail above with reference to FIGS. **2** and **3A-3D**. For example, the syringe **540** includes a first plunger **542** slidably positioned within a chamber or barrel **544**. The first plunger **542** further includes a first seal **543** that engages an interior surface of the barrel **544** such that a vacuum is formed within the barrel **544** as the first plunger **542** is withdrawn through the barrel **544**. Likewise, referring to both FIGS. **1** and **5** together, the syringe **540** includes a tip **547** (e.g., a Toomey tip) for coupling the syringe **540** to the tubing subsystem **120** (e.g., via a Toomey tip adaptor) and defining a bore **549**. In some embodiments, the bore **549** has a relatively large diameter selected to provide rapid pressure equalization in the assembly **10** after a vacuum stored in the syringe **540** is released.

The first plunger **542** can further include (i) a grip portion **541** configured to be engaged by a user for retracting the first plunger **542** and (ii) a lumen **581** extending lengthwise therethrough. In the illustrated embodiment, a plunger assembly **582** is slidably positioned within and extends through the lumen **581** of the first plunger **542**. The plunger assembly **582** includes (i) a second plunger **583** and (ii) a release member **584** slidably and/or rotatably positioned within a lumen **585** of the second plunger **583**. The release member **584** includes an engagement member **586** configured to engage the grip portion **541** of the first plunger **542** when the first plunger **542** is withdrawn from the barrel **544**. The second plunger **583** includes a second seal **587** configured to engage and seal an interior surface of the bore **549** of the syringe **540** to enable a vacuum to be formed in the barrel **544** as the first plunger **542** is withdrawn through the barrel **544**. That is, the second seal **587** can seal (e.g., fluidly disconnect) the barrel **544** of the syringe from the tubing subsystem **120** and the catheter subsystem **100**. In some embodiments, the syringe **540** can further include an O-ring **579** or other suitable component for sealing an interface between the first and second plungers **542**, **582** to maintain the vacuum formed within the barrel **544**, while also permitting the first plunger **542** to move (e.g., translate) relative to the second plunger **583**.

The plunger assembly **582** further includes a locking mechanism (not shown) configured to permit/inhibit the release member **584** from moving longitudinally relative to the second plunger **583**. In some embodiments, for example, rotation of the release member **584** in a first direction relative to the second plunger **583** can lock the two components in position, while rotation of the release member **584** in a second direction relative to the second plunger **583** can unlock the two components so that the release member **584** can be withdrawn or pushed into the lumen **585** of the second plunger **583**. In other embodiments, the release member **584** and the second plunger **583** can be integrally formed or permanently locked together.

The plunger assembly **582** enables (i) a user of the syringe **540** to select a desired volume for a vacuum to be formed in the syringe **540** and (ii) the automatic release or application of a generated vacuum via opening (e.g., unplugging) of the bore **549**. Specifically, during operation of the syringe **540**, a user can first unlock the release member **584** and slide the release member **584** to a position corresponding to a desired vacuum volume. For example, the release member **584** can have tick marks **588** or other indicia along its length that correspond to a volume of the syringe **540** (e.g., a vacuum chamber volume). After selecting a desired volume, the user

14

can lock the release member **584** relative to the second plunger **583** (e.g., by rotating the release member **584**) to inhibit relative movement of the two components. After locking the release member **584**, the user can grasp the grip portion **541** to retract the first plunger **542** relative to the barrel **544** and the plunger assembly **582** to generate a vacuum within the barrel **544** between the first and second seals **543**, **587**. When the first plunger **542** has been retracted to the desired volume, the grip portion **541** engages the engagement member **586** of the release member **584** such that further retraction of the first plunger **542** simultaneously retracts the plunger assembly **582**. As the plunger assembly **582** is retracted, the second seal **587** of the second plunger **583** is pulled out of the bore **549**, thereby releasing the vacuum stored in the barrel **544**. In this manner, the syringe **540** provides for the automatic release of charged vacuum pressure at a specified volume and with a single retraction of the first plunger **542**. Put differently, the syringe **540** has a built-in fluid control device and thus eliminates the need for a separate fluid control device **126** and/or an additional step for opening the fluid control device **126**.

FIG. **6** is a top perspective view of a pressure source **640** comprising a syringe ("syringe **640**") configured in accordance with the present technology. The syringe **640** can include some features generally similar to the features of the syringes **240**, **340**, and **540** described in detail above with reference to FIGS. **2-3D** and **5**. For example, the syringe **640** includes a plunger **642** slidably positioned within a barrel **644**, and a tip **647** (e.g., a large-bore tip). In the illustrated embodiment, the syringe **640** further includes a lever or handle **690** operably coupled to the plunger **642**. The handle **690** provides mechanical leverage for withdrawing the plunger **642** to create a vacuum within the barrel **644**. More specifically, the handle **690** can be coupled to a crossbar **691** that rotates relative to the plunger **642** via actuation (e.g., rotation) of the handle **690**. The crossbar **691** can be coupled to a gear (obscured in FIG. **6**) configured to engage a track **692** on the plunger **642**. Accordingly, rotation of the handle **690** in a first direction retracts the plunger **642** relative to the barrel **644** to charge a vacuum in the barrel **644**. And, rotation of the handle **690** in a second (e.g., opposite) direction advances the plunger **642** into the barrel **644** to, for example, expel fluid, material, etc., from the barrel **644**.

In one aspect of the present technology, the handle **690** provides additional mechanical leverage relative to a standard syringe, and can thus reduce the force (e.g., strain, energy, etc.) required by a user of the syringe **640** to form a vacuum in the syringe **640**. Therefore, use of the syringe **640** can reduce the time needed to remove clot material with the assembly **10**. In some embodiments, the syringe **640** can have a volume greater than 60 cc (e.g., greater than 80 cc, greater than 100 cc, greater than 120 cc, greater than 140 cc, etc.). In a particular embodiment, for example, the syringe **640** can have a volume of about 140 cc. With such large volumes, it may be difficult for some users to manually retract the plunger **642** without the additional mechanical leverage provided by the handle **690**. Thus, the syringe **640** can enable the use of larger volume syringes that can generate correspondingly greater suction forces in the catheter subsystem **100**.

Referring again to FIG. **1**, it is expected that less tortuous (e.g., more linear) fluid paths between the pressure source **140** and the catheter subsystem **100** will produce greater suction forces and corresponding fluid velocities at the distal portion **103a** of the catheter **102** when stored vacuum pressure is applied to the catheter subsystem **100**. Accordingly, in some embodiments the side port **108** of the valve

US 11,974,909 B2

15

106 can be formed to have an angle A that is less than about 90°, less than about 75°, less than about 60°, less than about 45°, less than about 30°, less than about 15° etc. Reducing the relative angle between the side port 108 and the lumen 109 of the valve 106 (and thus the lumen 104 of the catheter 102) reduces the tortuosity of the fluid path between the pressure source 140 and the catheter 102. Moreover, in some embodiments, the pressure source 140 can be coupled to the proximal portion 107b of the valve 106 instead of or in addition to the side port 108 to provide a more linear fluid path between the pressure source 140 and the catheter 102. For example, FIG. 24 is an enlarged isometric view of the assembly 10 showing the pressure source 340 coupled directly to the proximal portion 107b of the valve rather than to the connector 128 of the tubing subsystem 120 and the side port 108 of the valve 106. Although the pressure source 340 is illustrated in FIG. 24, any of the pressure sources described in detail above with reference to FIGS. 2-6 can be configured to be coupled to the proximal portion 107b of the valve 106 rather than the side port 108. In other embodiments, the side port 108 can be omitted and the valve 106 and the tubing subsystem 120 can be coupled to the catheter 102 via a Y-connector. For example, FIG. 25 is an enlarged isometric view of the assembly 10 showing the valve 106 and the tubing subsystem 120 coupled to the catheter 102 via a Y-connector 2590. In yet other embodiments, the tubing system 120 is linearly coupled to the catheter 102, and the valve 106 protrudes at an angle from the catheter 102.

In some embodiments, however, a guidewire or other component is positioned within the valve 106 during the duration of a clot removal procedure (e.g., for delivering interventional devices to a treatment site within a patient). Accordingly, in some embodiments, to facilitate coupling of the pressure source 140 to the proximal portion 107b of the valve 106—even when a guidewire is inserted therethrough—the pressure source 140 can be a syringe configured for over-wire delivery. For example, FIG. 7 is a side view of a pressure source 740 comprising a vacuum-pressure locking syringe ("syringe 740") configured in accordance with the present technology for delivery and operation over a guidewire 794. The syringe 740 can have some features generally similar to the features of the syringe 340 described in detail above with reference to FIG. 3. For example, the syringe 740 includes a plunger 742 slidably and rotatably positioned within a barrel 744. The barrel 744 is shown as transparent in FIG. 7 for the sake of clarity. In the illustrated embodiment, the plunger 742 includes a lumen 796 (shown in broken lines) extending longitudinally therethrough. The guidewire 794 can be inserted through the lumen 796 of the plunger 742 such that the syringe 740 can be advanced over the guidewire 794 for attachment to the proximal portion 107b of the valve 106. The syringe 740 can further include one or more sealing components (e.g., valves, O-rings, etc.; not shown) for maintaining a seal between the guidewire 794 and the plunger 742 to permit build-up and storage of a vacuum in the barrel 744.

In general, one skilled in the art will understand that the various embodiments of pressure sources disclosed herein may be combined to, for example, include multiple pressure sources or pressure sources having different components or combinations of components. For example, in some embodiments the secondary syringe 460 (FIGS. 4A-4C) can be coupled via one or more one-way valves to the syringes 240, 540, 640 or 740 (FIGS. 2 and 5-7, respectively) to generate additional vacuum. In some embodiments, multiple pressure sources can be coupled to the catheter 102 via the tubing subsystem 120 and/or via the valve 106. Moreover, the

16

individual pressure sources can be the same or different, and can be coupled to the catheter subsystem 100 via a single fluid control device, such as the fluid control device 126, or can be coupled to the catheter subsystem 100 via separate fluid control devices. Therefore, the profile of the vacuum applied to the catheter 102 can be selected or adjusted by using multiple different pressure sources. For example, a specific vacuum profile can depend at least on (i) the individual characteristics of the multiple pressure sources (e.g., volume, bore-size, etc.), (ii) the manner in which the pressure sources are coupled to the catheter subsystem 100 (e.g., via individual valves, via the same valve, etc.), and (iii) the timing of the application or release of the vacuum of each pressure source to the catheter subsystem 100 (e.g., staggered release, simultaneous release, etc.). As one example, in some embodiments, the syringe 240 (FIG. 2) and the syringe 340 (FIG. 3) can both be coupled to the tubing subsystem 120 via, for example, a Y-connector. After charging both syringes 240, 340 with vacuum pressure, opening the fluid control device 126 can simultaneously apply the combined vacuum to the catheter 102. The larger-bored syringe 340 can provide a short but powerful impulse of vacuum pressure, while the smaller-bored syringe 240 can provide a longer and more sustained vacuum pull. This combination can apply a large, fast-acting suction force to dislodge and capture clot material in the catheter 102, and simultaneously apply a more sustained suction force to capture more clot material.

### III. Selected Embodiments of Methods of Clot Removal

FIG. 8 is a flow diagram of a process or method 800 for operating a clot removal system including the assembly 10 to remove clot material from within a blood vessel (e.g., a pulmonary blood vessel) of a human patient in accordance with the present technology. FIGS. 9A-9C are side views of a proximal portion of the assembly 10, and FIGS. 10A and 10B are schematic illustrations of a distal portion of the assembly 10, during a clot removal procedure in accordance with embodiments of the present technology. In particular, FIGS. 9A-9C are side views of the assembly 10 including the syringe 340 and adaptor 350 (FIGS. 3A-3D), and FIGS. 10A and 10B are side views of the catheter 102 with the distal portion 103a of the catheter 102 positioned proximate to an embolism or clot material PE within a blood vessel BV (e.g., a pulmonary blood vessel). Although some features of the method 800 are described in the context of the embodiments shown in FIGS. 1, 3A-3D, and 9A-10B for the sake of illustration, one skilled in the art will readily understand that the method 800 can be carried out using other suitable systems and/or devices described herein. In particular, although described in the context of the syringe 340, the method 800 can be carried out using any one or combination of the pressure sources described in detail above with reference to FIGS. 2-7.

At block 802, the method 800 includes positioning the distal portion 103a of the catheter 102 proximate to clot material within a blood vessel of a human patient (e.g., at a treatment site). For example, in the embodiment illustrated in FIG. 10A, a distal terminus of the distal portion 103a of the catheter 102 is positioned proximate to a proximal portion of the clot material PE. It is expected that reducing the distance between the distal terminus of the catheter 102 and the proximal portion of the clot material PE—without contacting the clot material PE with the catheter 102—will maximize the suction forces on the clot material PE when

US 11,974,909 B2

17

the fluid control device **126** is opened. It is also expected that reducing the distance (e.g., clearance) between the inner diameter of the blood vessel BV and the outer diameter of the catheter will maximize the suction forces on the clot material PE. However, in other embodiments, the distal terminus of the catheter **102** can be positioned at least partially within the clot material PE, or the distal terminus of the catheter **102** can be positioned distal of the clot material PE.

Access to the pulmonary vessels can be achieved through the patient's vasculature, for example, via the femoral vein. In some embodiments, the catheter subsystem **100** can include an introducer (e.g., a Y-connector with a hemostasis valve; not shown) that can be partially inserted into the femoral vein. A guidewire (not shown) can be guided into the femoral vein through the introducer and navigated through the right atrium, the tricuspid valve, the right ventricle, the pulmonary valve, and into the main pulmonary artery. Depending on the location of the embolism, the guidewire can be guided to one or more of the branches of the right pulmonary artery and/or the left pulmonary artery. In some embodiments, the guidewire can be extended entirely or partially through the clot material PE. In other embodiments, the guidewire can be extended to a location just proximal of the clot material PE. After positioning the guidewire, the catheter **102** can be placed over the guidewire and advanced (e.g., as indicated by arrow A**1**) to a position proximate to the clot material PE as illustrated in FIG. **10**A.

In some embodiments, to confirm the position of the distal portion **103***a* of the catheter **102**, a contrast agent can be injected through the catheter **102** and viewed using fluoroscopic imaging techniques, as is known in the art. In some embodiments, the valve **106** can be opened to determine the position of the distal portion **103***a* of the catheter **102** relative to the clot material PE. For example, the activation buttons **101** can be depressed to open the lumen **109** of the valve **106**. If there is substantially no back-bleeding through the valve **106**, the operator can determine that the distal portion **103***a* of the catheter **102** is fully engaged with the clot material PE. Conversely, if there is some back-bleeding through the valve **106**, the operator can determine that the distal portion **103***a* of the catheter is not fully engaged with the clot material PE. Accordingly, to locate the distal portion **103***a* of the catheter **102** just proximal of the clot material PE, the operator can (i) first determine that distal portion **103***a* of the catheter is fully engaged with the clot material PE by activating the valve **106** and detecting no back-bleeding and (ii) then reposition the catheter **102** (e.g., by withdrawing the catheter **102** proximally) and activate the valve **106** until back-bleeding is detected—thereby confirming that the distal portion **103***a* of the catheter **102** is positioned proximal of the clot material PE. In some embodiments, the valve **106** can be opened during retraction of the catheter **102** until back-bleeding is detected. In other embodiments, the valve **106** can be closed during retraction of the catheter **102**, and the catheter **106** can be retracted a set (e.g., predetermined) distance before the valve **106** is opened again. In one aspect of the present technology, determining the position of the distal portion **103***a* of the catheter **102** via activation of the valve **106** can be used when it is difficult to determine the position of the catheter **102** via radiographic techniques. In contrast, many conventional hemostasis valves cannot be activated in this manner.

In some embodiments, the guidewire can then be withdrawn while, in other embodiments, the guidewire can remain and can be used to guide other catheters (e.g., delivery catheters, additional aspiration catheters, etc.),

18

interventional devices, etc., to the treatment site. It will be understood, however, that other access locations into the venous circulatory system of a patient are possible and consistent with the present technology. For example, the user can gain access through the jugular vein, the subclavian vein, the brachial vein, or any other vein that connects or eventually leads to the superior vena cava. Use of other vessels that are closer to the right atrium of the patient's heart can also be advantageous as it reduces the length of the instruments needed to reach the pulmonary embolism.

At block **804**, the method **800** includes coupling a pressure source (e.g., the syringe **340**) to the catheter **102** via the fluid control device **126**. For example, in the embodiment illustrated in FIG. **9**A, the tip **347** (shown in FIGS. **3**A and **3**C but obscured in FIG. **9**A) of the syringe **340** can be coupled to the connector **128** via the adaptor **350**. Once the syringe **340** is coupled to the catheter **102**, (i) opening the fluid control device **126** fluidly connects the syringe **340** to the lumen **104** of the catheter **102**, and (ii) closing the fluid control device **126** fluidly disconnects the syringe **340** from the lumen **104** of the catheter **102**. The fluid control device **126** is in an open position in FIG. **9**A.

At block **806**, the method **800** includes activating the syringe **340** to generate a vacuum while the fluid control device **126** is closed. For example, as shown in FIG. **9**B, the user can first actuate the fluid control device **126** to close the fluid control device **126**, and then retract the plunger **342** to generate a vacuum in the barrel **344** of the syringe **340**. The user can subsequently lock the plunger **342** relative to the barrel **344**, as described in detail above, to store or maintain a vacuum of known volume in the syringe **340**. In this manner, the syringe **340** can be pre-charged with a vacuum before the vacuum is applied to the catheter **102**. In contrast, many conventional aspiration techniques include activating a negative pressure source (e.g., a pump, a syringe, etc.) while the pressure source is fluidly connected to a lumen to be aspirated. In some embodiments, when the pressure source **400** with the secondary syringe **460** (FIGS. **4**A-**4**C) is used with the primary syringe **340**; the secondary syringe **460** can be cycled one or more times before or after retracting the plunger **342** to increase the vacuum pressure.

At block **808**, the method **800** includes opening the fluid control device **126** to apply the vacuum to the lumen **104** of the catheter **102**. For example, with reference to FIG. **9**C, the user can actuate (e.g., twist a handle of) the fluid control device **126** to open the fluid control device **126** and apply the vacuum stored in the syringe **340** to the catheter subsystem **100**. As shown in FIG. **10**B, application of the vacuum causes suction at the distal tip **103***a* of the catheter **102** (e.g., as indicated by arrow A**2**) that aspirates at least a portion of the clot material PE from the blood vessel BV and into the lumen **104** of the catheter **102**. In some embodiments, opening the fluid control device **126** instantaneously or nearly instantaneously generates suction at the distal portion **103***a* of the catheter **102**. In certain embodiments, application of the vacuum can generate suction for less than about 1 second (e.g., about 0.5 second), substantially less than about 1 second (e.g., about 0.3 second, about 0.1 second, etc.) less than about 2 seconds, or greater than about 2 seconds—until the pressure in the assembly **10** equalizes. In some embodiments, depending on the volume of the vacuum chamber formed in the syringe **340** and the dimensions of the catheter subsystem **100** and the tubing subsystem **120** (e.g., where the syringe **340** has a volume that is greater than or about equal to a volume of the catheter subsystem **100**), at least some of the clot material PE can be aspirated entirely through the lumen **104** of the catheter **102** and into the barrel

US 11,974,909 B2

19

344 of the syringe 340. In some such embodiments, the user can determine whether subsequent steps for treating the clot material PE are necessary or desirable by visualizing the amount of clot material collected in the syringe 340. FIG. 9C, for example, illustrates the syringe 340 and the tubing subsystem 120 after the fluid control device 126 has been opened to apply the vacuum stored in the syringe 340 to the catheter 102. In the illustrated embodiment, some of the clot material PE is visible in the syringe 340.

In some embodiments, the fluid control device 126 or another fluid control device can be intermittently operated to provide discrete bursts of suction. For example, the fluid control device 126 can be quickly opened and closed to provide a first burst of suction (e.g., vacuum release) without fully equalizing the pressure in the assembly 10. The fluid control device 126 can then be opened again to provide a second burst of suction, or opened and closed repeatedly to provide a desired suction pattern. In some embodiments, the assembly 10 can be specifically configured to facilitate the application of multiple bursts of suction. For example, (i) the fluid control device 126 can be spring-loaded, electronically controlled, etc., to rapidly open and close the valve, and/or (ii) the pressure source 140 can have a large vacuum chamber and/or small bore size to increase the time required for pressure in the assembly 10 to equalize (e.g., to increase a discharge time of the pressure source 140).

Sometimes, as shown in FIG. 10B, discharging the vacuum stored in the pressure source to aspirate the lumen 104 of the catheter 102 may not remove all of the clot material PE (or a desired amount of the clot material PE) from the blood vessel BV. That is, a single aspiration may not adequately remove the clot material PE from the blood vessel BV. In such instances, the user of the assembly 10 may wish to again apply vacuum pressure (conduct an "aspiration pass") to remove all or a portion of the remaining clot material PE in the blood vessel BV. In such instances, the pressure source can be disconnected from the tubing subsystem 120 and drained (e.g., aspirated clot removal removed) before the method 800 returns to block 802. For example, the adaptor 350 and the syringe 340 can be decoupled from the connector 128, and the plunger 342 can be pushed into the barrel 344 to expel the clot material PE and associated fluid from the barrel 344 via the tip 347. With the distal portion of the catheter 102 positioned proximate to the remaining clot material PE (e.g., unmoved relative to the last aspiration pass), the pressure source can then be re-coupled to the connector 128 (block 804), primed again (block 806), and the vacuum pressure discharged (block 808) to aspirate all or a portion of the remaining clot material PE.

Blocks 802-808 can be repeated until a desired amount of clot material is removed from the patient or until the catheter 102 becomes clogged. In some embodiments, to check for clogging of the catheter 102, the fluid control device 126 and/or the valve 106 can be opened to check for back bleeding. A lack of back bleeding can indicate that the catheter 102 is likely clogged. Similarly, if the barrel 344 of the syringe 340 contains mostly air and relatively little blood and clot material (e.g., less than 5-10 cc) after aspiration of the catheter 102 (block 808), it can indicate that the catheter 102 is likely clogged. When the catheter 102 is clogged or a sufficient amount of clot material PE has been removed from the patient, the method 800 can proceed to block 810 and the catheter 102 can be removed from the patient. When the catheter 102 is clogged, the catheter 102 can be flushed and cleared prior to reentry into the patient (block 802). In other embodiments, a different (e.g., new, unused, etc.)

20

catheter can be inserted into the patient and positioned to remove the remaining clot material PE from the patient.

In some embodiments, rather than removing the catheter 102 from the patient if the catheter 102 is clogged, the syringe 340 can be recharged and used to apply one or more subsequent vacuum pulses to the catheter 102. More specifically, the fluid control device 126 can be closed and the syringe 340 can be removed from the connector 128 and evacuated to remove the clot material and blood therein. Then, blocks 804-808 can be repeated to apply another pulse of vacuum to the catheter 102. That is, rather than removing the catheter 102 after a clog is detected, the syringe 340 can be "cycled" until the vacuum force on the clot material PE overcomes the forces between the clot material PE and the catheter 102 and sucks the clot material PE into the syringe 340. In some embodiments, when the pressure source 400 with the secondary syringe 460 (FIGS. 4A-4C) is used with the primary syringe 340, the secondary syringe 460 can be cycled one or more times to increase the vacuum in the assembly 10 (e.g., in the catheter 102) and thus increase the suction force exerted against the clot material PE. That is, rather than removing the catheter 102 after a clog is detected, the secondary syringe 460 can be cycled until the vacuum force on the clot material PE overcomes the forces between the clot material PE and the catheter 102 and sucks the clot material PE into the syringe 340. In some embodiments, as described in detail below with reference to FIGS. 15-16E, a second clot removal assembly can be telescoped through the first assembly 10 to facilitate removal of the clogged clot material PE.

In some embodiments, an interventional device such as a clot removal and/or clot treatment device can be delivered to the treatment site through the catheter 102 for engaging and facilitating clot removal before and/or after application of a stored vacuum to the catheter 102. Suitable interventional devices and associated methods are disclosed in U.S. Pat. No. 9,526,864, filed Jun. 9, 2015, and titled "RETRACTION AND ASPIRATION DEVICE FOR TREATING EMBOLISM AND ASSOCIATED SYSTEMS AND METHODS," and U.S. Pat. No. 8,784,434, filed Mar. 15, 2013, and titled "METHODS AND APPARATUS FOR TREATING EMBOLISM," both of which are incorporated herein by reference in their entireties. In some embodiments, for example, the user can first advance an interventional device to the treatment site and at least partially engage the clot material PE with the interventional device to loosen (e.g., scour) the clot material PE. Such loosening of the clot material PE can facilitate the removal of the clot material PE upon a subsequent aspiration pass. Likewise, in some embodiments, the user can use an interventional device to engage residual clot material PE (FIG. 10B) after a first aspiration pass.

IV. Selected Embodiments of Telescoping Clot Removal Systems and Associated Methods of Clot Removal

FIG. 11 is a partially schematic side view of another clot treatment or clot removal system configured in accordance with the present technology. In the illustrated embodiment, the clot removal system includes a first aspiration assembly 20 and a second aspiration assembly 30. The first and second aspiration assemblies 20, 30 ("assemblies 20, 30") can include some features generally similar to the features of the aspiration assembly 10 described in detail above with reference to FIGS. 1-10B. For example, the first aspiration assembly 20 includes (i) a first catheter subsystem 1000

US 11,974,909 B2

21

having a first catheter **1002** and a first valve **1006**, (ii) a first tubing subsystem **1020** having a first fluid control device **1026** (e.g., a stopcock), and (iii) a first pressure source **1040** that can be fluidly coupled to the first catheter subsystem **1000** via the first tubing subsystem **1020**. Likewise, the second aspiration assembly **30** includes (i) a second catheter subsystem **1100** having a second catheter **1102** and a second valve **1106**, (ii) a second tubing subsystem **1120** having a second fluid control device **1126** (e.g., a stopcock), and (iii) a second pressure source **1140** that can be fluidly coupled to the second catheter subsystem **1100** via the second tubing subsystem **1120**.

The first and second catheters **1002**, **1102** each comprise an elongated shaft defining a lumen **1004**, **1104** and having a distal portion **1003***a*, **1103***a*, respectively. The first and second valves **1006**, **1106** each include (i) a distal portion **1007***a*, **1107***a*, (ii) a proximal portion **1007***b*, **1107***b*, (iii) a lumen **1009**, **1109** extending therethrough, and (iv) a flow controller (obscured in FIG. **10**) in the lumen **1009**, **1109**, respectively. The first fluid control device **1026** is operable to regulate or control fluid flow between (e.g., fluidly connect or disconnect) the first pressure source **1040** and the first catheter subsystem **1000**. The second fluid control device **1126** is operable to regulate or control fluid flow between (e.g., fluidly connect or disconnect) the second pressure source **1140** and the second catheter subsystem **1100**.

In the illustrated embodiment, the second catheter **1102** has a smaller cross-sectional dimension (e.g., diameter) than the first catheter **1002** so that the second catheter **1102** can be inserted through the first valve **1006** and into the lumen **1004** of the first catheter **1002**. In some embodiments, the second catheter **1102** can be telescoped through the lumen **1004** of the first catheter **1002** until the distal portion **1103***a* of the second catheter **1102** extends beyond a distal terminus of the first catheter **1002**. Accordingly, the second catheter **1102** can be longer than the first catheter **1002**. In some embodiments, the second catheter **1102** can have a size of 16 French or smaller and the first catheter **1002** can have a size of 20 French or greater. The first valve **1006** can provide a hemostatic seal that inhibits fluid flow (e.g., blood flow) through the first valve **1006** and from the first catheter subsystem **1000** when the second catheter **1102** is positioned within the first catheter **1002**. In some embodiments (e.g., as described in detail below with reference to FIGS. **14A-14C**), a sealing member **1499** can be positioned between the first catheter **1002** and the second catheter **1102** for sealing the lumen **1004** of the first catheter **1002** when the second catheter **1102** is advanced distally past the sealing member.

In some embodiments, the first and second pressure sources **1040**, **1140** ("pressure sources **1040**, **1140**") are separate sources each configured to generate and store a vacuum for subsequent application to the first and second catheter subsystems **1000**, **1100**, respectively, as described in detail above with reference to FIGS. **1-10**B. In other embodiments, one or both of the pressure sources **1040**, **1140** can be configured to provide sustained negative pressure rather than a charge or burst of stored vacuum pressure. In yet other embodiments, one of the pressures sources **1040**, **1140** can be omitted, or the pressure sources **1040**, **1140** can be fluidly coupled and/or integrally formed.

FIG. **12** is a flow diagram of a process or method **1280** for operating a clot removal system including the assemblies **20** and **30** to remove clot material from within a blood vessel (e.g., a pulmonary blood vessel) of a human patient in accordance with the present technology. FIGS. **13A-13C** are schematic illustrations of a distal portion of the assemblies

22

**20**, **30** during a clot removal procedure in accordance with the present technology. FIGS. **14A-14C** are schematic side views of a distal portion of the assemblies **20**, **30** during a clot removal procedure and including an optional sealing member in accordance with the present technology. Although some features of the method **1280** are described in the context of the embodiments shown in FIGS. **11** and **13A-14C** for the sake of illustration, one skilled in the art will readily understand that the method **1280** can be carried out using other suitable systems and/or devices.

At block **1282**, the method **1280** includes intravascularly positioning the first catheter **1002** within a human patient. FIG. **13A**, for example, illustrates the first catheter **1002** after it has been advanced (e.g., as indicated by arrow A1) to a position within a blood vessel BV (e.g., a pulmonary blood vessel). More specifically, the first catheter **1002** can be advanced within the blood vessel BV until the distal portion **1003***a* of the first catheter **1002** is positioned proximal to clot material PE within the blood vessel BV. In some embodiments, the position of the distal portion **1003***a* of the first catheter **1002** relative to the clot material PE can be determined by activating the first valve **1006** and determining whether there is back-bleeding through the first valve **1006**, as described in detail above. In the illustrated embodiment, the clot material PE is located within a branch (e.g., a reduced diameter portion) of the blood vessel BV. In some embodiments, access to the blood vessel BV can be achieved using an introducer and guidewire as described in detail above with reference to FIG. **8**.

At block **1284**, the method **1280** includes advancing the second catheter **1102** through the first catheter **1002** until the distal portion **1103***a* of the second catheter **1102** is positioned proximate to the clot material PE within the blood vessel BV (e.g., at a treatment site). To advance the second catheter **1102** through the first catheter **1002**, the user can first insert the distal portion **1103***a* of the second catheter **1102** through the first valve **1006** before advancing the second catheter **1102** (e.g., as indicated by the arrow A1) through the lumen **1004** of the first catheter **1002**. In some embodiments, the first valve **1006** can be actuated (e.g., by depressing one or more buttons) to open the lumen **1009** of the first valve **1006** so that the second catheter **1102** can be inserted therethrough. In some embodiments, the position of the distal portion **1103***a* of the second catheter **1102** relative to the clot material PE can be determined by activating the second valve **1106** and determining whether there is back-bleeding through the second valve **1106**, as described in detail above. In other embodiments, the (smaller) second catheter **1102** can be intravascularly positioned proximate to the clot material PE before intravascularly positioning the (larger) first catheter **1002**. In such embodiments, the second catheter **1102** can act as a guide or rail for guiding the advancement of the first catheter **1002** to the treatment site.

FIG. **13A** illustrates the second catheter **1102** after it has been advanced through the first catheter **1002** and past a distal terminus of the first catheter **1002** to position a distal terminus of the second catheter **1102** proximate to a proximal portion of the clot material PE. In other embodiments, the distal terminus of the second catheter **1102** can be positioned at least partially within the clot material PE, or the distal terminus of the second catheter **1102** can be positioned distal of the clot material PE. In one aspect of the present technology, because the second catheter **1102** has a smaller cross-sectional dimension than the first catheter **1002**, the second catheter **1102** can be advanced to narrower (e.g., more distal) treatment sites within the blood vessel BV. In the embodiment illustrated in FIG. **13A**, for example, the

US 11,974,909 B2

23

first catheter **1002** may be too large to be positioned within the branch of the blood vessel BV, while the second catheter **1102** can be positioned within the branch proximate to or within the clot material PE.

At block **1286**, the method **1280** includes coupling the second pressure source **1140** to the second catheter **1102** via the second fluid control device **1126**. For example, any one or combination of the pressure sources described in detail above with reference to FIGS. **2-7** can be coupled to the second catheter **1102** via the second tubing subsystem **1120**. Once the second pressure source **1140** is coupled to the second catheter **1102**, (i) opening of the second fluid control device **1126** fluidly connects the second pressure source **1140** to the lumen **1104** of the second catheter **1102**, and (ii) closing of the second fluid control device **1126** fluidly disconnects the second pressure source **1140** from the lumen **1104** of the second catheter **1102**. In some embodiments, the method **1280** can further include coupling the first pressure source **1040** to the first catheter **1002** (e.g., via the first tubing subsystem **1020**).

At block **1288**, the method **1280** includes activating the second pressure source **1140** to generate a vacuum while the second fluid control device **1126** is closed. In particular, the second pressure source **1140** can be activated to build-up or pre-charge a vacuum for subsequent application to the second catheter **1102**. In some embodiments, the first pressure source **1040** can also be activated to generate and store a vacuum for subsequent application to the first catheter **1002**.

At block **1290**, the method **1280** includes opening the second fluid control device **1126** to apply the vacuum stored in second pressure source **1140** to the lumen **1104** of the second catheter **1102**. As shown in FIG. **13**B, application of the vacuum causes suction (e.g., as indicated by arrow **A2**) that aspirates at least a portion of the clot material PE from the blood vessel BV and into the lumen **1104** of the second catheter **1102**. In some embodiments, opening the second fluid control device **1126** instantaneously or nearly instantaneously generates suction at the distal portion **1103***a* of the second catheter **1102**. In one aspect of the present technology, pre-charging or storing the vacuum before applying the vacuum to the lumen **1104** of the second catheter **1102** is expected to generate greater suction forces (and corresponding fluid flow velocities) at and/or near the distal portion **1103***a* of the second catheter **1102** compared to simply activating the second pressure source **1140** while it is fluidly connected to the second catheter **1102**.

In some embodiments, where the first pressure source **1040** is also activated to generate and store a vacuum (e.g., at block **1288**), the method **1280** can further comprise opening the first fluid control device **1026** to generate suction at the distal portion **1003***a* of the first catheter **1002**. One skilled in the art will understand that the suction profile in the blood vessel BV can be selected or modified based on the characteristics of the pressure sources **1040**, **1140** (e.g., volume, bore size, etc.) and the timing of the opening of the first and second fluid control devices **1026**, **1126**. For example, the first fluid control device **1026** can be opened at the same time as the second fluid control device **1126** to generate a combined and relatively large suction force in the blood vessel BV. In other embodiments, the first fluid control device **1026** can be opened after the second fluid control device **1126** to generate staggered or stepped suction forces in the blood vessel BV. For example, the first fluid control device **1026** can be opened after the second fluid control device **1126** to aspirate any of the clot material PE (i) remaining in the blood vessel BV after aspiration of the

24

second catheter **1102** and/or (ii) stuck to or extending from the second catheter **1102**. In other embodiments, the first pressure source **1040** can be a pump or other source for providing sustained negative pressure—rather than a built-up charge of negative pressure—and thus can generate sustained (e.g., constant) suction at the distal portion **1003***a* of the first catheter **1002**. In some such embodiments, the first fluid control device **1026** can remain open during the clot removal procedure to provide sustained suction throughout the procedure.

In some embodiments, an interventional device can be delivered through the second catheter **1102** and used to engage the clot material PE before and/or after the vacuum is applied to the second catheter **1102**. Specific details of suitable interventional devices and associated methods of use are disclosed in, for example, provisional U.S. patent application Ser. No. 16/258,344, filed Jan. 25, 2019, and titled "SINGLE INSERTION DELIVERY SYSTEM FOR TREATING EMBOLISM AND ASSOCIATED SYSTEMS AND METHODS," which is incorporated herein by reference in its entirety.

At block **1292**, the method **1280** includes retracting the second catheter **1102** proximally through the first catheter **1002**. In some embodiments, multiple aspiration passes can be performed with the second catheter **1102** before retracting the second catheter **1102**. In some embodiments, as shown in FIG. **13**C, the first pressure source **1040** or another pressure source coupled to the first catheter **1002** can be activated to generate suction (e.g., as indicated by arrow **A3**) at the distal portion **1003***a* of the first catheter **1002** during retraction of the second catheter **1102**. The suction can be constant or provided in one or more bursts, as described in detail above. In some embodiments, the second catheter **1102** can be fully withdrawn from the patient and disposed of or cleaned (e.g., flushed with a sterile liquid) for reuse.

Sometimes, the clot material PE is not fully pulled into the second catheter **1102** when the vacuum is applied to the second catheter **1102** (block **1290**) and can therefore stick to or dangle from the distal portion **1103***a* of the second catheter **1102**. FIG. **14**A, for example, is an enlarged view of the distal portion of the assemblies **20**, **30** shown in FIG. **13**C and illustrating a portion of the clot material PE stuck to or dangling from the distal portion **1103***a* of the second catheter **1102**. In the illustrated embodiment, an optional seal **1499** is disposed between the first and second catheters **1002**, **1102** to facilitate the removal of such dangling clot material PE. More specifically, the seal **1499** (shown in cross-section) can be disposed between an outer surface of the second catheter **1102** and an inner surface of the first catheter **1002**. The seal **1499** can be an O-ring, grommet, or other suitable component that fluidly disconnects the lumen **1004** of the first catheter **1002** from the blood vessel BV when the second catheter **1102** is positioned therethrough (e.g., when the distal terminus of the second catheter **1102** is positioned distally of the seal **1499**).

FIGS. **14**B and **14**C are enlarged views of the distal portion of the assemblies **20**, **30** and illustrating further retraction of the second catheter **1102** (and the dangling clot material PE) into the lumen **1004** of the first catheter **1002**. In some embodiments, the first pressure source **1040** can be activated to charge a vacuum in the lumen **1004** of the first catheter **1002**. For example, after the second catheter **1102** is advanced through the first catheter **1002** and past the seal **1499** (e.g., block **1284**)—thereby sealing the lumen **1004** of the first catheter **1002**—the operator can open the first fluid control device **1026** and activate the first pressure source **1040** to build up the vacuum in the lumen **1004** of the first

US 11,974,909 B2

25                                                          26

catheter **1002**. Referring to FIG. **14**C, when the distal terminus of the second catheter **1102** is retracted proximally past the seal **1499**, the lumen **1004** of the first catheter **1002** becomes fluidly connected to the blood vessel BV and the vacuum is instantaneously or nearly instantaneously released to generate suction (e.g., as indicated by arrows A**4**). In the illustrated embodiment, the suction acts to separate or otherwise dislodge the clot material PE from the second catheter **1102** and pull the clot material PE proximally through the lumen **1004** of the first catheter **1002**. In this manner, a second burst of suction is automatically applied via the first catheter **1002** during retraction of the second catheter **1102**. In one aspect of the present technology, the user does not need to take any additional step to release the vacuum stored in the first catheter **1002**—as release is automatically triggered by retraction of the second catheter **1102**.

At block **1294**, the user can determine whether it is necessary or desirable to redeploy the second catheter **1102** or another catheter through the first catheter **1002** in order to remove any residual clot material PE that was not removed during the first aspiration pass and/or any clot material located elsewhere in the blood vessel BV (e.g., to initiate a second aspiration pass). In some embodiments, the operator can visualize the amount of clot material PE collected in the first pressure source **1040** and/or the second pressure source **1140** to at least partially determine whether another aspiration pass is needed. In other embodiments, the operator can rely on imaging (e.g., fluoroscopic imaging) of the blood vessel BV or other techniques known in the art to determine whether an additional aspiration pass is necessary or desirable.

If another pass is not needed (e.g., the clot material PE was adequately removed), the user can elect to fully withdraw the assemblies **20**, **30** from the patient at block **1296**. If clot material PE remains in the vessel, the method can return to block **1284**. In particular, the same second catheter **1102** can be cleaned (e.g., flushed with saline) and advanced again through the first catheter **1002** until the distal portion **1103**a of the second catheter **1102** is positioned proximate to the remaining clot material PE within the blood vessel BV. In some embodiments, a new second catheter **1102** can be used for each pass to reduce the likelihood of contamination (e.g., reintroduction of clot material PE). In some embodiments, the first catheter **1002** can be aspirated (e.g., via the first pressure source **1040**) prior to redeployment of the second catheter **1102** to, for example, remove any clot material PE that may be in the first catheter **1002** to inhibit its reintroduction into the blood vessel BV as the second catheter **1102** is advanced therethrough during another pass. Once the desired amount of clot material PE has been removed from the patient, the assemblies **20**, **30** may be fully withdrawn from the patient (block **1294**).

In one aspect of the present technology, the method **1280** provides for an aspiration catheter to be deployed multiple times without requiring that the first catheter **1002** be removed after each deployment. Accordingly, the present technology allows for only a single insertion of a guide catheter during a procedure including multiple passes to remove clot material—increasing the speed of the procedure and reducing trauma to the patient since the guide catheter does not need to be reintroduced (e.g., advanced through the vasculature and past the heart) before each pass. Moreover, in certain embodiments, the present technology can enable the first catheter **1002** to be relocated to an alternate treatment site within the patient without removing the first catheter **1002** from the patient and, therefore, without rein-

troducing the first catheter **1002** through the heart. For example, the first catheter **1002** can be relocated to another treatment site within the lungs including a treatment site in the opposite lung. More specifically, (i) a dilator can be reintroduced into the first catheter **1002**, (ii) the first catheter **1002** can be withdrawn into the main pulmonary artery, (iii) a guidewire can be redirected to the new treatment site, (iv) the first catheter **1002** can be advanced over the guidewire to the new treatment site, and (v) the dilator can be removed.

FIG. **15** is a flow diagram of another process or method **1580** for operating a clot removal system including the assemblies **20**, **30** (FIG. **1**) to remove clot material from within a blood vessel (e.g., a pulmonary blood vessel) of a human patient in accordance with the present technology. FIG. **16**A is an enlarged side view of a distal portion of the first assembly **20**, and FIGS. **16**B-**16**E are side views of a distal portion of the assemblies **20**, **30** during a clot removal procedure in which clot material clogs the first assembly **20** in accordance with the present technology. Although some features of the method **1580** are described in the context of the embodiments shown in FIGS. **11** and **16**A-**16**E for the sake of illustration, one skilled in the art will readily understand that the method **1580** can be carried out using other suitable systems and/or devices.

Some features of the method **1580** are generally similar to those of the methods **880** and/or **1280** described in detail above with reference to FIGS. **8** and **12**, respectively. For example, at block **1582** the method includes intravascularly positioning the first catheter **1002** of the first assembly **20** within a human patient. At block **1584**, the method **1580** includes coupling the first pressure source **1040** to the first catheter **1002** via the first fluid control device **1026**. For example, any one or combination of the pressure sources described in detail above with reference to FIGS. **2-7** can be coupled to the second catheter **1002** via the first tubing subsystem **1020**. At block **1586**, the method **1580** includes activating the first pressure source **1040** to generate a vacuum while the first fluid control device **1026** is closed. In particular, the first pressure source **1040** can be activated to build-up or pre-charge a vacuum for subsequent application to the first catheter **1002**. At block **1588**, the method **1580** includes opening the first fluid control device **1026** to apply the vacuum stored in the first pressure source **1040** to the lumen **1004** of the first catheter **1002**. As described in detail above, opening the first fluid control device **1026** instantaneously or nearly instantaneously generates suction at the distal portion **1003**a of the first catheter **1002**.

Sometimes, however, clot material is not fully pulled into the first catheter **1002** and/or clogs the first catheter **1002** when the vacuum is applied to the first catheter **1002** (block **1588**). FIG. **16**A, for example, is an enlarged view of the distal portion of the first assembly **20** illustrating a portion of clot material PE that extends beyond from the distal portion **1003**a of the first catheter **1002** and blocks/clogs the lumen **1004** of the first catheter **1002**. As such, a portion of the clot material PE is not within the first catheter **1002**. Accordingly, at block **1590**, the method **1580** can include determining whether the first catheter **1002** is clogged. In some embodiments, the operator can determine that the first catheter **1002** is clogged based on the vacuum chamber of the first pressure source **1040** containing little to no clot material PE and blood. For example, since the clot material PE clogs the first catheter **1002**, the vacuum chamber of the first pressure source **1040** cavitates when the first fluid control device **1026** is opened. If the first catheter **1002** is not clogged, the method **1580** can proceed to block **1598** and the first catheter **1002** can be withdrawn from the patient or the

US 11,974,909 B2

27

operator can perform another aspiration pass (e.g., as described in detail above with reference to blocks **808** and **810** of the method **800** shown in FIG. **8**).

If the first catheter **1002** is clogged, the method **1580** can proceed to block **1592** which includes advancing the second catheter **1102** through the first catheter **1002** until the distal portion **1103**a of the second catheter **1102** is positioned in or proximate to the clogging clot material PE. For example, FIG. **16**B illustrates the second catheter **1102** after it has been advanced to a position within the first catheter **1002** in which the distal terminus of the second catheter **1102** is at or proximate to the clogging clot material PE. To advance the second catheter **1102** through the first catheter **1002**, the user can first insert the distal portion **1103**a of the second catheter **1102** through the first valve **1006** (FIG. **11**) before advancing the second catheter **1102** through the lumen **1004** of the first catheter **1002**.

At block **1594**, the method **1580** includes activating the second pressure source **1140** (FIG. **11**) coupled to the second catheter **1102**. More specifically, the second pressure source **1140** (e.g., any one or combination of the pressure sources described in detail above with reference to FIGS. **2-7**) can be coupled to the second catheter **1102** via the second fluid control device **1126** (FIG. **11**), and the second pressure source **1140** can be activated to build-up or pre-charge a vacuum while the second fluid control device **1126** is closed. The second fluid control device **1126** can then be actuated to apply the vacuum stored in the second pressure source **1140** to the lumen **1104** of the second catheter **1102**. In other embodiments, the second pressure source **1140** can simply provide a sustained vacuum rather than an instantaneous release of vacuum. That is, in some embodiments the second pressure source **1140** is not pre-charged with a vacuum.

Applying the vacuum to second catheter **1102** can aspirate at least a portion of the clogging clot material PE into the second catheter **1102** and/or suck the clot material PE against the distal terminus of the second catheter **1102**. FIG. **16**C, for example, illustrates a portion of the clot material PE stuck to or extending from the distal portion **1103**a of the second catheter **1102** after aspirating the second catheter **1102**. In the embodiment illustrated in FIG. **16**C, the added vacuum pressure generated through the second catheter **1102** is still not enough to break apart the clot material PE such that it can be fully aspirated through the first and/or second catheters **1002**, **1102**. That is, the clot material PE clogs the lumen **1004** of the first catheter **1002**. In other embodiments, the added vacuum pressure from the second pressure source **1140** is sufficient to break apart the clot material PE such that it is aspirated into, for example, the vacuum chambers of the first and/or second pressure sources **1040**, **1140**.

At block **1596**, the method can include retracting the second catheter **1102** and the clot material PE through the lumen **1004** of the first catheter **1002**. For example, FIG. **16**D illustrates retracting the second catheter **1102**, which in turn retracts the attached clot material PE, through the lumen **1004** of the first catheter **1002**. In some embodiments, the second catheter **1102** and clot material PE can be fully withdrawn through the first catheter **1002**. In other embodiments, retracting the clot material PE through the first catheter **1002** causes the clot material PE to break apart and be aspirated into the vacuum chambers of the first and/or second pressure sources **1040**, **1140**. FIG. **16**E, for example, illustrates the clot material PE breaking apart as the vacuum of the first and/or second pressure sources **1040**, **1140** is instantaneously or nearly instantaneously released to suck the clot material PE proximally (e.g., as indicated by arrows A**5**).

28

At block **1598**, the first and second catheters **1002**, **1102** can be withdrawn from the patient or the operator can perform another aspiration pass using one or both of the first and second catheters **1002**, **1102**.

In one aspect of the present technology, the method **1580** removes clot material even when a first aspiration pass clogs the first catheter **1002**. More particularly, the second catheter **1102** can be used to remove clogged clot material PE without requiring the first catheter **1002** and the clogged clot material PE to be withdrawn through the blood vessel BV.

V. Additional Selected Embodiments of Clot
Removal Systems and Associated Methods of Clot
Removal

From the foregoing, it will be appreciated that specific embodiments of the present technology have been described herein for purposes of illustration, but that various modifications may be made without deviating from the scope of the present technology. For example, in many of the embodiments described above, stored vacuum pressure can be used to aspirate or suck clot material from a blood vessel and into a catheter without the need to engage an interventional device with the clot material. However, one skilled in the art will understand that the aspiration devices and techniques disclosed herein can be used in conjunction with any suitable interventional device and/or during a clot removal procedure utilizing an interventional device. In some embodiments, for example, a clot removal system can be configured to apply stored vacuum pressure to a guide catheter to generate a burst of suction while an interventional device is retracted into and/or through the guide catheter.

FIG. **17**, for example, is a partially schematic view of a clot removal system **1700** ("system **1700**") configured in accordance with the present technology. The system **1700** includes some features generally similar to the features of the clot removal system described in detail above with reference to FIG. **1**. For example, the system **1700** includes a catheter or sheath **1702** comprising an elongated shaft, and a valve **1706** coupled to a proximal portion of the sheath **1702**. The valve **1706** has a side port **1708** that fluidly couples a lumen of the sheath **1702** to a tubing subsystem **1720** and a pressure source **1740** (shown schematically). A fluid control device **1726** (e.g., a stopcock or clamp; shown schematically) is operable to fluidly disconnect or connect the pressure source **1740** from/to the lumen of the sheath **1702**. The pressure source **1740** can be any suitable pressure source for generating and storing vacuum pressure, as described in detail above.

In the illustrated embodiment, the system **1700** further includes (i) a self-expanding (e.g., mesh) funnel **1780** coupled to a proximal portion of the sheath **1702** and (ii) an interventional device (e.g., a thrombus extraction device) **1790**. In the illustrated embodiment, the interventional device **1790** includes an expandable coring element (e.g., a first portion) **1792** coupled to an expandable cylindrical element (e.g., a second portion) **1794**. In some embodiments, the interventional device **1790** is configured to self-expand from a compressed delivery state to an expanded deployed state. The interventional device **1790** is shown in the deployed state in FIG. **17**. An elongated shaft **1782** and/or one or more shafts positioned within the elongated shaft **1782** (e.g., an intermediate shaft **1884** and an inner shaft **1886** as shown in FIGS. **18**E and **18**F, respectively) are coupled to the interventional device **1790** and configured to retract, advance, and/or manipulate (e.g., move between the

US 11,974,909 B2

29

delivery and deployed states) the interventional device **1790**. In some embodiments, the system **1700** can be generally the same as or similar to any of the clot removal systems disclosed in U.S. Patent Application Publication No. 2018/0193043, filed Apr. 26, 2017, and titled "DEVICES AND METHODS FOR TREATING VASCULAR OCCLUSION," which is incorporated herein by reference in its entirety.

In the illustrated embodiment, the system **1700** is shown intravascularly positioned within a blood vessel BV of a human patient and proximate to clot material DV (e.g., a deep vein thrombus) within the blood vessel BV. Specifically, FIG. **17** shows the system **1700** after (i) advancing the sheath **1702** to a position proximate to a proximal portion **1785**b of the clot material DV, (ii) deploying the funnel **1780**, (iii) deploying the interventional device **1790** from the sheath **1702** (e.g., by advancing the interventional device **1790** through the valve **1706** and the sheath **1702** to a position distal of a distal portion **1785**a of the clot material DV), and (iv) expanding the interventional device **1790** from the compressed delivery state to the deployed state.

FIGS. **18A**-**18**H are enlarged views of a distal portion of the system **1700** during a clot removal procedure in accordance with the present technology. In general, FIGS. **18A**-**18**H illustrate the proximal retraction of the interventional device **1790** through the clot material DV to capture at least a portion of the clot material DV, and the subsequent joint retraction of the interventional device **1790** and the captured clot material DV into the funnel **1780** and the sheath **1702**. In one aspect of the present technology, charged vacuum pressure generated in the vacuum source **1740** can be applied to the sheath **1702** at one or more times during the illustrated process to generate suction for aspirating the captured clot material DV through the sheath **1702** and/or to inhibit clogging of the sheath **1702**.

Referring first to FIG. **18A**, proximal retraction of the interventional device **1790** causes the coring element **1792** to separate and/or core the distal end portion **1785**a of the clot material DV from the walls W of the blood vessel BV. As shown in FIG. **18B**, continued proximal retraction of the interventional device **1790** through the clot material DV causes the cylindrical element **1794** to capture the distal end portion **1785**a of the clot material therein. FIGS. **18C**-**18**E illustrate further proximal retraction of the interventional device **1790** which causes further separation, coring, and/or capture of the clot material DV. As seen in FIG. **18**E, the proximal end portion **1785**b of the clot material DV is cored and captured as the interventional device **1790** is proximally retracted toward the funnel **1780** and the sheath **1702**. As further shown in FIG. **18**E, a first radiopaque marker **1887**a can be positioned on a distal end portion of the inner shaft **1884** and a second radiopaque marker **1887**b can be positioned on a distal end portion of the sheath **1702**.

In some embodiments, as shown in FIG. **18**F, the interventional device **1790** can be proximally retracted until a portion of the coring element **1792** is contained (e.g., positioned) within the funnel **1780**. More specifically, the interventional device **1790** can be proximally retracted until a mouth **1895** of the coring element **1792** is contained within the funnel **1780**. In some embodiments, the containment of the mouth **1895** within the funnel **1780** can be fluoroscopically verified by visualization of the radiopaque markers **1887** (FIG. **18**E). In some embodiments, for example, the mouth **1895** can be determined as wholly contained within the funnel **1780** via fluoroscopic monitoring based on the alignment of the distal end portion of the inner shaft **1884** (e.g., the first radiopaque marker **1885**a) relative to the distal

30

end portion of the sheath **1702** (e.g., the second radiopaque marker **1885**b). In some embodiments, when the mouth **1895** of the coring element **1792** is positioned within the funnel **1780**, the interventional device **1790** can be moved or transformed from the expanded deployed state to the compressed delivery state to compress and secure the clot material DV captured by the interventional device **1790**. In some embodiments, for example, the intermediate shaft **1884** can be unlocked and/or decoupled from the inner shaft **1886** (e.g., via user actuation of a plunger or other device) such that the inner shaft **1886** can be advanced distally relative to the intermediate shaft **1884** to collapse or compress the interventional device **1790**.

After the interventional device **1790** has been collapsed, the interventional device **1790** can be proximally retracted through the funnel **1780** and into the sheath **1702** as depicted in FIG. **18**G. As shown in FIG. **18**H, the interventional device **1790** can continue to be proximally retracted until the interventional device **1790** and the captured clot material DV are fully contained within the sheath **1702**. In some embodiments, the interventional device **1790** and the captured clot material DV can then be withdrawn through the sheath **1702** and the valve **1706** (FIG. **17**), and from the patient's body.

In some embodiments, the collapse of the interventional device **1790** and/or the retraction of the interventional device **1790** into the funnel **1780** and/or the sheath **1702** can result in one or more portions of the clot material DV breaking away from the clot material DV contained in the interventional device **1790**. For example, all or a portion of the captured clot material DV can be extruded through pores of the (e.g., mesh) cylindrical element **1794** as the interventional device **1790** collapses. In some embodiments, any such clot material can be captured by the funnel **1780**. Referring to FIG. **17**, in some embodiments, the pressure source **1740** can be activated to charge a vacuum, and the fluid control device **1726** can subsequently be opened to apply the charged vacuum to the sheath **1702** (as described in detail above). The vacuum can be applied to the sheath **1702** at any point during retraction of the interventional device **1790**. As shown in FIGS. **18**G and **18**H, application of the vacuum can generate instantaneous or nearly instantaneous suction (e.g., as indicated by arrows A**6**) at the distal end portion the sheath **1702** that can aspirate the extruded portions and/or other portions of the clot material DV into and/or through the sheath **1702**. In particular, the generated suction can aspirate some or all of the clot material DV captured by the funnel **1780**. Moreover, in some embodiments, application of a vacuum from the pressure source **1740** can facilitate smooth retraction of the captured clot material DV through the sheath **1702**. For example, a burst of suction generated by application of the vacuum can help inhibit clogging of the sheath **1702**, and/or help resolve (e.g., break apart) a clog formed in the sheath **1702** during retraction.

VI. Selected Embodiments of Clot Removal Systems Having Filters and Associated Methods of Clot Removal

The systems and methods for clot removal described herein can include applying a pre-charged vacuum to generate suction for aspirating clot removal from the blood vessel of a patient. In one aspect of the present technology, aspiration of the clot material also aspirates blood from the patient. It can be advantageous to reintroduce the aspirated blood to the patient to lessen the trauma to the patient—

US 11,974,909 B2

31

especially where the removal procedure may comprise multiple aspiration passes that can together withdraw a significant amount of blood. However, the aspirated blood is often mixed with clot material and is therefore not suitable for reintroduction into the patient. FIGS. **19-20E** illustrate various devices for filtering aspirated blood from removed clot material to reintroduce the aspirated blood into the patient without reintroducing a significant amount of clot material.

For example, FIG. **19** is a perspective side view of a pressure source **1900** for filtering blood from aspirated clot material during a clot removal procedure configured in accordance with the present technology. The pressure source **1900** is generally similar to the pressure source **400** described in detail above with reference to FIGS. **4A-4C**. For example, the pressure source **1900** includes the secondary syringe **460** ("syringe **460**") and the first and second one-way valves **470** and **472**. However, the secondary syringe **460** is coupled to a canister **1940** rather than the primary syringe **340** (FIGS. **4A-4C**). The canister **1940** includes a tip (obscured) coupled to the adaptor **350** and is configured to be removably positioned within the connector **128** of the tubing subsystem **120** (FIG. **1**) to fluidly couple the canister **1940** to the tubing subsystem **120**. Because the canister **1940** does not include a plunger or other component for changing a volume thereof, the syringe **460** is the only vacuum source for evacuating the canister **1940** (e.g., via repeated cycling of the secondary syringe **460**).

In the illustrated embodiment, the canister **1940** further includes a filter **1942**. The canister **1940** is shown as transparent in FIG. **19** for the sake of clarity. The filter **1942** is coupled to and/or covers a removable end cap **1944** having a blood separation port **1946**. In operation, when blood and clot material are aspirated into the canister **1940** (e.g., via any of the methods described in detail above), the filter **1942** separates the blood from the clot material within the canister **1940**. The filtered blood can be removed via the blood separation port **1946**. For example, a syringe (not shown) or other device can be fluidly coupled to the blood separation port **1946** and used to draw the blood through the filter **1942** and out of the canister **1940**. The filtered blood can then be reintroduced to the patient via, for example, the fluid control device **126** and/or the connector **128** of the tubing subsystem **120**. Once the blood is removed from the canister **1940**, the end cap **1944** can be removed from the canister **1940** (e.g., by unscrewing the end cap **1944** from the body of the canister **1940**) for removing the captured clot material. In some embodiments, the filter **1942** is attached to the end cap **1944** such that removing the end cap **1944** removes the filter **1942** and permits clot material to be dumped, scooped, or otherwise removed from the canister **1940**.

FIGS. **20A-20E** illustrate a filter device **2050** for filtering blood from aspirated clot material during a clot removal procedure configured in accordance with the present technology. The filter device **2050** is configured as an in-line filter for use with, for example, one or more of the pressure sources described in detail above with reference to FIGS. **2-7**. For example, FIG. **20A** is a partially-exploded side view of the filter device **2050** and the pressure source **340** (FIGS. **3A-3D**). In the illustrated embodiment, the filter device **2050** comprises a filter portion **2060** that is removably positionable within a barrel portion **2070**. In the illustrated embodiment, the barrel portion **2070** includes a barrel **2072** that defines a chamber **2074**, and a large bore tip **2076** configured to fluidly couple the chamber **2074** to external components, such as the tubing subsystem **120** (e.g., as shown in FIG. **20C**). The filter portion **2060** includes a seal **2062** configured to engage (i) an interior surface of the barrel **2072** when the

32

filter portion **2060** is positioned within the chamber **2074** of the barrel portion **2070** and (ii) an exterior surface of the syringe **340** (e.g., an exterior surface of the barrel **344**) when the syringe **340** is inserted into the filter device **2050**. In other embodiments, the filter portion **2060** can be permanently attached to or integrally formed with the barrel portion **2070**. The filter portion **2060** further includes a filter (e.g., a mesh) **2064** configured (e.g., sized and shaped) to inhibit clot material from passing therethrough. In some embodiments, the filter **2064** can be configured to inhibit clots larger than about 100 μm (e.g., larger than about 110 μm) from passing therethrough.

FIG. **20B** is a perspective side view of the syringe **340** coupled to the filter device **2050**. The barrel **2072** of the barrel portion **2070** is shown as transparent in FIG. **20B** (and FIGS. **20C-20E**) for the sake of clarity. In the illustrated embodiment, the seal **2062** is positioned between the exterior surface of the barrel **344** of the syringe **340** and the interior surface of the barrel **2072** of the barrel portion **2070**. The filter **2064** is positioned around (e.g., covers) the tip **347** of the syringe **340** to inhibit clot material from entering the barrel **344** of the syringe **340** during operation.

FIG. **20C** is a side view of the filter device **2050** and syringe **340** coupled to the tubing subsystem **120** of the assembly **10**. More specifically, the tip **2076** can be inserted into the connector **128** of the tubing subsystem **120** as described in detail above. When the filter device **2050** and the syringe **340** are coupled to the tubing subsystem **120**, the filter device **2050** is positioned in-line (e.g., in series) with the syringe **340**. In the embodiment illustrated in FIG. **20C**, the plunger **342** of the syringe **340** has been withdrawn to generate negative pressure in the combined volume of the barrels **2072** and **344**. As described in detail above, opening the fluid control device **126** nearly instantaneously applies the negative pressure to the catheter **102** to generate suction therein. When clot material and blood are aspirated through the catheter **102** and the tubing subsystem **120**, the filter portion **2060** inhibits the clot material from entering the barrel **344** of the syringe **340**. Thus, aspirated blood is collected in the barrel **344** of the syringe **340** while the aspirated clot material is collected in the barrel **2072** of the barrel portion **2070** of the filter device **2050**. In this manner, clot material and blood can be separated during aspiration.

In one aspect of the present technology, separating the blood from the clot material such that the blood is within the syringe **340** permits the blood to be easily reintroduced to the patient. For example, FIGS. **20D** and **20E** are side views of the syringe **340** coupled to the tubing subsystem **120** of the assembly **10** for reintroducing blood to a patient. In some embodiments, as shown in FIG. **20D**, the syringe **340** can be decoupled from the filter device **2050** and directly coupled to the connector **128**. With the fluid control device **126** in an open position, the blood can then be reintroduced to the patient through the assembly **10** by depressing the plunger **342** of the syringe **340**. In some embodiments, as shown in FIG. **20E**, the syringe **340** can be decoupled from the filter device **2050** and directly coupled to a port on the fluid control device **126**. With the fluid control device **126** in a closed position, the blood can then be reintroduced to the patient through the assembly **10** by depressing the plunger **342** of the syringe **340**. Referring to FIGS. **20A-20E** together, after or before reintroducing filtered blood to the patient, the filter portion **2060** of the filter device **2050** can be removed from the barrel portion **2070** so that the collected clot material can be removed and the filter device **2050** cleaned. In some embodiments, the filter device **2050** and a coupled pressure source can be used to filter blood

US 11,974,909 B2

33

from clot material after—as opposed to during—an aspiration pass. For example, the filter device **2050** and coupled pressure source could be used to withdraw blood and clot material collected in the canister **1940** of the pressure source **1900** (e.g., where the canister **1940** does not include the filter **1942**).

FIGS. **21**A and **21**B illustrate a filter device **2150** for filtering blood from aspirated clot material during a clot removal procedure configured in accordance with the present technology. The filter device **2150** is configured for use with, for example, one or more of the pressure sources described in detail above with reference to FIGS. **2**-**7**. For example, FIG. **21**A is a partially-exploded side view of the filter device **2150** and the pressure source **340** (FIGS. **3A**-**3D**). In the illustrated embodiment, the filter device **2150** includes a housing **2152** defining a chamber **2154**, a filter **2156** configured to be positioned within the housing **2152**, and a cap assembly **2160** configured to be releasably coupled to the housing **2152** (e.g., via a threaded connection, snap-fit connection, etc.). In some embodiments, the filter **2156** can have a porosity of between about 50-200 microns.

The housing **2152** can include a port **2153** configured to be removably, fluidly coupled to the pressure source **340** via a tubing subsystem **2120**. In the illustrated embodiment, the tubing subsystem **2120** includes tubing sections **2124** (individually labeled as a first tubing section **2124***a* and a second tubing section **2124***b*), a fluid control device **2126** (e.g., a valve, stop cock, clamp, etc.), and a connector **2128** (e.g., a large bore connector) for fluidly coupling the tubing subsystem **2120** to the pressure source **340**. In the illustrated embodiment, the cap assembly **2160** includes a fluid connector **2162** (e.g., a standard Luer or large bore connector) configured to be connected to a receiving/reinfusion syringe **2170** via, for example, a tubing section **2164**. In some embodiments, the cap assembly **2160** can include a valve (e.g., a one-way valve, a check valve, etc.) that provides for one-way fluid flow through filter assembly **2150**.

In operation, during a clot removal procedure, the pressure source **340** can be decoupled from the connector **128** (FIG. **1**) after an aspiration pass and when the pressure source **340** is full of blood and clot material. After connecting the filter device **2150** to the receiving syringe **2170**, the pressure source **340** can be coupled to the filter device **2150**. For example, FIG. **21**B is a perspective side view of the filter device **2150** coupled to (i) the pressure source **340** via the tubing subsystem **2120** and (ii) the reinfusion syringe **2170** via the tubing section **2164**. More specifically, referring to FIGS. **21**A and **21**B together, the tip **347** of the pressure source **340** can be coupled to the connector **2128** of the tubing subsystem **2120**, and a tip **2172** of the reinfusion syringe **2170** can be coupled to the tubing section **2164**. In other embodiments, the filter device **2150** can be coupled to the pressure source **340** and/or the reinfusion syringe **2170** in other manners (e.g., directly such that the all or part of the tubing subsystem **120** is omitted). Alternatively, the filter device **2150** can be directly attached to the side port **108** (FIG. **1**), an IV line (not shown), or another suitable connection point for reintroducing blood to the patient,

After coupling the pressure source **340** to the filter device **2150**, the fluid control device **2128** can be opened to fluidly connect the pressure source **340** to the filter device **2150**. Then, the operator can depress the plunger **342** of the pressure source **340** to drive the blood and clot material from the pressure source **340** into and/or through the filter device **2150**. The filter **2156** of the filter device **2150** filters the blood from the clot material such that the blood flows into the reinfusion syringe **2170** and the clot material remains in

34

the chamber **2154** of the filter device **2150**. For example, as shown in FIG. **21**B, blood B fills the reinfusion syringe **2170** and clot material PE remains within the chamber **2154** of the filter device **2150** after depressing the plunger **342** of the pressure source **340** in the direction indicated by the arrow H.

Next, the reinfusion syringe **2170** can be decoupled from the filter device **2150** so that the blood B can be reintroduced to the patient. For example, the reinfusion syringe **2170** could be directly coupled to a port on the fluid control device **126** (FIG. **1**). The cap assembly **2160** can be decoupled from the housing **2152** of the filter device **2150** to, for example, permit an operator to remove the clot material PE collected in the housing **2152** and thereby clean and prepare the filter device **2150** for another use.

FIG. **22** is a partially-exploded side view of a filter device **2250** for filtering blood from aspirated clot material during a clot removal procedure configured in accordance with the present technology. The filter device **2250** is configured for use with, for example, one or more of the pressure sources described in detail above with reference to FIGS. **2**-**7**. In general, the filter device **2250** is generally similar to the filter device **2150** described in detail with reference to FIGS. **21**A and **21**B. For example, the filter device **2250** includes a housing **2252** defining a chamber **2254**, a filter **2256** configured to be positioned within the housing **2252**, and a cap assembly **2260** configured to be releasably coupled to the housing **2252**. However, in the illustrated embodiment the filter device **2250** includes a port **2253** that is directly connected to a connector **2228** configured to be coupled to a pressure source (e.g., the pressure source **340** shown in FIGS. **3A**-**3D**). The cap assembly **2260** includes a fluid connector **2162** (e.g., a standard Luer or large bore connector) configured to be connected to a reinfusion syringe, a sheath, an IV line, etc., (not shown). In some embodiments, the fluid connector **2262** is angled relative to the filter **2260** and/or the housing **2252**. For example, the fluid connector **2262** is formed to have an approximately right angle in FIG. **22**. In one aspect of the present technology, this arrangement makes the filter device more ergonomic during use.

FIG. **23** is a partially-exploded side view of a filter device **2350** for filtering blood from aspirated clot material during a clot removal procedure configured in accordance with the present technology. The filter device **2350** is configured for use with, for example, one or more of the pressure sources described in detail above with reference to FIGS. **2**-**7**. The filter device **2350** is generally identical to the filter device **2250** described in detail with reference to FIG. **22**—including, for example, the housing **2252** ("a first housing **2252**"), the filter **2256** ("a first filter **2256**"), and the cap assembly **2260** including the fluid connector **2262** ("a first fluid connector **2262**"). However, in the illustrated embodiment a second housing **2382** and a second filter **2386** are fluidly connected to the fluid connector **2262**. The second housing **2382** includes a second fluid connector **2384** that can be fluidly connected to a reinfusion syringe, a sheath, an IV line, etc., (not shown). The second filter **2386** is configured to provide a second stage of filtration. For example, in some embodiments the first filter **2256** has a larger porosity than the second filter **2386**. For example, the first filter **2256** can have a porosity of between about 50-200 microns and the second filter **2386** can have a porosity of between about 50-170 microns.

In general, one skilled in the art will understand that the various embodiments of filter devices disclosed herein may have different components or combinations of components. For example, the filter devices **2050**, **2150**, **2250**, and/or

US 11,974,909 B2

35

2350 ("the filter devices") could be utilized with any of several different pressure sources other than the syringe **340** (e.g., those shown in FIGS. **2** and **4-7**). In some embodiments, the filter devices can be formed as a component of the tubing subsystem **120** (FIG. **1**). Moreover, the filter devices can include any number of filters and/or housings to provide any number of filtration stages.

CONCLUSION

The above detailed descriptions of embodiments of the technology are not intended to be exhaustive or to limit the technology to the precise form disclosed above. Although specific embodiments of, and examples for, the technology are described above for illustrative purposes, various equivalent modifications are possible within the scope of the technology as those skilled in the relevant art will recognize. For example, although steps are presented in a given order, alternative embodiments may perform steps in a different order. The various embodiments described herein may also be combined to provide further embodiments.

From the foregoing, it will be appreciated that specific embodiments of the technology have been described herein for purposes of illustration, but well-known structures and functions have not been shown or described in detail to avoid unnecessarily obscuring the description of the embodiments of the technology. Where the context permits, singular or plural terms may also include the plural or singular term, respectively.

Moreover, unless the word "or" is expressly limited to mean only a single item exclusive from the other items in reference to a list of two or more items, then the use of "or" in such a list is to be interpreted as including (a) any single item in the list, (b) all of the items in the list, or (c) any combination of the items in the list. Additionally, the term "comprising" is used throughout to mean including at least the recited feature(s) such that any greater number of the same feature and/or additional types of other features are not precluded. It will also be appreciated that specific embodiments have been described herein for purposes of illustration, but that various modifications may be made without deviating from the technology. Further, while advantages associated with some embodiments of the technology have been described in the context of those embodiments, other embodiments may also exhibit such advantages, and not all embodiments need necessarily exhibit such advantages to fall within the scope of the technology. Accordingly, the disclosure and associated technology can encompass other embodiments not expressly shown or described herein.

We claim:

1. The A method for the treatment of clot material within a vasculature of a patient, the method comprising:

positioning an aspiration catheter at least partially within the vasculature proximate to the clot material, wherein a lumen of the aspiration catheter is fluidly coupled along a flow path to a clot canister and an aspiration source proximal of the clot canister;

with a valve positioned along the flow path between the aspiration catheter and the clot canister in a closed position, generating vacuum pressure within the clot canister via the aspiration source;

moving the valve to an open position to apply the vacuum pressure to the lumen of the aspiration catheter to aspirate at least a portion of the clot material and blood into the clot canister, wherein the clot canister includes a filter configured to filter the blood from the portion of the clot material;

36

receiving the filtered blood through a fluid outlet of the clot canister; and

reintroducing the filtered blood into the vasculature of the patient.

2. The method of claim **1** wherein reintroducing the filtered blood into the patient includes directing the filtered blood distally through the aspiration catheter.

3. The method of claim **1** wherein reintroducing the filtered blood into the patient includes directing the filtered blood distally through a catheter separate from the aspiration catheter.

4. The method of claim **1** wherein the method further comprises:

removing the filter from within the clot canister; and

clearing the portion of the clot material from within the clot canister.

5. The method of claim **4** wherein the method further comprises:

after clearing the portion of the clot material from within the clot canister, positioning the filter within the clot canister;

again generating vacuum pressure within the clot canister via the aspiration source with the valve in the closed position; and

again moving the valve to the open position to apply the vacuum pressure to the lumen of the aspiration catheter to aspirate at least another portion of the clot material and additional blood into the clot canister.

6. The method of claim **1** wherein positioning the aspiration catheter at least partially within the vasculature proximate to the clot material includes positioning a distal end portion of the aspiration catheter proximal to the clot material.

7. The method of claim **1** wherein the valve comprises a lever, and wherein moving the valve to the open position includes pushing the lever.

8. The method of claim **1** wherein the method further comprises moving the valve to the closed positioned before generating the vacuum pressure within the clot canister via the aspiration source.

9. The method of claim **1** wherein the method further comprises selectively providing fluid access to the lumen of the aspiration source via a hemostasis valve fluidly coupled to the aspiration catheter.

10. The method of claim **9** wherein selectively providing fluid access to the lumen of the aspiration catheter includes decreasing a tension on a filament of the hemostasis valve to provide fluid access to the lumen of the aspiration catheter and increasing the tension on the filament to inhibit fluid access to the lumen of the aspiration catheter.

11. A method for the treatment of clot material within a vasculature of a patient, the method comprising:

positioning an aspiration catheter at least partially within the vasculature proximate to the clot material, wherein a lumen of the aspiration catheter is fluidly coupled along a flow path to a clot canister and an aspiration source proximal of the clot canister;

with a valve positioned along the flow path between the aspiration catheter and the clot canister in a closed position, generating vacuum pressure within the clot canister via the aspiration source;

moving the valve to an open position to apply the vacuum pressure to the lumen of the aspiration catheter to aspirate at least a portion of the clot material and blood into the clot canister, wherein the clot canister includes a filter configured to filter the blood from the portion of the clot material; and

US 11,974,909 B2

37

selectively providing fluid access to the lumen of the aspiration catheter via a hemostasis valve fluidly coupled to the aspiration catheter by

depressing a button of the hemostasis valve to decrease a tension on a filament of the hemostasis valve to provide fluid access to the lumen of the aspiration catheter; and

increasing the tension on the filament to inhibit fluid access to the lumen of the aspiration catheter.

12. The method of claim 9 wherein the hemostasis valve is fluidly coupled to a proximal end portion of the aspiration catheter, and wherein the clot canister is fluidly coupled to lumen of the aspiration catheter via a tube branching from the aspiration catheter distal to the proximal end portion of the aspiration catheter.

13. The method of claim 1 wherein the method further comprises:

positioning a clot treatment device within the lumen of the aspiration catheter; and

engaging the clot treatment device with the clot material to disrupt the clot material.

14. The method of claim 1 wherein the aspiration source is an electric pump.

15. The method of claim 1 wherein the clot canister has a first volume, and wherein the aspiration source has a second volume greater than the first volume.

16. The method of claim 1 wherein the filter has a generally tubular shape.

17. A method for the treatment of clot material within a vasculature of a patient, the method comprising:

positioning an aspiration catheter at least partially within the vasculature proximate to the clot material, wherein a lumen of the aspiration catheter is fluidly coupled along a flow path to a clot canister and an aspiration source proximal of the clot canister;

selectively providing fluid access to the lumen of the aspiration source via a hemostasis valve fluidly coupled to the aspiration catheter;

closing a valve positioned along the flow path between the aspiration catheter and the clot canister;

after closing the valve, generating vacuum pressure within the clot canister via the aspiration source;

opening the valve to apply the vacuum pressure to the lumen of the aspiration catheter to aspirate at least a portion of the clot material and blood into the clot canister, wherein the clot canister includes a filter configured to filter the blood from the Portion of the clot material;

receiving the filtered blood through a fluid outlet of the clot canister; and

reintroducing the filtered blood into the vasculature of the patient.

18. The method of claim 17 wherein the method further comprises:

positioning a clot treatment device through the hemostasis valve within the lumen of the aspiration catheter, wherein the hemostasis valve selectively provides a seal around the clot treatment device; and

engaging the clot treatment device with the clot material to disrupt the clot material.

19. A method for the treatment of clot material within a vasculature of a patient, the method comprising:

positioning an aspiration catheter at least partially within the vasculature proximate to the clot material, wherein a lumen of the aspiration catheter is fluidly coupled along a flow path to a clot canister and an aspiration

38

source proximal of the clot canister, wherein the clot canister has a first volume, and wherein the aspiration source has a second volume greater than the first volume;

selectively providing fluid access to the lumen of the aspiration source via a hemostasis valve fluidly coupled to the aspiration catheter;

closing, via a first user actuation, a valve positioned along the flow path between the aspiration catheter and the clot canister;

after closing the valve, generating vacuum pressure within the clot canister via the aspiration source;

opening, via a second user actuation, the valve to apply the vacuum pressure to the lumen of the aspiration catheter to aspirate at least a portion of the clot material and blood into the clot canister, wherein the clot canister includes a filter configured to filter the blood from the portion of the clot material;

receiving the filtered blood through a fluid outlet of the clot canister; and

reintroducing the filtered blood into the vasculature of the patient.

20. The method of claim 19 wherein the method further comprises:

positioning a clot treatment device through the hemostasis valve within the lumen of the aspiration catheter, wherein the hemostasis valve selectively provides a seal around the clot treatment device; and

engaging the clot treatment device with the clot material to disrupt the clot material.

21. The method of claim 1 wherein the aspiration source has a volume of 60 cubic centimeters or greater.

22. The method of claim 1 wherein the filter is removable from the clot canister.

23. The method of claim 1 wherein the vasculature comprises the peripheral vasculature of the patient.

24. The method of claim 1 wherein the clot material comprises a pulmonary embolism.

25. The method of claim 1 wherein the clot material comprises a deep vein thrombosis.

26. The method of claim 1 wherein the aspiration catheter has a size of 16 French or greater.

27. The method of claim 1 wherein the clot material comprises a pulmonary embolism or a deep vein thrombosis, and wherein the aspiration catheter has a size of 16 French or greater.

28. The method of claim 1 wherein:

the aspiration source has a volume of 60 cubic centimeters or greater;

the filter is removable from the clot canister;

the clot material comprises a pulmonary embolism or a deep vein thrombosis; and

the aspiration catheter has a size of 16 French or greater.

29. The method of claim 17 wherein:

the aspiration source has a volume of 60 cubic centimeters or greater;

the filter is removable from the clot canister;

the clot material comprises a pulmonary embolism or a deep vein thrombosis; and

the aspiration catheter has a size of 16 French or greater.

30. The method of claim 19 wherein:

the aspiration source has a volume of 60 cubic centimeters or greater;

the filter is removable from the clot canister;

the clot material comprises a pulmonary embolism or a deep vein thrombosis; and

the aspiration catheter has a size of 16 French or greater.

* * * * *