# EXHIBIT G

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| [1pre]. The A method for the treatment of clot material within a vasculature of a patient, the method comprising: | To the extent the preamble is limiting, use of the Accused Products together practices a method for the treatment of clot material (or emboli/thrombi) within a vasculature (or blood vessels) of a patient. *See, e.g.*:<br><br><br><br>Inquis Presentation at Cardiovascular Innovations Foundation Conference, July 2024. |

## Exhibit G: US Patent No. 11,974,909 Claim Chart

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | **Submission Number** *(if known)*<br><br>K240117<br><br>**Device Name**<br><br>Aventus Thrombectomy System (IM-2001/IM-0002)<br><br>**Indications for Use** *(Describe)*<br><br>The Aventus Thrombectomy System is indicated for:<br><br>• The non-surgical removal of emboli and thrombi from blood vessels.<br><br>• Injection, infusion, and/or aspiration of contrast media and other fluids into or from a blood vessel.<br><br>The Aventus Thrombectomy System is intended for use in the peripheral vasculature.<br><br>K240117 510(k) Summary at Indications for Use.<br><br>**IV. DEVICE DESCRIPTION**<br><br>The Aventus Thrombectomy System is a catheter-based manual aspiration system designed for minimally invasive removal of emboli and thrombi from the peripheral vasculature and/or infusing fluids into the peripheral vasculature. The System is comprised of the following major components:<br><br>• Aventus Aspiration Catheter II<br>• Clot Management System consisting of:<br>   • Aspiration Syringe<br>   • Clot Canister<br><br>K240117 510(k) Summary at 1.<br><br>The Aventus Aspiration Catheter II includes an atraumatic radiopaque Distal Tip with embedded sensors, and an angled aspiration orifice for directional aspiration and navigation without a dilator. A dedicated navigation catheter lumen for use with an off-the-shelf 4F Navigation |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | Catheter, and dedicated infusion lumen for injection of fluids is also included in the shaft. The Catheter Handle assists the clinician in navigating within the vasculature and also includes a Sensing Indicator and houses the Sensing electronics. The Aspiration Catheter shaft incorporates a metallic reinforcement layer made of stainless steel, an inner liner and polymeric outer jacket having variable stiffness.<br><br>The System is provided with a 60-cc dual action manual syringe which allows for directional flow control and directs aspirated blood and clot into the Clot Canister.<br><br>K240117 510(k) Summary at 1-2.<br><br>V.    INDICATIONS FOR USE<br>The Aventus Thrombectomy System is indicated for:<br>• The non-surgical removal of emboli and thrombi from blood vessels.<br>• Injection, infusion, and/or aspiration of contrast media and other fluids into or from a blood vessel.<br>The Aventus Thrombectomy System is intended for use in the peripheral vasculature.<br><br>K240117 510(k) Summary at 2. |

3

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
|  | **VI. COMPARISON OF TECHNOLOGICAL CHARACTERISTICS WITH THE PREDICATE DEVICE**<br><br>The subject device, Aventus Thrombectomy System, is substantially equivalent to the predicate device: Aventus Thrombectomy System cleared under K232730. The intended use of the subject device is the same as the predicate, namely removal of thrombi or emboli from the peripheral vasculature system. Additionally, the intended use of injection, infusion, and/or aspiration of contrast media and other fluids into or from a blood vessel is identical to the predicate.<br><br>The subject and predicate device share similar technological characteristics in that both devices are single patient use, large bore aspiration catheters which utilize a 60-cc manual syringe as the aspiration source. Both devices utilize a dedicated infusion port/lumen for injection and infusion of contrast media and other fluids into or from the blood vessel. Both devices utilize the shaft made with metallic (stainless steel) reinforced polymeric jacketed shaft with variable stiffness, radiopaque markings at the distal tip for fluoroscopic visualization, and use of stopcocks to direct the flow of fluids. Neither the subject nor predicate device includes any coating or surface materials.<br><br>The subject device shares similar technological characteristics as the reference device in that it incorporates disposable powered electronics and embedded software.<br><br>K240117 510(k) Summary at 2.<br><br>510(k) Number *(if known)*<br>K232730<br><br>Device Name<br>Aventus Thrombectomy System<br><br>Indications for Use *(Describe)*<br>The Aventus Thrombectomy System is indicated for:<br><br>• The non-surgical removal of emboli and thrombi from blood vessels.<br><br>• Injection, infusion, and/or aspiration of contrast media and other fluids into or from a blood vessel.<br><br>The Aventus Thrombectomy System is intended for use in the peripheral vasculature.<br><br>K232730 510(k) Summary at Indications for Use. |

## Exhibit G: US Patent No. 11,974,909 Claim Chart

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | IV. **DEVICE DESCRIPTION**<br><br>The Aventus Thrombectomy System is a catheter-based manual aspiration system designed for minimally invasive removal of emboli and thrombi from the peripheral vasculature and/or infusing fluids into the peripheral vasculature. The System is comprised of the following major components:<br><br>• Aspiration Catheter<br>• Clot Management System consisting of:<br>    • Aspiration Syringe<br>    • Clot Canister<br><br>K232730 510(k) Summary at 1.<br><br>The Aspiration Catheter includes an atraumatic radiopaque Distal Tip with angled aspiration orifice for directional aspiration and navigation without a dilator, a dedicated navigation catheter lumen with integrated Navigation Catheter, a dedicated infusion lumen for injection of fluids, and<br><br>a Handle designed to navigate within the vasculature. The Aspiration Catheter shaft incorporates a metallic reinforcement made of stainless steel, an inner liner and polymeric jacket material with variable stiffness.<br><br>The System is provided with a 60-cc dual action manual syringe which allows for directional flow control and directs aspirated blood and clot into the Clot Canister.<br><br>K232730 510(k) Summary at 1-2.<br><br>V. **INDICATIONS FOR USE**<br><br>The Aventus Thrombectomy System is indicated for:<br>• The non-surgical removal of emboli and thrombi from blood vessels.<br>• Injection, infusion, and/or aspiration of contrast media and other fluids into or from a blood vessel.<br>The Aventus Thrombectomy System is intended for use in the peripheral vasculature. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | K232730 510(k) Summary at 2.<br><br>VI.   **COMPARISON OF TECHNOLOGICAL CHARACTERISTICS WITH THE PREDICATE DEVICE**<br><br>The subject device, Aventus Thrombectomy System, is substantially equivalent to the predicate device: Malibu Aspiration Catheter cleared under K223929. The intended use of the subject device is the same as the predicate, namely removal of thrombi or emboli from the peripheral vasculature system and injection, infusion, and/or aspiration of contrast media and other fluids into or from a blood vessel.<br><br>The subject and predicate device share similar technological characteristics in that both devices are large bore aspiration catheters which utilize a 60-cc manual syringe as the aspiration source. Both devices utilize a dedicated infusion port for injection and infusion of contrast media and other fluids into or from the blood vessel. Both devices utilize similar construction such as metallic (stainless steel) reinforcement and a polymeric jacket with variable stiffness for the shaft, radiopaque markings at the distal tip for fluoroscopic visualization, and use of flow-control valves to direct the flow of fluids.<br><br>The subject device differs from the predicate device in that it incorporates additional features that increase the convenience of use and does not include any coating or surface materials like the predicate device.<br><br>K232730 510(k) Summary at 2. Notably, the Malibu Aspiration Catheter cleared under K223929—which Inquis relied on as the predicate device for Inquis' K232730—used Inari's FlowTriever Retrieval/Aspiration System cleared under K211013 as its predicate device. |

6

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| |  https://www.youtube.com/watch?v=q9o5InQwZcw |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | **(57)                    ABSTRACT**<br><br>According to some embodiments, the present technology includes a device for the disruption and/or removal of obstructive material in a blood vessel. The device can comprise an elongated shaft having a proximal portion, a distal portion, and a lumen extending therebetween. The device can further comprise a capture structure carried by the distal portion of the elongated shaft and having a greater cross-sectional dimension than a cross-sectional dimension of the elongated shaft. The capture structure can comprise an opening at a first end portion that is fluidly coupled to the lumen of the elongated shaft, a fluid impermeable sidewall enclosing an interior region, and an opening extending through a thickness of the sidewall. A portion of the sidewall surrounding the opening can be configured to deform towards or away from the interior region such that a cross-sectional dimension of the opening increases to receive the obstructive material therethrough.<br><br>U.S. Patent No. 11,376,028 at Abstract. |

8

**Exhibit G: US Patent No. 11,974,909 Claim Chart**



FIG. 4A

FIG. 4B

FIG. 4C

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | U.S. Patent No. 11,376,028 at Figs. 4A-4C. U.S. Patent No. 11,376,028 at 2:10-17. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | DETAILED DESCRIPTION<br><br>I. Overview<br>FIG. 1 schematically depicts a treatment system 1 (also referred to herein as "the system 1") configured in accordance with the present technology. The treatment system 1 is configured to access a blood vessel (such as a vein or an artery) and disrupt, capture, and/or remove obstructive material from the blood vessel lumen. As used herein, "obstruction" or "obstructive material" can comprise, for example, clot material, atherosclerotic plaque, and/or other flow-obstructing structures, including those derivative of clot material, such as fibrotic clot material. Moreover, as used herein, the act of "disrupting" obstructive material includes breaking the material into smaller pieces, modifying the shape of the material, stretching and/or elongating the material, compressing the material, permanently or temporarily repositioning all or a portion of the material, extracting all or a portion of the material, macerating the material, morcellating the material, and/or any other action that modifies the obstructive material.<br><br>U.S. Patent No. 11,376,028 at 10:7-25. |

11

## Exhibit G: US Patent No. 11,974,909 Claim Chart

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | **VI. COMPARISON OF TECHNOLOGICAL CHARACTERISTICS WITH THE PREDICATE DEVICE**<br><br>The subject device, Aventus Clot Management System, is substantially equivalent to the predicate device: FlowSaver Blood Return System cleared under K210176. The intended use of the subject device is the same as the predicate in that both devices are intended to be used to return blood to a patient after filtration. The collection method for both the subject device and predicate device is through vacuum aspiration.<br><br>The subject device and predicate device share the same technological characteristics in that both devices include an aspiration syringe that connects to the aspiration catheter and injects the blood/clot into the blood return device using positive pressure and a second syringe for removing the filtered blood via negative pressure. Both devices have a dual layer filtration for separating clot from aspirated blood. Both devices use a suitable blood transfusion filter (not provided). Both devices can be opened to remove clot and flushed between filtrations. Both devices utilize a dedicated "inlet" for aspirated blood and "outlet" to remove filtered blood.<br><br>The subject device includes a third port for flushing the filter assembly which improves the convenience of use but does not change the principle of operation or blood filtration.<br><br>K240426 510(k) Summary at 2.<br><br>*See also* https://www.inarimedical.com/flowsaver-blood-return (K240426 predicate device Inari FlowSaver Blood Return System). |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | [0006]    Described herein are aspiration catheters for removing clot material from a patient, systems including these catheter as well as methods of making and using these aspiration catheters in particular, these catheters may be configured to remove clot in longer continuous strips that prevent release of smaller clot fragments back into the vessel which would be problematic. The apparatuses (e.g., devices and systems, including in particular the aspiration catheters) and methods described herein may be configured to include inlets (e.g., openings) that are configured and positioned to generate a cushioning flow of fluid laterally past (and in some cases counter to) suction into the catheter through a side-facing aspiration opening in a manner that imparts rotational momentum or force (e.g., a rotational moment) on the clot as it is driven against the distal edge of the aspiration opening results in a continuous cutting of the clot into long strips that may be concurrently pulled into the aspiration lumen of the catheter. Thus, these generally distal openings may be referred to herein as cushioning flow openings. The cushioning flow openings may be opening into the vessel and/or they may be openings for fluid applied through a sub-lumen (e.g., separate from the aspiration lumen and/or running through and/or adjacent to the aspiration lumen). The methods and apparatuses described herein may be particularly well suited for removal of clots from larger vessels, including (but not limited to) pulmonary embolism and thrombectomy, including peripheral thrombectomy.<br><br>WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0006. |
| [1a] positioning an aspiration catheter at least partially within the vasculature | Use of the Aventus Thrombectomy System practices positioning an aspiration catheter at least partially within the vasculature of the patient proximate to the clot material. *See, e.g.,* evidence cited for [1pre]; *see also*: |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| proximate to the clot material, | <br><br>Inquis Presentation at Cardiovascular Innovations Foundation Conference, July 2024. |

14

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=q9o5InQwZcw |

## Exhibit G: US Patent No. 11,974,909 Claim Chart

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=q9o5InQwZcw |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | **IV. DEVICE DESCRIPTION**<br><br>The Aventus Thrombectomy System is a catheter-based manual aspiration system designed for minimally invasive removal of emboli and thrombi from the peripheral vasculature and/or infusing fluids into the peripheral vasculature. The System is comprised of the following major components:<br><br>• Aventus Aspiration Catheter II<br><br>• Clot Management System consisting of:<br><br>  • Aspiration Syringe<br><br>  • Clot Canister<br><br>K240117 510(k) Summary at 1.<br><br>The Aventus Aspiration Catheter II includes an atraumatic radiopaque Distal Tip with embedded sensors, and an angled aspiration orifice for directional aspiration and navigation without a dilator. A dedicated navigation catheter lumen for use with an off-the-shelf 4F Navigation<br><br>Catheter, and dedicated infusion lumen for injection of fluids is also included in the shaft. The Catheter Handle assists the clinician in navigating within the vasculature and also includes a Sensing Indicator and houses the Sensing electronics. The Aspiration Catheter shaft incorporates a metallic reinforcement layer made of stainless steel, an inner liner and polymeric outer jacket having variable stiffness.<br><br>The System is provided with a 60-cc dual action manual syringe which allows for directional flow control and directs aspirated blood and clot into the Clot Canister.<br><br>K240117 510(k) Summary at 1-2. |

17

## Exhibit G: US Patent No. 11,974,909 Claim Chart

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | **IV.    DEVICE DESCRIPTION**<br><br>The Aventus Thrombectomy System is a catheter-based manual aspiration system designed for minimally invasive removal of emboli and thrombi from the peripheral vasculature and/or infusing fluids into the peripheral vasculature. The System is comprised of the following major components:<br><br>• Aspiration Catheter<br><br>• Clot Management System consisting of:<br><br>   • Aspiration Syringe<br><br>   • Clot Canister<br><br>K232730 510(k) Summary at 1.<br><br>The Aspiration Catheter includes an atraumatic radiopaque Distal Tip with angled aspiration orifice for directional aspiration and navigation without a dilator, a dedicated navigation catheter lumen with integrated Navigation Catheter, a dedicated infusion lumen for injection of fluids, and<br><br>a Handle designed to navigate within the vasculature. The Aspiration Catheter shaft incorporates a metallic reinforcement made of stainless steel, an inner liner and polymeric jacket material with variable stiffness.<br><br>The System is provided with a 60-cc dual action manual syringe which allows for directional flow control and directs aspirated blood and clot into the Clot Canister.<br><br>K232730 510(k) Summary at 1-2. |

18

## Exhibit G: US Patent No. 11,974,909 Claim Chart

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| |  FIG. 2A <br><br> U.S. Patent No. 11,376,028 at Fig. 2A. |

19

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | As shown in FIG. 2A, the treatment system **10** can include a sheath **22** and an elongated shaft **24** extending between the proximal and distal portions **10a**, **10b** of the system **10**. The sheath **22** can be a generally tubular member having a proximal end portion **22a**, a distal end portion **22b**, and a lumen extending therethrough. The elongated shaft **24** can also be a generally tubular member having a proximal end portion **24a**, a distal end portion **24b**, and a lumen extending therethrough. The elongated shaft **24** can be configured to be slidably positioned through the lumen of the sheath **22**. In some embodiments, the capture structure **100** is carried by a distal end portion **24b** of the elongated shaft **24**, and both the elongated shaft **24** and the capture structure **100** are configured to be slidably disposed within the sheath's lumen. In those embodiments where the capture structure **100** is self-expanding, the sheath **22** can be configured to radially constrain the capture structure **100** during delivery of the distal portion **10b** and release the capture structure **100** to self-expand into the expanded state upon proximal withdrawal of the sheath **22**.<br><br>U.S. Patent No. 11,376,028 at 12:10-29.<br><br>We claim:<br>1. A device, the device comprising:<br>an elongated shaft having a proximal portion, a distal portion, and a lumen extending therebetween, wherein the distal portion is configured to be positioned at a treatment site within a lumen of a pulmonary blood vessel, proximate a clot material; and<br><br>U.S. Patent No. 11,376,028 at 46:8-14. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | U.S. Patent No. 11,376,028 at FIGS. 11A-E. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | <br>FIG. 33A<br><br>FIG. 33B<br><br>FIG. 33C<br><br>U.S. Patent No. 11,376,028 at FIGS. 33A-C. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | The aspiration line may connect to the aspiration catheter that is inserted into the vasculature and positioned at a target/therapeutic site. The apparatus also includes a reperfusion valve 3227 (which may be coupled to or form part of a reperfusion outlet) at the bottom and/or bottom sidewall of the canister. The reperfusion line in communication with the fluid collection bottom portion of the canister may be coupled to a reperfusion circuit or collection/delivery container (e.g., bag, syringe, etc.). In FIG. 32, a reperfusion line 3231 is connected to the reperfusion valve (and may connect to a blood return circuit) and is also connected in-line with a fine filter that may be used to further remove blood impurities.<br><br>WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0006. |

23

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | <br>**FIG. 31**<br><br>WIPO Patent Application Publication No. WO 2023/205815 at FIG. 31.<br><br>**[0116]**    FIG. 31 illustrates another example of a suction catheter configured to apply external fluid (in this example). The fluid may be blood from a region of the vessel distal to the clot into the aspiration tip of the aspiration catheter using an extendable lumen.<br><br>WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0116. |
| [1b] wherein a lumen of the | Use of the Accused Products together practices wherein a lumen of the aspiration catheter is fluidly coupled along a flow path to a clot canister and an aspiration source (such as a |

24

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| aspiration catheter is fluidly coupled along a flow path to a clot canister and an aspiration source proximal of the clot canister; | syringe or vacuum pump) that is proximal of the clot canister. *See, e.g.*, evidence cited for [1pre]-[1a]; *see also*:<br><br><br><br>Inquis Presentation at Cardiovascular Innovations Foundation Conference, July 2024. |

25

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | **IV.  DEVICE DESCRIPTION**<br><br>The Aventus Clot Management System accessory allows for autologous injection of aspirated blood from the Aventus Thrombectomy System embolectomy procedure. The sterile, single-use Aventus Clot Management System is comprised of the following two components:<br><br>• Aspiration Syringe<br><br>• Clot Canister<br><br>The System is provided with a 60-cc dual action manual syringe which allows for directional flow control and directs aspirated blood and clot into the Clot Canister.<br><br>The Clot Canister connects to the Aspiration Syringe via quick disconnect connector at the inlet port on the side of the Canister. The aspirant from the Aventus Thrombectomy System procedure is injected into the Clot Canister.  The blood passes through the Clot Canister dual layer nominal 40μ/200μ polyester screen filter, filling a syringe pre-connected to the female luer lock that is positioned below the filter assembly. The clinician can then return the filtered blood back to the patient via a standard sterile syringe with a required suitable blood transfusion filter (not provided).<br><br>The Clot Canister also has a flush port with a standard 3-way stopcock positioned above the filter assembly where an additional syringe can be attached to inject saline or air to assist in clot visualization without removing the lid.<br><br>K240426 510(k) Summary at 1. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | **VI.  COMPARISON OF TECHNOLOGICAL CHARACTERISTICS WITH THE PREDICATE DEVICE**<br><br>The subject device, Aventus Clot Management System, is substantially equivalent to the predicate device: FlowSaver Blood Return System cleared under K210176.  The intended use of the subject device is the same as the predicate in that both devices are intended to be used to return blood to a patient after filtration. The collection method for both the subject device and predicate device is through vacuum aspiration.<br><br>The subject device and predicate device share the same technological characteristics in that both devices include an aspiration syringe that connects to the aspiration catheter and injects the blood/clot into the blood return device using positive pressure and a second syringe for removing the filtered blood via negative pressure.  Both devices have a dual layer filtration for separating clot from aspirated blood.  Both devices use a suitable blood transfusion filter (not provided).  Both devices can be opened to remove clot and flushed between filtrations.  Both devices utilize a dedicated "inlet" for aspirated blood and "outlet" to remove filtered blood.<br><br>The subject device includes a third port for flushing the filter assembly which improves the convenience of use but does not change the principle of operation or blood filtration.<br><br>K240426 510(k) Summary at 2.<br><br>The System is provided with a 60-cc dual action manual syringe which allows for directional flow control and directs aspirated blood and clot into the Clot Canister.<br><br>K232730 510(k) Summary at 2. |

27

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | **VI. COMPARISON OF TECHNOLOGICAL CHARACTERISTICS WITH THE PREDICATE DEVICE**<br><br>The subject device, Aventus Thrombectomy System, is substantially equivalent to the predicate device: Malibu Aspiration Catheter cleared under K223929. The intended use of the subject device is the same as the predicate, namely removal of thrombi or emboli from the peripheral vasculature system and injection, infusion, and/or aspiration of contrast media and other fluids into or from a blood vessel.<br><br>The subject and predicate device share similar technological characteristics in that both devices are large bore aspiration catheters which utilize a 60-cc manual syringe as the aspiration source. Both devices utilize a dedicated infusion port for injection and infusion of contrast media and other fluids into or from the blood vessel. Both devices utilize similar construction such as metallic (stainless steel) reinforcement and a polymeric jacket with variable stiffness for the shaft, radiopaque markings at the distal tip for fluoroscopic visualization, and use of flow-control valves to direct the flow of fluids.<br><br>The subject device differs from the predicate device in that it incorporates additional features that increase the convenience of use and does not include any coating or surface materials like the predicate device.<br><br>K232730 510(k) Summary at 2. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | <br>**FIG. 32**<br><br>WIPO Patent Application Publication No. WO 2023/205815 at Fig. 32. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | [0200]    FIG. 32 shows one example of a blood collection apparatus configured for reperfusion. In this example, the blood collection apparatus is configured for the use with a thrombus aspiration catheter such as (but not limited to) the aspiration (e.g., suction) catheter described in FIGS. 1-21. In FIG. 32, the apparatus may optionally include a vacuum source (e.g., vacuum pump 3221) that may be connected to a vacuum line 3219. The vacuum line 3219 in this example connects to an outlet on the vacuum canister 3225 through a vacuum outlet 3218. The vacuum canister 3225 has a vacuum release valve 3217 (selectively opening/closing the valve to atmosphere). The canister 3225 in this example is divided into an upper chamber portion 3241 and a lower chamber portion 3243, that are separated by a permeable solid/liquid filter 3223 dividing it into the upper portion and a lower portion. Solids may be collected on the top portion of the filter. Fluids may pass through the filter and be collected in the bottom portion of the canister. The canister has an aspiration inlet 3215. An aspiration line 3211 connects to the aspiration inlet. There is an on/off valve 3213 on the aspiration line (or at the aspiration inlet). The aspiration line may connect to the aspiration catheter that is inserted into the vasculature and positioned at a target/therapeutic site. The apparatus also includes a reperfusion valve 3227 (which may be coupled to or form part of a reperfusion outlet) at the bottom and/or bottom sidewall of the canister. The reperfusion line in communication with the fluid collection bottom portion of the canister may be coupled to a reperfusion circuit or collection/delivery container (e.g., bag, syringe, etc.). In FIG. 32, a reperfusion line 3231 is connected to the reperfusion valve (and may connect to a blood return circuit) and is also connected in-line with a fine filter that may be used to further remove blood impurities.<br><br>WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0200. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

the cannister; any of these apparatuses may include a sensor to detect pressure within the upper region of the cannister. The cannister may initially be empty of all solids and fluids at the start of a procedure (FIG. 33A). Once charged, the pump may be turned off, holding the charged vacuum in the canister. Once the aspiration catheter is positioned at a target site in the vasculature, the aspiration valve 3313 may be opened, and fluid blood 3343 and thrombus material (clot material) 3344 may be drawn out of the vasculature through the aspiration catheter and aspiration line and into the canister (FIG. 33C). Clot material 3344 from the aspiration catheter may collect on the top of the aspiration filter (e.g., coarse filter) 3323, while fluids (e.g., blood 3343) may pass through the filter and collect in the bottom portion of the canister, as shown in FIG. 33D. At various times during the procedure, the aspiration may be reduced or turned off by closing the aspiration valve 3313. Aspiration can be repeated until the physician removes all desired thrombus or until the canister reaches its maximum fill point, or the maximum amount of fluid blood has been aspirated, or until the canister reaches its maximum holding condition, or until the "vacuum charge" in the canister depletes to a minimum level. Once the procedure is complete, and/or once it is determined to stop or pause aspiration, the aspiration valve 3313 may be closed and the blood intended for reperfusion that is now stored in the bottom of the cannister under vacuum conditions may be prepared for reperfusion. For example, the vacuum release valve 3317 may be opened to reduce canister vacuum to a minimal amount or return it to a completely atmospheric condition (FIG. 33E). Thereafter, the reperfusion valve 3327 may be opened, and the collected fluid blood may be returned to the patient. The reperfusion valve 3327 may then be shut, and the solid clot material 3344 may be removed (e.g., in this example, an optional lid or door can be opened to allow for the removal of solid thrombus and or the solid/fluid filter with the thrombus). For example, the thrombus (clot material) can be flushed with saline, inspected, measured, and cleaned from the coarse filter 3323. The filter may be replaced, and the lid or door shut. The vacuum release valve 3317 may then be shut and the suction pump may again charge the vacuum in the canister, and the physician can conduct additional aspiration thrombectomy.

31

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0201.<br><br>[0205]    For example, FIG. 34 illustrates an example of a blood collection apparatus including canister partitioning into an upper chamber 3441 for holding a vacuum and a lower chamber 3443 for holding filtered blood. As in FIG. 32, the apparatus may include or be configured to couple to a vacuum source 3421 applying vacuum to charge the upper (vacuum) chamber 3441. The vacuum source may be coupled to the upper chamber by a vacuum line 3419 through a vacuum outlet 3418 coupled to the upper chamber. The upper (e.g., vacuum) chamber may also include a vacuum release valve 3417, and may be charged with a vacuum by the vacuum source. The upper chamber may also be coupled to the aspiration line that connects to an aspiration catheter. In FIG. 34, the aspiration line may be coupled to the upper chamber by an aspiration inlet 3415 and the vacuum applied to the suction catheter may be regulated by an aspiration inlet valve 3413.<br><br>WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0205.<br><br>https://www.inarimedical.com/flowsaver-blood-return (K240426 predicate device Inari FlowSaver Blood Return System). |
| [1c] with a valve positioned along the flow path between | Use of the Accused Products together further practices with a valve positioned along the flow path between the aspiration catheter and the clot canister in a closed position, |

## Exhibit G: US Patent No. 11,974,909 Claim Chart

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| the aspiration catheter and the clot canister in a closed position, generating vacuum pressure within the clot canister via the aspiration source; | generating vacuum pressure within the clot canister via the aspiration source. *See, e.g.,* evidence cited for [1pre]-[1b]; *see also*: <br><br> The first and/or second hubs **42, 44** can include a hemostatic adaptor, a Tuohy Borst adaptor, and/or other suitable connectors, valves and/or sealing devices. For example, in some embodiments, the second hub **44** includes a connector configured to be coupled to a negative pressure source **30** (shown schematically), such as a syringe or a vacuum pump, for applying a negative pressure through a lumen of the elongated shaft **24**. Additionally or alternatively, the first hub **42** can include a connector configured to be coupled to a negative pressure source **30** for applying a negative pressure through a lumen of the sheath **22**. In some embodiments, the first and/or second hub **42, 44** can include a port configured to be coupled to a fluid source for delivering one or more fluids to the treatment site before, during and/or after the procedure (e.g., contrast, saline, etc.). Additionally or alternatively, the first and/or second hubs **42, 44** can include one or more ports configured to be coupled to a collection chamber for receiving and containing aspirated material <br><br> from the treatment site. In some embodiments, the first and/or second hub **42, 44** includes one or more actuators that enable the operator to manipulate the distal portion **10b** of the system **10**. For example, the second hub **44** can include an actuator for controlling the curvature of an articulating region of the elongated shaft **24**, as discussed in greater detail herein. <br><br> U.S. Patent No. 11,376,028 at 12:50-13:7. |

33

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | At least in the expanded state, the capture structure **100** can enclose an interior region **114** (see FIG. **2C**) that is configured to receive and process obstructive material from the treatment site to facilitate removal of the obstructive material from the patient's body. As shown in FIGS. **2A** and **2B**, the capture structure **100** can have a proximal end portion **100***a*, a distal end portion **100***b*, and a longitudinal axis L (FIG. **2C**) extending therebetween. The proximal end portion **100***a* of the capture structure **100** defines a proximal opening **103** (see FIG. **2C**) and is coupled to the distal end portion **24***b* of the elongated shaft **24**. As such, the interior region **114** of the capture structure **100** is fluidly coupled to the lumen of the elongated shaft **24** such that negative pressure applied to the lumen of the elongated shaft **24** is also applied to the interior region **114** of the capture structure **100**. The lumen of the elongated shaft **24** and the interior region **114** of the capture structure **100** can be referred to together as "the aspiration lumen." <br><br> U.S. Patent No. 11,376,028 at 13:8-25. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | FIGS. **11A-11E** illustrate an example method of use of a treatment system **1100** configured in accordance with the present technology. The treatment system **1100** can comprise an elongated shaft **24**, a capture structure **100** carried by the distal portion of the elongated shaft **24**, and an orifice **112** extending through the capture structure **100**. The capture structure **100** can be advanced distally through the vasculature V until it is positioned proximal to the thrombus O. Once in location, the capture structure **100** can be expanded (FIG. **11B**) and negative pressure P can be applied (FIG. **11C**) to draw a portion of the thrombus O into the capture structure **100**. Once the thrombus O stops advancing into the capture structure **100**, the operator can pull a biting wire (as described elsewhere herein) to cause the orifice **112** to collapse and pinch off a portion of thrombus O. The system **1100** digests that portion of the thrombus and an operator can repeat these steps until the thrombus is removed and blood flow within the lumen is increased.<br><br>U.S. Patent No. 11,376,028 at 24:11-28. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | The first and/or second hubs **42**, **44** can include a hemostatic adaptor, a Tuohy Borst adaptor, and/or other suitable connectors, valves and/or sealing devices. For example, in some embodiments, the second hub **44** includes a connector configured to be coupled to a negative pressure source **30** (shown schematically), such as a syringe or a vacuum pump, for applying a negative pressure through a lumen of the elongated shaft **24**. Additionally or alternatively, the first hub **42** can include a connector configured to be coupled to a negative pressure source **30** for applying a negative pressure through a lumen of the sheath **22**. In some embodiments, the first and/or second hub **42**, **44** can include a port configured to be coupled to a fluid source for delivering one or more fluids to the treatment site before, during and/or after the procedure (e.g., contrast, saline, etc.). Additionally or alternatively, the first and/or second hubs **42**, **44** can include one or more ports configured to be coupled to a collection chamber for receiving and containing aspirated material from the treatment site.<br><br>U.S. Patent No. 11,376,028 at 25:20-38.<br><br>The Clot Canister connects to the Aspiration Syringe via quick disconnect connector at the inlet port on the side of the Canister. The aspirant from the Aventus Thrombectomy System procedure is injected into the Clot Canister. The blood passes through the Clot Canister dual layer nominal 40μ/200μ polyester screen filter, filling a syringe pre-connected to the female luer lock that is positioned below the filter assembly. The clinician can then return the filtered blood back to the patient via a standard sterile syringe with a required suitable blood transfusion filter (not provided).<br><br>K240426 510(k) Summary at 1. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | The subject device and predicate device share the same technological characteristics in that both devices include an aspiration syringe that connects to the aspiration catheter and injects the blood/clot into the blood return device using positive pressure and a second syringe for removing the filtered blood via negative pressure.  Both devices have a dual layer filtration for separating clot from aspirated blood.  Both devices use a suitable blood transfusion filter (not provided).  Both devices can be opened to remove clot and flushed between filtrations.  Both devices utilize a dedicated "inlet" for aspirated blood and "outlet" to remove filtered blood.<br><br>K240426 510(k) Summary at 2. |

37

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| |  WIPO Patent Application Publication No. WO 2023/205815 at Fig. 33A. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
|  |  |

WIPO Patent Application Publication No. WO 2023/205815 at FIG. 33B.

[0201]    In some examples, as illustrated in FIGS. 33A-33E, a blood collection apparatus such as that shown in FIG. 32 may be use with a suction catheter by initially turning on the pump (vacuum source 3321) and "charging" the cannister 3225 to a vacuum at the desired vacuum level (e.g., less than 1 atm) (FIG. 33B). Alternatively, the vacuum may be left on, though at a reduced level, and/or may be configured to maintain the vacuum to a predetermined level within

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| | |
|---|---|
| | the cannister; any of these apparatuses may include a sensor to detect pressure within the upper region of the cannister. The cannister may initially be empty of all solids and fluids at the start of a procedure (FIG. 33A). Once charged, the pump may be turned off, holding the charged vacuum in the canister. Once the aspiration catheter is positioned at a target site in the vasculature, the aspiration valve 3313 may be opened, and fluid blood 3343 and thrombus material (clot material) 3344 may be drawn out of the vasculature through the aspiration catheter and aspiration line and into the canister (FIG. 33C). Clot material 3344 from the aspiration catheter may collect on the top of the aspiration filter (e.g., coarse filter) 3323, while fluids (e.g., blood 3343) may pass through the filter and collect in the bottom portion of the canister, as shown in FIG. 33D. At various times during the procedure, the aspiration may be reduced or turned off by closing the aspiration valve 3313. Aspiration can be repeated until the physician removes all desired thrombus or until the canister reaches its maximum fill point, or the maximum amount of fluid blood has been aspirated, or until the canister reaches its maximum holding condition, or until the "vacuum charge" in the canister depletes to a minimum level. Once the procedure is complete, and/or once it is determined to stop or pause aspiration, the aspiration valve 3313 may be closed and the blood intended for reperfusion that is now stored in the bottom of the cannister under vacuum conditions may be prepared for reperfusion. For example, the vacuum release valve 3317 may be opened to reduce canister vacuum to a minimal amount or return it to a completely atmospheric condition (FIG. 33E). Thereafter, the reperfusion valve 3327 may be opened, and the collected fluid blood may be returned to the patient. The reperfusion valve 3327 may then be shut, and the solid clot material 3344 may be removed (e.g., in this example, an optional lid or door can be opened to allow for the removal of solid thrombus and or the solid/fluid filter with the thrombus). For example, the thrombus (clot material) can be flushed with saline, inspected, measured, and cleaned from the coarse filter 3323. The filter may be replaced, and the lid or door shut. The vacuum release valve 3317 may then be shut and the suction pump may again charge the vacuum in the canister, and the physician can conduct additional aspiration thrombectomy. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0201.<br><br>https://www.inarimedical.com/flowsaver-blood-return (K240426 predicate device Inari FlowSaver Blood Return System). |
| [1d] moving the valve to an open position to apply the vacuum pressure to the lumen of the aspiration catheter to aspirate at least a portion of the clot material and blood into the clot canister, | Use of the Accused Products together further practices moving the valve to an open position to apply the vacuum pressure to the lumen of the aspiration catheter to aspirate at least a portion of the clot material and blood into the clot canister. *See, e.g.*, evidence cited for [1pre]-[1c]; *see also*:<br><br>The first and/or second hubs **42**, **44** can include a hemostatic adaptor, a Tuohy Borst adaptor, and/or other suitable connectors, valves and/or sealing devices. For example, in some embodiments, the second hub **44** includes a connector configured to be coupled to a negative pressure source **30** (shown schematically), such as a syringe or a vacuum pump, for applying a negative pressure through a lumen of the elongated shaft **24**. Additionally or alternatively, the first hub **42** can include a connector configured to be coupled to a negative pressure source **30** for applying a negative pressure through a lumen of the sheath **22**. In some embodiments, the first and/or second hub **42**, **44** can include a port configured to be coupled to a fluid source for delivering one or more fluids to the treatment site before, during and/or after the procedure (e.g., contrast, saline, etc.). Additionally or alternatively, the first and/or second hubs **42**, **44** can include one or more ports configured to be coupled to a collection chamber for receiving and containing aspirated material |

41

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | from the treatment site. In some embodiments, the first and/or second hub **42, 44** includes one or more actuators that enable the operator to manipulate the distal portion **10b** of the system **10**. For example, the second hub **44** can include an actuator for controlling the curvature of an articulating region of the elongated shaft **24**, as discussed in greater detail herein.<br><br>U.S. Patent No. 11,376,028 at 12:50-13:7.<br><br>At least in the expanded state, the capture structure **100** can enclose an interior region **114** (see FIG. **2C**) that is configured to receive and process obstructive material from the treatment site to facilitate removal of the obstructive material from the patient's body. As shown in FIGS. **2A** and **2B**, the capture structure **100** can have a proximal end portion **100a**, a distal end portion **100b**, and a longitudinal axis L (FIG. **2C**) extending therebetween. The proximal end portion **100a** of the capture structure **100** defines a proximal opening **103** (see FIG. **2C**) and is coupled to the distal end portion **24b** of the elongated shaft **24**. As such, the interior region **114** of the capture structure **100** is fluidly coupled to the lumen of the elongated shaft **24** such that negative pressure applied to the lumen of the elongated shaft **24** is also applied to the interior region **114** of the capture structure **100**. The lumen of the elongated shaft **24** and the interior region **114** of the capture structure **100** can be referred to together as "the aspiration lumen."<br><br>U.S. Patent No. 11,376,028 at 13:8-25. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
|  | FIGS. 11A-11E illustrate an example method of use of a treatment system 1100 configured in accordance with the present technology. The treatment system 1100 can comprise an elongated shaft 24, a capture structure 100 carried by the distal portion of the elongated shaft 24, and an orifice 112 extending through the capture structure 100. The capture structure 100 can be advanced distally through the vasculature V until it is positioned proximal to the thrombus O. Once in location, the capture structure 100 can be expanded (FIG. 11B) and negative pressure P can be applied (FIG. 11C) to draw a portion of the thrombus O into the capture structure 100. Once the thrombus O stops advancing into the capture structure 100, the operator can pull a biting wire (as described elsewhere herein) to cause the orifice 112 to collapse and pinch off a portion of thrombus O. The system 1100 digests that portion of the thrombus and an operator can repeat these steps until the thrombus is removed and blood flow within the lumen is increased.<br><br>U.S. Patent No. 11,376,028 at 24:11-28. |

43

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | The first and/or second hubs **42, 44** can include a hemostatic adaptor, a Tuohy Borst adaptor, and/or other suitable connectors, valves and/or sealing devices. For example, in some embodiments, the second hub **44** includes a connector configured to be coupled to a negative pressure source **30** (shown schematically), such as a syringe or a vacuum pump, for applying a negative pressure through a lumen of the elongated shaft **24**. Additionally or alternatively, the first hub **42** can include a connector configured to be coupled to a negative pressure source **30** for applying a negative pressure through a lumen of the sheath **22**. In some embodiments, the first and/or second hub **42, 44** can include a port configured to be coupled to a fluid source for delivering one or more fluids to the treatment site before, during and/or after the procedure (e.g., contrast, saline, etc.). Additionally or alternatively, the first and/or second hubs **42, 44** can include one or more ports configured to be coupled to a collection chamber for receiving and containing aspirated material from the treatment site. <br><br> U.S. Patent No. 11,376,028 at 25:20-38. <br><br> The Clot Canister connects to the Aspiration Syringe via quick disconnect connector at the inlet port on the side of the Canister. The aspirant from the Aventus Thrombectomy System procedure is injected into the Clot Canister. The blood passes through the Clot Canister dual layer nominal 40μ/200μ polyester screen filter, filling a syringe pre-connected to the female luer lock that is positioned below the filter assembly. The clinician can then return the filtered blood back to the patient via a standard sterile syringe with a required suitable blood transfusion filter (not provided). <br><br> K240426 510(k) Summary at 1. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | The subject device and predicate device share the same technological characteristics in that both devices include an aspiration syringe that connects to the aspiration catheter and injects the blood/clot into the blood return device using positive pressure and a second syringe for removing the filtered blood via negative pressure. Both devices have a dual layer filtration for separating clot from aspirated blood. Both devices use a suitable blood transfusion filter (not provided). Both devices can be opened to remove clot and flushed between filtrations. Both devices utilize a dedicated "inlet" for aspirated blood and "outlet" to remove filtered blood.<br><br>K240426 510(k) Summary at 2.<br><br><br>FIG. 33C |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | WIPO Patent Application Publication No. WO 2023/205815 at FIG. 33C.<br><br><br><br>WIPO Patent Application Publication No. WO 2023/205815 at FIG. 33D. |

46

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | [0201]    In some examples, as illustrated in FIGS. 33A-33E, a blood collection apparatus such as that shown in FIG. 32 may be use with a suction catheter by initially turning on the pump (vacuum source 3321) and "charging" the cannister 3225 to a vacuum at the desired vacuum level (e.g., less than 1 atm) (FIG. 33B). Alternatively, the vacuum may be left on, though at a reduced level, and/or may be configured to maintain the vacuum to a predetermined level within |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| | |
|---|---|
| | the cannister; any of these apparatuses may include a sensor to detect pressure within the upper region of the cannister. The cannister may initially be empty of all solids and fluids at the start of a procedure (FIG. 33A). Once charged, the pump may be turned off, holding the charged vacuum in the canister. Once the aspiration catheter is positioned at a target site in the vasculature, the aspiration valve 3313 may be opened, and fluid blood 3343 and thrombus material (clot material) 3344 may be drawn out of the vasculature through the aspiration catheter and aspiration line and into the canister (FIG. 33C). Clot material 3344 from the aspiration catheter may collect on the top of the aspiration filter (e.g., coarse filter) 3323, while fluids (e.g., blood 3343) may pass through the filter and collect in the bottom portion of the canister, as shown in FIG. 33D. At various times during the procedure, the aspiration may be reduced or turned off by closing the aspiration valve 3313. Aspiration can be repeated until the physician removes all desired thrombus or until the canister reaches its maximum fill point, or the maximum amount of fluid blood has been aspirated, or until the canister reaches its maximum holding condition, or until the "vacuum charge" in the canister depletes to a minimum level. Once the procedure is complete, and/or once it is determined to stop or pause aspiration, the aspiration valve 3313 may be closed and the blood intended for reperfusion that is now stored in the bottom of the cannister under vacuum conditions may be prepared for reperfusion. For example, the vacuum release valve 3317 may be opened to reduce canister vacuum to a minimal amount or return it to a completely atmospheric condition (FIG. 33E). Thereafter, the reperfusion valve 3327 may be opened, and the collected fluid blood may be returned to the patient. The reperfusion valve 3327 may then be shut, and the solid clot material 3344 may be removed (e.g., in this example, an optional lid or door can be opened to allow for the removal of solid thrombus and or the solid/fluid filter with the thrombus). For example, the thrombus (clot material) can be flushed with saline, inspected, measured, and cleaned from the coarse filter 3323. The filter may be replaced, and the lid or door shut. The vacuum release valve 3317 may then be shut and the suction pump may again charge the vacuum in the canister, and the physician can conduct additional aspiration thrombectomy. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0201.<br><br>https://www.inarimedical.com/flowsaver-blood-return (K240426 predicate device Inari FlowSaver Blood Return System). |
| [1e] wherein the clot canister includes a filter configured to filter the blood from the portion of the clot material; | Use of the Accused Products together further practices wherein the clot canister includes a filter configured to filter the blood from the portion of the clot material. *See, e.g.*, evidence cited for [1pre]-[1d]; *see also*:<br><br>The Clot Canister connects to the Aspiration Syringe via quick disconnect connector at the inlet port on the side of the Canister. The aspirant from the Aventus Thrombectomy System procedure is injected into the Clot Canister. The blood passes through the Clot Canister dual layer nominal 40µ/200µ polyester screen filter, filling a syringe pre-connected to the female luer lock that is positioned below the filter assembly. The clinician can then return the filtered blood back to the patient via a standard sterile syringe with a required suitable blood transfusion filter (not provided).<br><br>K240426 510(k) Summary at 1.<br><br>The subject device and predicate device share the same technological characteristics in that both devices include an aspiration syringe that connects to the aspiration catheter and injects the blood/clot into the blood return device using positive pressure and a second syringe for removing the filtered blood via negative pressure. Both devices have a dual layer filtration for separating clot from aspirated blood. Both devices use a suitable blood transfusion filter (not provided). Both devices can be opened to remove clot and flushed between filtrations. Both devices utilize a dedicated "inlet" for aspirated blood and "outlet" to remove filtered blood. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
|  | K240426 510(k) Summary at 2.<br><br>https://www.inarimedical.com/flowsaver-blood-return (K240426 predicate device Inari FlowSaver Blood Return System).<br><br><br><br>WIPO Patent Application Publication No. WO 2023/205815 at Fig. 33A. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| |  |

WIPO Patent Application Publication No. WO 2023/205815 at FIG. 33B.

[0201]    In some examples, as illustrated in FIGS. 33A-33E, a blood collection apparatus such as that shown in FIG. 32 may be use with a suction catheter by initially turning on the pump (vacuum source 3321) and "charging" the cannister 3225 to a vacuum at the desired vacuum level (e.g., less than 1 atm) (FIG. 33B). Alternatively, the vacuum may be left on, though at a reduced level, and/or may be configured to maintain the vacuum to a predetermined level within

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

the cannister; any of these apparatuses may include a sensor to detect pressure within the upper region of the cannister. The cannister may initially be empty of all solids and fluids at the start of a procedure (FIG. 33A). Once charged, the pump may be turned off, holding the charged vacuum in the canister. Once the aspiration catheter is positioned at a target site in the vasculature, the aspiration valve 3313 may be opened, and fluid blood 3343 and thrombus material (clot material) 3344 may be drawn out of the vasculature through the aspiration catheter and aspiration line and into the canister (FIG. 33C). Clot material 3344 from the aspiration catheter may collect on the top of the aspiration filter (e.g., coarse filter) 3323, while fluids (e.g., blood 3343) may pass through the filter and collect in the bottom portion of the canister, as shown in FIG. 33D. At various times during the procedure, the aspiration may be reduced or turned off by closing the aspiration valve 3313. Aspiration can be repeated until the physician removes all desired thrombus or until the canister reaches its maximum fill point, or the maximum amount of fluid blood has been aspirated, or until the canister reaches its maximum holding condition, or until the "vacuum charge" in the canister depletes to a minimum level. Once the procedure is complete, and/or once it is determined to stop or pause aspiration, the aspiration valve 3313 may be closed and the blood intended for reperfusion that is now stored in the bottom of the cannister under vacuum conditions may be prepared for reperfusion. For example, the vacuum release valve 3317 may be opened to reduce canister vacuum to a minimal amount or return it to a completely atmospheric condition (FIG. 33E). Thereafter, the reperfusion valve 3327 may be opened, and the collected fluid blood may be returned to the patient. The reperfusion valve 3327 may then be shut, and the solid clot material 3344 may be removed (e.g., in this example, an optional lid or door can be opened to allow for the removal of solid thrombus and or the solid/fluid filter with the thrombus). For example, the thrombus (clot material) can be flushed with saline, inspected, measured, and cleaned from the coarse filter 3323. The filter may be replaced, and the lid or door shut. The vacuum release valve 3317 may then be shut and the suction pump may again charge the vacuum in the canister, and the physician can conduct additional aspiration thrombectomy.

52

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0201. |
| [1f] receiving the filtered blood through a fluid outlet of the clot canister; and | Use of the Accused Products together further practices receiving the filtered blood through a fluid outlet of the clot canister. *See, e.g.*, evidence cited for [1pre]-[1e]; *see also*: <br><br> The Clot Canister connects to the Aspiration Syringe via quick disconnect connector at the inlet port on the side of the Canister. The aspirant from the Aventus Thrombectomy System procedure is injected into the Clot Canister. The blood passes through the Clot Canister dual layer nominal 40μ/200μ polyester screen filter, filling a syringe pre-connected to the female luer lock that is positioned below the filter assembly. The clinician can then return the filtered blood back to the patient via a standard sterile syringe with a required suitable blood transfusion filter (not provided). <br><br> K240426 510(k) Summary at 1. <br><br> The subject device and predicate device share the same technological characteristics in that both devices include an aspiration syringe that connects to the aspiration catheter and injects the blood/clot into the blood return device using positive pressure and a second syringe for removing the filtered blood via negative pressure. Both devices have a dual layer filtration for separating clot from aspirated blood. Both devices use a suitable blood transfusion filter (not provided). Both devices can be opened to remove clot and flushed between filtrations. Both devices utilize a dedicated "inlet" for aspirated blood and "outlet" to remove filtered blood. <br><br> K240426 510(k) Summary at 2. <br><br> https://www.inarimedical.com/flowsaver-blood-return (K240426 predicate device Inari FlowSaver Blood Return System). |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | [0194]    Further, the blood collection apparatuses described herein may be configured to allow for the reperfusion of the collected fluid blood. Although this may simply be an openable lid that allows collected fluid to be removed with a syringe and fine filter, more particularly, the apparatuses described herein may be adapted to filter and treat the blood so that it may be immediately and easily used within the operating theater near the patient (or directly coupled to the patient) quickly and in a manner that prevents foaming and/or disturbing of the blood. In some examples the filtered blood may be configured to be withdrawn from a bottom sidewall via a needless syringe valve. This may allow the fluid blood to be withdrawn from the blood collection apparatus by a syringe for reperfusion to the patient through a blood return circuit place in the vasculature. In some cases the blood return circuit may be directly coupled to the apparatus.<br><br>WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0194. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | [0200]    FIG. 32 shows one example of a blood collection apparatus configured for reperfusion. In this example, the blood collection apparatus is configured for the use with a thrombus aspiration catheter such as (but not limited to) the aspiration (e.g., suction) catheter described in FIGS. 1-21. In FIG. 32, the apparatus may optionally include a vacuum source (e.g., vacuum pump 3221) that may be connected to a vacuum line 3219. The vacuum line 3219 in this example connects to an outlet on the vacuum canister 3225 through a vacuum outlet 3218. The vacuum canister 3225 has a vacuum release valve 3217 (selectively opening/closing the valve to atmosphere). The canister 3225 in this example is divided into an upper chamber portion 3241 and a lower chamber portion 3243, that are separated by a permeable solid/liquid filter 3223 dividing it into the upper portion and a lower portion. Solids may be collected on the top portion of the filter. Fluids may pass through the filter and be collected in the bottom portion of the canister. The canister has an aspiration inlet 3215. An aspiration line 3211 connects to the aspiration inlet. There is an on/off valve 3213 on the aspiration line (or at the aspiration inlet). The aspiration line may connect to the aspiration catheter that is inserted into the vasculature and positioned at a target/therapeutic site. The apparatus also includes a reperfusion valve 3227 (which may be coupled to or form part of a reperfusion outlet) at the bottom and/or bottom sidewall of the canister. The reperfusion line in communication with the fluid collection bottom portion of the canister may be coupled to a reperfusion circuit or collection/delivery container (e.g., bag, syringe, etc.). In FIG. 32, a reperfusion line 3231 is connected to the reperfusion valve (and may connect to a blood return circuit) and is also connected in-line with a fine filter that may be used to further remove blood impurities.<br><br>WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0200. |

## Exhibit G: US Patent No. 11,974,909 Claim Chart

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | [0201]    In some examples, as illustrated in FIGS. 33A-33E, a blood collection apparatus such as that shown in FIG. 32 may be use with a suction catheter by initially turning on the pump (vacuum source 3321) and "charging" the cannister 3225 to a vacuum at the desired vacuum level (e.g., less than 1 atm) (FIG. 33B). Alternatively, the vacuum may be left on, though at a reduced level, and/or may be configured to maintain the vacuum to a predetermined level within |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

the cannister; any of these apparatuses may include a sensor to detect pressure within the upper region of the cannister. The cannister may initially be empty of all solids and fluids at the start of a procedure (FIG. 33A). Once charged, the pump may be turned off, holding the charged vacuum in the canister. Once the aspiration catheter is positioned at a target site in the vasculature, the aspiration valve 3313 may be opened, and fluid blood 3343 and thrombus material (clot material) 3344 may be drawn out of the vasculature through the aspiration catheter and aspiration line and into the canister (FIG. 33C). Clot material 3344 from the aspiration catheter may collect on the top of the aspiration filter (e.g., coarse filter) 3323, while fluids (e.g., blood 3343) may pass through the filter and collect in the bottom portion of the canister, as shown in FIG. 33D. At various times during the procedure, the aspiration may be reduced or turned off by closing the aspiration valve 3313. Aspiration can be repeated until the physician removes all desired thrombus or until the canister reaches its maximum fill point, or the maximum amount of fluid blood has been aspirated, or until the canister reaches its maximum holding condition, or until the "vacuum charge" in the canister depletes to a minimum level. Once the procedure is complete, and/or once it is determined to stop or pause aspiration, the aspiration valve 3313 may be closed and the blood intended for reperfusion that is now stored in the bottom of the cannister under vacuum conditions may be prepared for reperfusion. For example, the vacuum release valve 3317 may be opened to reduce canister vacuum to a minimal amount or return it to a completely atmospheric condition (FIG. 33E). Thereafter, the reperfusion valve 3327 may be opened, and the collected fluid blood may be returned to the patient. The reperfusion valve 3327 may then be shut, and the solid clot material 3344 may be removed (e.g., in this example, an optional lid or door can be opened to allow for the removal of solid thrombus and or the solid/fluid filter with the thrombus). For example, the thrombus (clot material) can be flushed with saline, inspected, measured, and cleaned from the coarse filter 3323. The filter may be replaced, and the lid or door shut. The vacuum release valve 3317 may then be shut and the suction pump may again charge the vacuum in the canister, and the physician can conduct additional aspiration thrombectomy.

57

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0201. |
| [1g] reintroducing the filtered blood into the vasculature of the patient. | Use of the Aventus Clot Management System practices reintroducing the filtered blood into the vasculature of the patient.  *See, e.g.*, evidence cited for [1pre]-[1f]; *see also*:<br><br>The Clot Canister connects to the Aspiration Syringe via quick disconnect connector at the inlet port on the side of the Canister. The aspirant from the Aventus Thrombectomy System procedure is injected into the Clot Canister.  The blood passes through the Clot Canister dual layer nominal 40μ/200μ polyester screen filter, filling a syringe pre-connected to the female luer lock that is positioned below the filter assembly. The clinician can then return the filtered blood back to the patient via a standard sterile syringe with a required suitable blood transfusion filter (not provided).<br><br>K240426 510(k) Summary at 1.<br><br>The subject device and predicate device share the same technological characteristics in that both devices include an aspiration syringe that connects to the aspiration catheter and injects the blood/clot into the blood return device using positive pressure and a second syringe for removing the filtered blood via negative pressure.  Both devices have a dual layer filtration for separating clot from aspirated blood.  Both devices use a suitable blood transfusion filter (not provided). Both devices can be opened to remove clot and flushed between filtrations.  Both devices utilize a dedicated "inlet" for aspirated blood and "outlet" to remove filtered blood.<br><br>K240426 510(k) Summary at 2. |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | [0194]    Further, the blood collection apparatuses described herein may be configured to allow for the reperfusion of the collected fluid blood. Although this may simply be an openable lid that allows collected fluid to be removed with a syringe and fine filter, more particularly, the apparatuses described herein may be adapted to filter and treat the blood so that it may be immediately and easily used within the operating theater near the patient (or directly coupled to the patient) quickly and in a manner that prevents foaming and/or disturbing of the blood. In some examples the filtered blood may be configured to be withdrawn from a bottom sidewall via a needless syringe valve. This may allow the fluid blood to be withdrawn from the blood collection apparatus by a syringe for reperfusion to the patient through a blood return circuit place in the vasculature. In some cases the blood return circuit may be directly coupled to the apparatus.<br><br>WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0194.<br><br>[0201]    In some examples, as illustrated in FIGS. 33A-33E, a blood collection apparatus such as that shown in FIG. 32 may be use with a suction catheter by initially turning on the pump (vacuum source 3321) and "charging" the cannister 3225 to a vacuum at the desired vacuum level (e.g., less than 1 atm) (FIG. 33B). Alternatively, the vacuum may be left on, though at a reduced level, and/or may be configured to maintain the vacuum to a predetermined level within |

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

<table>
<tr>
<td></td>
<td>the cannister; any of these apparatuses may include a sensor to detect pressure within the upper region of the cannister. The cannister may initially be empty of all solids and fluids at the start of a procedure (FIG. 33A). Once charged, the pump may be turned off, holding the charged vacuum in the canister. Once the aspiration catheter is positioned at a target site in the vasculature, the aspiration valve 3313 may be opened, and fluid blood 3343 and thrombus material (clot material) 3344 may be drawn out of the vasculature through the aspiration catheter and aspiration line and into the canister (FIG. 33C). Clot material 3344 from the aspiration catheter may collect on the top of the aspiration filter (e.g., coarse filter) 3323, while fluids (e.g., blood 3343) may pass through the filter and collect in the bottom portion of the canister, as shown in FIG. 33D. At various times during the procedure, the aspiration may be reduced or turned off by closing the aspiration valve 3313. Aspiration can be repeated until the physician removes all desired thrombus or until the canister reaches its maximum fill point, or the maximum amount of fluid blood has been aspirated, or until the canister reaches its maximum holding condition, or until the "vacuum charge" in the canister depletes to a minimum level. Once the procedure is complete, and/or once it is determined to stop or pause aspiration, the aspiration valve 3313 may be closed and the blood intended for reperfusion that is now stored in the bottom of the cannister under vacuum conditions may be prepared for reperfusion. For example, the vacuum release valve 3317 may be opened to reduce canister vacuum to a minimal amount or return it to a completely atmospheric condition (FIG. 33E). Thereafter, the reperfusion valve 3327 may be opened, and the collected fluid blood may be returned to the patient. The reperfusion valve 3327 may then be shut, and the solid clot material 3344 may be removed (e.g., in this example, an optional lid or door can be opened to allow for the removal of solid thrombus and or the solid/fluid filter with the thrombus). For example, the thrombus (clot material) can be flushed with saline, inspected, measured, and cleaned from the coarse filter 3323. The filter may be replaced, and the lid or door shut. The vacuum release valve 3317 may then be shut and the suction pump may again charge the vacuum in the canister, and the physician can conduct additional aspiration thrombectomy.</td>
</tr>
</table>

**Exhibit G: US Patent No. 11,974,909 Claim Chart**

| Claim Limitation | Representative Evidence in Accused Products |
|---|---|
| | WIPO Patent Application Publication No. WO 2023/205815 at ¶ 0201.<br><br>https://www.inarimedical.com/flowsaver-blood-return (K240426 predicate device Inari FlowSaver Blood Return System). |