## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INARI MEDICAL, INC.,

        Plaintiff and Counterclaim-
Defendant,

    v.

INQUIS MEDICAL, INC.,

        Defendant and
Counterclaim-Plaintiff.

C.A. No. 24-1023-CFC-EGT

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Inquis Medical, Inc. ("Inquis") and Inari Medical, Inc. ("Inari") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Inquis's motion to amend its second amended invalidity contentions (and serve third amended invalidity contentions); and

- Inari's motion for a protective order regarding discovery related to alleged violations of the Antikickback Statute and False Claims Act by Inari.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers (by

video conference) on the following dates regarding Inquis's motion to amend its second amended invalidity contentions:

February 13, 2026 (15 minutes were spent on the issues before the Court)

Plaintiff's Counsel:

Delaware Counsel: Sara Metzler

Lead Counsel: Christina Rayburn, Karen Younkins, Chandler Matz

Defendant's Counsel:

Delaware Counsel: Jennifer Siew

Lead Counsel: Orion Armon, Brianna Patterson

February 27, 2026 (21 minutes were spent on the issues before the Court)

Plaintiff's Counsel:

Delaware Counsel: Sara Metzler

Lead Counsel: Christina Rayburn, Chandler Matz

Defendant's Counsel:

Delaware Counsel: Jennifer Siew

Lead Counsel: Orion Armon, Brianna Patterson, Elizabeth Stameshkin

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers (by

2

video conference) on the following dates regarding Inari's motion for a protective order:

> February 4, 2026 (10 minutes were spent on the issues before the Court)

>> Plaintiff's Counsel:

>>> Delaware Counsel: Kelly Farnan

>>> Lead Counsel: Christina Rayburn, Karen Younkins

>> Defendant's Counsel:

>>> Delaware Counsel: Jennifer Siew

>>> Lead Counsel: Orion Armon, Brianna Patterson, Annie Beveridge

> February 13, 2026 (15 minutes were spent on the issues before the Court)

>> Plaintiff's Counsel:

>>> Delaware Counsel: Sara Metzler

>>> Lead Counsel: Christina Rayburn, Karen Younkins, Chandler Matz

>> Defendant's Counsel:

>>> Delaware Counsel: Jennifer Siew

>>> Lead Counsel: Orion Armon, Brianna Patterson

> March 9, 2026 (10 minutes were spent on the issues before the Court)

>> Plaintiff's Counsel:

3

Delaware Counsel: Sara Metzler

Lead Counsel: Christina Rayburn, Karen Younkins

Defendant's Counsel:

Delaware Counsel: Jennifer Siew

Lead Counsel: Orion Armon, Brianna Patterson, Elizabeth

Stameshkin

The parties are available for a teleconference on the following dates: March

20, 23 or April 9, 2026.

This is the fifth time a discovery or protective order dispute has been

brought before the Court.

| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Sara M. Metzler* | */s/ Jennifer P. Siew* |
| Kelly E. Farnan (#4395) | Pilar G. Kraman (No. 5199) |
| Sara M. Metzler (#6509) | Jennifer P. Siew (No. 7114) |
| One Rodney Square | Rodney Square |
| 920 North King Street | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 571-6600 |
| farnan@rlf.com | pkraman@ycst.com |
| metzler@rlf.com | jsiew@ycst.com |
| | |
| *Attorneys for Inari Medical, Inc.* | *Attorneys for Inquis Medical, Inc.* |

Dated: March 10, 2026

4