## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INARI MEDICAL, INC.,<br><br>        Plaintiff and Counterclaim-<br>        Defendant,<br>  v.<br><br>INQUIS MEDICAL, INC.,<br><br>        Defendant and Counterclaim-<br>        Plaintiff. | C.A. No. 24-1023-CFC-EGT |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 7, 2026, the following were served

on the counsel listed below in the manner indicated:

1. Defendant Inquis Medical, Inc.'s Fifth Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories (Nos. 2-11);

2. Defendant Inquis Medical, Inc.'s Fourth Supplemental Responses and Objections to Plaintiff's First Set of Requests for Interrogatories (No. 1); and

3. Defendant Inquis Medical, Inc.'s Second Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1).

**BY EMAIL**

Kelly E. Farnan
Sara M. Metzler
RICHARDS, LAYTON
 & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
farnan@rlf.com
metzler@rlf.com

John C. Hueston
Christina Rayburn
HUESTON HENNIGAN LLP
620 Newport Center Drive
Suite 1300
Newport Beach, CA 92660
jhueston@hueston.com
crayburn@hueston.com

Karen Younkins
Chandler Matz
Yegor Fursevich
James Biblarz
HUESTON HENNIGAN LLP
523 W. 6th Street
Suite 400
Los Angeles, CA 90014
kyounkins@hueston.com
cmatz@hueston.com
yfursevich@hueston.com
jbiblarz@hueston.com
Inari-Inquis@hueston.com

PLEASE TAKE FURTHER NOTICE that on April 8, 2026, a copy of this

Notice of Service was electronically filed with the Clerk of the Court using

CM/ECF and will be served by email on the counsel listed above.

Dated: April 8, 2026

*Of Counsel*:
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
Kevin P.B. Johnson
Brian C. Cannon
Andrew J. Bramhall
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
briancannon@quinnemanuel.com
andrewbramhall@quinnemanuel.com

Nathan Sun
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
nathansun@quinnemanuel.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jennifer P. Siew*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant and
Counterclaim Plaintiff Inquis Medical,
Inc.*

2

Gavin S. Frisch
111 Huntington Avenue, Suite 520
Boston, MA 02199
(617) 712-7100
gavinfrisch@quinnemanuel.com

COOLEY LLP
Orion Armon
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
oarmon@cooley.com

Elizabeth Stameshkin
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000
lstameshkin@cooley.com

Brianna Patterson
30 South 9th Street, Floor 7
Minneapolis, MN 55402
(312) 881-6383
bpatterson@cooley.com

W. Chad Shear (No. 5711)
Annie Beveridge
Lily S. Duong
Tae Yeon (Zoe) Kim
10265 Science Center Drive
San Diego, CA 92121
(858) 550-6019
cshear@cooley.com
abeveridge@cooley.com
lduong@cooley.com
zoe.kim@cooley.com

Matthew R. Clauss
1299 Pennsylvania Avenue, NW
Suite 700

3

Washington, DC 20004
(202) 776-2387
mclauss@cooley.com

4